## List of Exhibits B

A) Law of the Case
B) Notice of Fraud
C) Doucette Invalid Search Warrant – Claims filed under seal
D) Invalid Arrest Warrants
E) Invalid "Indictment"
F) Letter from BAR to Colorado Governor
G) Original 13th Amendment
H) (Duplicate of L)
I) No "The People of the State of Colorado"
J) Doucette Oath
K) State redefined
L) List of stolen

## EXHIBIT A.1
## LAW OF THE CASE

The law of the case is decreed as follows:

1. The State of Colorado is a corporation operated by the the Colorado state. "The government, by becoming a corporator, lays down its sovereignty so far as respects the transactions of the corporation, and exercises no power or privilege which is not derived from the charter. " *Bank of United States v. Planters' Bank of Georgia,* 22 U.S. 9 Wheat. 904 904 (1824) The inferior court is a subdivision of said corporation.

2. The United States of America was established as a union of republican states in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. *In re Duncan,* 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; *Minor v. Happersett,* 88 U.S. (21 Wall.) 162, 22 L.Ed. 627. Black's Law Dictionary, Fifth Edition, p. 626

3. Colorado state was established as a republic.

4. The law provides that once State and Federal Jurisdiction has been challenged, it must be proven. *Main v. Thiboutot,* 100 S. Ct. 2502 (1980).

5. Jurisdiction can be challenged at any time and once challenged, cannot be assumed and must be decided. *Basso v. Utah Power & Light Co.,* 495 F 2d 906, 910.

6. "...there is, as well, no discretion to ignore that lack of jurisdiction." *Joyce v. US,* 474 F2d 215.

7. "A court lacking jurisdiction cannot render judgment but must dismiss the cause at any stage of the proceedings in which it becomes apparent that jurisdiction is lacking." Bradbury v. Dennis, 310 F.2d 73 (10th Cir. 1962)

8. The burden shifts to the court to prove jurisdiction. *Rosemond v. Lambert,* 469 F2d 416.

9. ...if the issue is presented in any way the burden of proving jurisdiction rests upon him who invokes it. *Latana v. Hopper,* 102 F. 2d 188;

10. "When it clearly appears that the court lacks jurisdiction, the court has no authority to reach the merits. In such a situation the action should be dismissed for want of jurisdiction." *Melo v. United States, 505 F. 2d 1026*

11. Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted. *Latana v. Hopper,* 102 F. 2d 188; *Chicago v. New York,* 37 F Supp. 150.

12. "No officer can acquire jurisdiction by deciding he has it. The officer, whether judicial or ministerial, decides at his own peril." *Middleton v. Low* (1866), 30 C. 596, citing *Prosser v. Secor* (1849), 5 Barb.(N.Y) 607, 608.

13. "Where a court has jurisdiction, it has a right to decide any question which occurs in the cause, and whether its decision be correct or otherwise, its judgments, until reversed, are regarded as binding in every other court. But if it acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a remedy sought in

## EXHIBIT A.2
## LAW OF THE CASE

opposition to them, even prior to a reversal. They constitute no justification, and all persons concerned in executing such judgments or sentences are considered in law as trespassers." *Elliott v Peirsol*, 1 Pet. 328, 340, 26 U.S. 328, 340, 7L.Ed. 164 (1828)

14. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." *Dillon v. Dillon*, 187 P 27.

15. "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance. " *Rescue Army v. Municipal Court of Los Angeles*, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

16. ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.]

17. The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511 , 513, 213 U.S. 347, 53 L. Ed. 826, 19 Ann. Cas. 1047.]

18. The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

19. A consequence of this prerogative is the legal *ubiquity* of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186) His judges are the mirror by which the king's image is reflected. 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

20. Where rights secured by the Constitution are involved, there can be no rule making or legislation which could abrogate them . [Miranda v. Arizona , 384 US 436, 491]

21. The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice. [Davis v. Wechsler, 263 US 22, 24.]

22. Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

23. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the

## EXHIBIT A.3
## LAW OF THE CASE

Constitution or Laws of any State to the Contrary notwithstanding. [Constitution for the United States of America, Article VI, Clause 2.

24. Conspiracy against rights:  If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 241]

25. Deprivation of rights under color of law:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 242]

26. COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [Black's Law Dictionary, 5th Edition, page 318.]

27. COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425]

28. COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

29. **A.** A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227,

## EXHIBIT A.4
## LAW OF THE CASE

229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

**B.** Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

**C.** Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

**D.** Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

**E.** Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

30. Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court.  [Magna Carta, Article 34].

31. The people of this state do not waive their sovereignty to the agencies which serve them.

32. If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such decision does not affect the validity of any other portion of this action.

33. The singular includes the plural and the plural the singular.

34. The present tense includes the past and future tenses; and the future the present, and the past the present.

35. The masculine gender includes the feminine and neuter.

36. "For a crime to exist there must be an injured party. There can be no sanction or penalty imposed upon one because of his exercise of his constitutional rights."

**37. Sherar v. Cullen, 486 F. 945**

38. "A constitution is designated as a supreme enactment, a fundamental act of legislation by the people of the state.  A constitution is legislation direct from the people acting in their sovereign capacity, while a statute is legislation from their representatives, subject to limitations prescribed by

## EXHIBIT A.5
## LAW OF THE CASE

the superior authority." Ellingham v. Dye, 178 Ind. 336; 99 NE 1; 231 U.S. 250; 58 L. Ed. 206; 34 S. Ct. 92; Sage v. New York, 154 NY 61; 47 NE 1096.

39. "The Constitution is the fundamental law of the state, in opposition to which any other law or any direction or order must be an operative and void." Asplund v. Harnett, 31 N.M. 641, 249 P. 1074, 58 A.L.R. 573.

40. "It is well, of course, that all departments give pause, that they may not offend. All must answer to the people, in and from whom, as specifically set forth in the Constitution, all political power is invested and derived." Art. II section I. Hudson v. Annear, 101 Colo. 551, 75 P. 2d 587.

41. "The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure." --Luther v. Borden, 48 US 1, 12 LEd 581.

42. "The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the **People**, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and state government." --*Spooner v. McConnell*, 22 F 939, 943.

43. "Statutes are enactments and rules for the government of civil conduct, promulgated by the legislative authority of a state. It is an important characteristic of such laws that they are tentative, occasional, and in the nature of temporary expedients." 11 Am Jurisdiction.

44. "The practice of law cannot be licensed by any state/State." Schware v. Board of Examiners, United States Reports 353 U.S. Anyone can practice law, "The practice of Law is an occupation of common right." Sims v. Aherns, 271 S.W. 720 (1925).

45. Article VI, Clause 2 "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." Constitution for the United States of America.

46. "A constitution is designated as a supreme enactment, a fundamental act of legislation by the people of the state. A constitution is legislation direct from the people acting in their sovereign capacity, while a statute is legislation from their representatives, subject to limitations prescribed by

## EXHIBIT A.6
## LAW OF THE CASE

the superior authority." Ellingham v. Dye, 178 Ind. 336; 99 NE 1; 231 U.S. 250; 58 L. Ed. 206; 34 S. Ct. 92; Sage v. New York , 154 NY 61; 47 NE 1096.

47. "The word "person" in legal terminology is perceived as a general word which normally includes in its scope a variety of entities other than human beings." Church of Scientology v. U.S. Dept. of Justice 612 F. 2d 417, 425 (1979)

48. "The word 'person' as used and employed in most statutory language is ordinarily construed to exclude the sovereign, and that for one as such to be bound by statute, they must be 'specifically' named. Wilson v. Omaha Indian Tribe 442 US 653 (1979); Will v. Michigan state Police 491 U.S. 58, 105 L.Ed.2nd 45 (1989); U.S. v. General Motors Corporation, D.C. Ill, 2 F.R.D. 528, 530

49. "Government admits that often the word 'person' is used in such a sense as not to include the sovereign but urges that, where, as in the present instance, its wider application is consistent with, and tends to effectuate, the public policy evidenced by the statute, the term should be held to embrace the government." (United States v. Cooper Corp. 318 US 600 (1941); United States v. Fox 94 US 315; United States v. Mine Workers 330 US 258 (1947) (United States v. Cooper Corp. 318 US 600 (1941); United States v. Fox 94 US 315; United States v. Mine Workers 330 US 258 (1947)

50. "The legislature cannot be deemed to have intended to punish anyone who is not 'plainly and unmistakably' within the confines of the statute." (United States v. Lacher, 134 U.S. 624, 628, 10; S.Ct. 625, 626, 33 L.Ed. 1080 (1890); United States v. Gradwell, 243 U.S. 476,485, 37 S.Ct. 407, 61 L.Ed. 857 (1916).

51. An affirmance results when a judge acts in the clear absence of all jurisdiction, i. e., of authority to act officially over the subject-matter in hand, the proceeding is coram non judice. In such a case the judge has lost his judicial function, has become a mere private person, and is liable as a trespasser for the damages resulting from his unauthorized acts. Such has been the law from the days of the case of The Marshalsea, 10 Coke 68. It was recognized as such in Bradley v. Fisher, 13 Wall. (80 U.S.) 335, 351, 20 L. Ed. 646. In State ex rel. Egan v. Wolever, 127 Ind. 306, 26 N. E. 762, 763, the court said: `The converse statement of it is also ancient. Where there is no jurisdiction at all there is no judge; the proceeding is as nothing.' Manning v. Ketcham, 58 F.2d 948 (1932)

52. Courts are constituted by authority and they cannot go beyond that power delegated to them. If they act beyond that authority, and certainly in contravention of it, their judgments and orders are regarded as nullities. They are not voidable, but simply VOID, AND THIS IS EVEN PRIOR TO REVERSAL." [Emphasis added] Valley v. Northern Fire and Marine Ins. Co., 254 U.S. 348, 41 S. Ct. 116 (1920). See also Old Wayne Mut. I. Assoc. v. McDonough, 204 U.S. 8, 27 S.Ct. 236

# EXHIBIT A.7
# LAW OF THE CASE

(1907); Williamson v. Berry, 8 How. 495, 540, 12 L. Ed, 1170, 1189, (1850); Rose v. Himely, 4 Cranch 241, 269, 2 L.Ed. 608, 617 (1808)

53. A "void" judgment as we all know, grounds no rights, forms no defense to actions taken thereunder, and is vulnerable to any manner of collateral attack (thus hereby ). No statute of limitations or repose runs on its holdings, the matters thought to be settled thereby are not res judicata, and years later, when the memories may have grown dim and rights long been regarded as vested, any disgruntled litigant may reopen the old wound and once more probe its depths. And it is then as though trial and adjudication had never been. 10/13/58 FRITTS v. KRUGH. SUPREME COURT OF MICHIGAN, 92 N.W.2d 604, 354 Mich. 97

54. "Standing is typically treated as a threshold issue, in that without it no justiciable controversy exists. As a general principle, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury." People v. Superior Court (Plascencia) (2002) 103 Cal.App.4th 409, 126 Cal.Rptr.2d 793

55. "Failure to disclose material information necessary to prevent a statement from being misleading, or making representation despite knowledge that it has no reasonable basis in fact, are actionable as fraud under law." Rubinstein v. Collins, 20 F.3d 160, 1990

56. "Officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America." Owen vs City of Independence, 100 S Ct. 1398; Maine vs. Thibootut, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21

57. "We have no officers in this government from the President down to the most subordinate agent, who does not hold office under the law, with prescribed duties and limited authority" Pierce v. United States, ("The Floyd Acceptances"), 7 Wall. (74 U.S.) 666, 677

58. In these cases he is not sued as, or because he is, the officer of the government, but as an individual, and the court is not ousted of jurisdiction because he asserts authority as such officer. To make out his defense he must show that his authority was sufficient in law to protect him... It is no answer for the defendant to say I am an officer of the government and acted under its authority unless he shows the sufficiency of that authority. Cunningham v. Macon, 109 U.S. 446, 452, 456, 3 S.Ct. 292, 297 and Poindexter v. Greenhow, 114 U.S. 270, 287, 5 S. Ct. 903, 912

## EXHIBIT A.8
## LAW OF THE CASE

59. Common law and constitutional principles of governmental or sovereign immunity have never permitted government agents to commit trespasses in violation of property rights. Little v. Barreme 2 Cranch (6 US) 170; 2 L Ed 243 (1804); Wise v. Withers, 3 Cranch (7 US) 331; 2 L Ed 457 (1806); Osborn v. Bank of United States, 9 Wheat (22 US) 738; 6 L Ed 204 (1824); Mitchell v. Harmony, 13 How (54 US) 115; 14 L Ed 75 (1852); Bates v. Clark, 95 US 204; L Ed 471 (1877)

60. Accordingly, plaintiff's complaint facially pleads a viable cause of action for trespass as a constitutional tort. Smith v. Department of Public Health, 428 Mich 540 (1987)

61. "Living as we do under a common government, charged with the great concerns of the whole Union, every citizen of the United States from the most remote states or territories, is entitled to free access not only to the principal departments established at Washington, but also to its judicial tribunals and public offices in every state in the Union," (Crandall v. State of Nevada 73 U.S. 35 (1867))

62. The United States Supreme Court has clearly, and repeatedly, held that any judge who acts without jurisdiction is engaged in an act of treason. U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980): Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

63. We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution. Cohens v. Virginia, 19 U.S. 264, 6 Wheat. 265, 5 L.Ed. 257 (1821)

64. "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652

65. "The only inherent difference ordinarily recognized between superior and inferior courts is that there is a presumption in favor of the validity of the judgments of the former, none in favor of those of the latter, and that a superior court may be shown not to have had power to render a particular judgment by reference to its record. Ex parte Kearny, 55 Cal. 212. Note, however, that in California 'superior court' is the name of a particular court. But when a court acts by virtue of a special statute conferring jurisdiction in a certain class of cases, it is a court of inferior or limited jurisdiction for the time being, no matter what its ordinary status may be. Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210; Cohen v. Barrett, 5 Cal. 195" 7 Cal. Jur. 579

66. "The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it." Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)

67. Due process of law is process according to the law of the land .... . . . Due process of law in the latter [the Fifth Article of Amendment to the Constitution] refers to that law of the land which derives its authority from the legislative powers conferred upon Congress by the Constitution of the

# EXHIBIT A.9
# LAW OF THE CASE

United States, exercised within the limits therein prescribed and interpreted according to the principles of the common law .... Mr. Justice Matthews, delivering the opinion of the court in Hurtado v. California, 110 U.S. 516, 3 Sup. Ct. 111,292,28 L. Ed. 232 (1884).

68. The rules of pleading at Common Law have not been abrogated
by the Code of Civil Procedure. The essential principles still remain. Henry mv. Co. v. Semonian, 40 Cob. 269, 90 P. 682
(1907) Hughes, Procedure, Its Theory and Practice 488 (Chicago 1905). cited by Joseph H. Koffler, Handbook of Cmoon Lw PleadingHenry mv. Co. v. Semonian, 40 Cob. 269, 90 P. 682 (1907)

69. A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

70. The judicial power of this State is vested in the Supreme Court, courts of appeal, and superior courts, all of which are courts of record. California Constitution, Article 6, SEC. 1.

71. UNITED STATES V. KOZMINSKI, 487 U. S. 931 (1988) "For purposes of criminal prosecution under § 241 or § 1584, the term "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work for the defendant by the use or threat of physical restraint or physical injury or by the use or threat of coercion through law or the legal process. This definition encompasses cases in which the defendant holds the victim in servitude by placing him or her in fear of such physical restraint or injury or legal coercion. "Black's Law Dictionary, Sixth Edition, p. 266, ISBN 0-314-76271-X:

72. Color of Law: The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." Atkins v. Lanning, D.C.Okl., 415 F. Supp. 186, 188.

73. At implementation of the Constitution March 4, 1789, the soul of law in America was personal liberty under the common law; to wit: "Personal liberty consists in the power of locomotion, of changing situation, of removing one's person to whatever place one's inclination may direct, without imprisonment or restraint unless by due course of law." William Blackstone and John Innes Clark Hare, cited in John Bouvier, Bouvier's Law Dictionary, Third Revision (Being the Eighth Edition), revised by Francis Rawle (West Publishing Co.: St. Paul, Minn., 1914) (hereinafter "Bouvier's"), p. 1965 (s.v. "Liberty").

74. "The word 'person' as used and employed in most statutory language is ordinarily construed to exclude the sovereign, and that for one as such to be bound by statute, they must be 'specifically' named. Wilson v. Omaha Indian Tribe 442 US 653 (1979); Will v. Michigan state Police 491 U.S. 58, 105 L.Ed.2nd 45 (1989); U.S. v. General Motors Corporation, D.C. Ill, 2 F.R.D. 528, 530

## EXHIBIT A.10
## LAW OF THE CASE

75. US Supreme Court in U.S. v. United Mine Workers of America, 330 U.S. 258 67 Sct 677 (1947):"In common usage, the term '**person**' does not include the sovereign and statutes employing it will ordinarily not be construed to do so."

76. US Supreme Court in US v. Fox, 94 US 315: "Since in common usage, the term '**person**' does not include the sovereign, statutes employing the phrase are ordinarily construed to exclude it."

77. "The word "person" in legal terminology is perceived as a general word which normally includes in its scope a variety of entities other than human beings." Church of Scientology v. U.S. Dept. of Justice 612 F. 2d 417, 425 (1979)

78. "The legislature cannot be deemed to have intended to punish anyone who is not 'plainly and unmistakably' within the confines of the statute." (United States v. Lacher, 134 U.S. 624, 628, 10; S.Ct. 625, 626, 33 L.Ed. 1080 (1890); United States v. Gradwell, 243 U.S. 476,485, 37 S.Ct. 407, 61 L.Ed. 857 (1916)(United States v. Lacher, 134 U.S. 624, 628, 10; S.Ct. 625, 626, 33 L.Ed. 1080 (1890); United States v. Gradwell, 243 U.S. 476,485, 37 S.Ct. 407, 61 L.Ed. 857 (1916).

79. Libel - "a malicious defamation, expressed by printing, writing, signs, pictures or the like, tending to blacken the memory of the dead, or to impeach the honesty, integrity, virtue, or reputation, or to publish the natural defects of a living person or persons, or community of persons, or association of persons, and thereby to expose them to public hatred, contempt or ridicule."

80. Constitution for the United States of America to include Article I, Section 10, Clause 1: No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

81. Foreign Agent Registration Act of 1938.

82. Equity courts and law courts. The former being such as possess the jurisdiction of a chancellor, apply the rules and principles of chancery law, and follow the procedure in equity; the latter, such as have no equitable powers, but administer justice according to the rules and practice of the common law.

83. TABLE OF AUTHORITIES – PERSON

"This word `person' and its scope and bearing in the law, involving, as it does, legal fictions and also apparently natural beings, it is difficult to understand; but it is absolutely necessary to grasp, at whatever cost, a true and proper understanding to the word in all the phases of its proper use ... A person is here not a physical or individual person, but the status or condition with which he is invested ... not an individual or physical person, but the status, condition or character borne by

**EXHIBIT A.11**
**LAW OF THE CASE**

physical persons ... The law of persons is the law of status or condition." -- American Law and Procedure, Vol 13, page 137, 1910.

84. The Magna Carta, Declaration of Independence, The Articles of Confederation, The Constitution for the United States of America.

85. "A Constitution is a system of fundamental laws or principles for the government of a nation, society, Corporation, or other aggregation of individuals and it may be either written or unwritten. In the United States the word "Constitution," as applied to the organization of the federal and state governments, always implies a writing and it is understood and the further restricted sense of an enactment by the direct action of the people providing for the form of government and defining the powers of the several departments, thus creating a fundamental law which is absolute and unalterable except by the authority from which it emanated. A state constitution has been aptly termed a legislative act by the people themselves and their sovereign capacity and, therefore, the paramount law. It has again been defined to be "an act of extraordinary legislation by which the people established the structure and mechanism of their government." In short the Constitution is the charter creating the government." 11 Am Jurisdiction.
"These principles rests upon the fundamental conception of the supreme law, expressed in written form, in accordance with which all private rights must be determined and all public authority administered." 11 Am Jurisdiction.

86. The law is defined as personal liberty under common law in Colorado and the United States is the Constitutions, the law of the land. Due course of law: This phrase is synonymous with "Due Process of Law" or "Law of the Land" and means law in its regular course of administration through courts of justice. Kansas Pac. RY. CO. V Dunmeyer 19 KAN 542.

87. At implementation of the Constitution March 4, 1789, the soul of law in America was personal liberty under the common law: "Due course of law," supra, is synonymous with "due process of law" and means process according to the law of the land, i.e., the Constitution, interpreted according to the principles of the common law; to wit: "Due process of law is process according to the law of the land..." Mr. Justice Matthews, delivering the opinion of the Court in Hurtado v. California, 110 U.S. 516, 533, 3 Sup. Ct. 111, 292, 28 L. Ed. 232 (1884). "Due process of law . . . refers to that law of the land which derives its authority from the legislative powers conferred upon Congress by the Constitution of the United States, exercised within the limits therein prescribed and interpreted according to the principles of the common law. . ."

88. It has been said that due process of law must be understood to mean law in the regular course of administration through courts of justice according to those rules and forms which have been established for the protection of private rights. 16 Am. Jur., 2d 546. For "although lawyers and

## EXHIBIT A.12
## LAW OF THE CASE

judges have buried the Common Law, the Common Law rules us from the grave." (Koffer, Common Law Pleading, Intro.Ch.I, West 1969)

89. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Constitution for the United States of America, Article VI, Clause 2.

90. "The due process guaranteed by this amendment means that there can be no proceeding against life, liberty, or property which may result in the observance of those general rules established in our system of Jurisprudence for the security of private rights." (U.S. vs Kuwzbzva (DC-CAL) 56F Supp. 716.)

91. "whereas the grand jury is an institution separate from the courts" U.S. v. Williams, (90-1972), 504 U.S. 36 (1992)

92. "The Court of Appeals' rule would neither preserve nor enhance the traditional functioning of the grand jury that the "common law" of the Fifth Amendment demands." U.S. v. Williams, (90-1972), 504 U.S. 36 (1992)

93. "requiring the prosecutor to present exculpatory as well as inculpatory evidence would alter the grand jury's historical role, transforming it from an accusatory body that sits to assess whether there is adequate basis for bringing a criminal charge into an adjudicatory body that sits to determine guilt or innocence." U.S. v. Williams, (90-1972), 504 U.S. 36 (1992)

Exhibit B.1

filed for the record   ICRO 20170318244006017001   recorded March 18, 2017 (1 of 12)
**International Commercial Recording Office Public Access Portal:**
**https://www.icropa.wordpress.com**

# We the de Jure People in Colorado

Post Office Box 11724

Denver, Colorado

Served via CERTIFIED MAIL 7016 0310 0000 3130 6834, 6841, 6858, 6872, 6889, 6896, 6902, 6919, 6926, 6933, 6940, 6957, 6964, 6971, 6988, 6995, 7008, 7015, 7022, 7039, 7046 & 7053

## Notice of Fraud

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT/NOTICE TO AGENT IS NOTICE TO PRINCIPAL APPLICATIONS TO ALL SUCCESSORS AND ASSIGNS ALL ARE WITHOUT EXCUSE**

### Under penalty of law, Secretary of State's Office and the County Clerk and Recorder's Office are to forward to all listed below.

**WARNING: Seeking legal advice from any attorney is self-admission that you are incompetent/not qualified for the office that you occupy.[1] The Constitutions are your contract with the People. You have no excuse for ignorance of your contract.[2]**

An ongoing investigation has revealed that none of those listed below are **qualified** for the position/office that they currently occupy. The Colorado Constitution and the General Laws[3] **require** each one of you listed below to have an **Official Bond filed with your Oath of Office.** The purpose of the Official Bond is to bind the elected official to her/his Oath of Office. The few who have an Official Bond either filed it late and/or were sworn in by an official who did not qualify for their position/office.[4] **Some have no Oath of Office on file at all.** Therefore, you are all occupying a **vacant office**, fraudulently and feloniously embezzling public funds.

Soon the People in Colorado and your County will become aware of this. It may be far better to publicly appear and defend or resign forthwith. **Failure to deny is to admit. This is the 22nd Publication of the Notice of Fraud since June 4, 2015.**

*We the de Jure People in Colorado*

---

[1] **The Constitution** is the mandate of a sovereign people to its servants and representatives which no one of them has a right to ignore or disregard. **John F. Jelke Co. v. Emery, 193 Wis. 311, 214 N. W. 369, 53 A.L.R. 463**

[2] **"In our system of government a written** Constitution is the highest expression of law." Re Denny, 156 Ind. 104 59 N.E. 359, 51 L.R.A. 722.

[3] **General Laws 555. Sec. 128** Every county officer named in this article shall, before entering upon the duties of his office, on or before the day of commencement of the term for which he was elected, execute and **deposit his official bond,** as prescribed by law; and any officer shall also take and subscribe the oath of office prescribed by law, before some officer authorized to administer oaths, and **deposit the same with his official bond, to be filed and preserved therewith.**

[4] A person chosen to fill a term of office is not permitted to assume the duties of the office until he files **a bond** and oath of office, which must be done **before the commencement of the term,** or the office shall be deemed **vacant. People v Quimby, 152 Colo. 231, 381 P.2d 275 (1963).**

Exhibit B.2

filed for the record **ICRO 20170318244006017001** recorded March 18, 2017 (2 of 12)

## Constitution for the united States of America, 1789

Pursuant to the Constitution for the united States of America, 1789, Article VI., Clause 2, "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land**; and **the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."**

Pursuant to Article VI., Clause 3, "The Senators and Representatives before mentioned, and **the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be <u>bound</u> by Oath or Affirmation, to support this Constitution,** but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."

## ADDRESS TO THE PEOPLE (IN) COLORADO

"The end sought to be accomplished was to secure a just and economical administration of the Departments of State, and, with this purpose in view, especial **effort was made to restrict the powers of the Legislative Department, by making all laws general and of uniform operation**; to establish uniformity in the Judicial Department - thereby furthering the ends of justice; **to prevent the corruption of public officials**; to provide for the safe keeping of all public funds, and to protect the people from unjust monopolies, and the oppression consequent upon the voting of bonds and other kinds of indebtedness to corporations." page 54 of the Original Colorado Constitution, 1876

## BILL OF RIGHTS

"In this article the usual guarantees of national and civil rights have been retained and to the end that more power should be reserved to the people, it is further declared that **the General Assembly shall make no irrevocable grants of special privileges or immunities**; that private property shall not be taken or damaged for public or private use without just compensation previously made to the owner thereof, or paid into court for his use; that no preference shall be given by law to religious denominations; **that right and justice shall be administered without sale, denial or delay**; that aliens, who are bona fide residents of the State, shall acquire, inherit, possess and enjoy property to the full extent as if native-born citizens. **The Grand Jury system** has been so modified as to make a grand jury consist of twelve men instead of twenty-three - any nine of whom concurring may find a bill, and the question whether it may not be abolished altogether is left to the legislature. The Petit Jury system has been so modified as to permit the organization of a jury of less than twelve men in civil cases, thereby materially reducing the expenses of our courts. **The right of trial by jury in all criminal cases has been preserved**, and for the purpose of protecting witnesses in criminal prosecutions, and that **the accused may always meet the witnesses against him face to face."** pages 54 & 55

## <u>Fraud vitiates all contracts</u> ~ a Maxim of Law

## Failure to Deny is to Admit ~ a Maxim of Law

Exhibit B.3

filed for the record **ICRO 20170318244006017001** recorded March 18, 2017 (3 of 12)

### Article II, Section 2 of the Colorado Constitution

"The people of this state have the sole and exclusive right of governing themselves, as a free, sovereign and independent state; and to alter and abolish their constitution and form of government whenever they may deem it necessary to their safety and happiness, provided, such change be not repugnant to the constitution of the United States."

### Article V, Section 25 of the Colorado Constitution

"The general assembly shall not pass local or special laws in any of the following enumerated cases, that is to say; for granting divorces; laying out, opening, altering or working roads or highways; vacating roads, town plats, streets, alleys and public grounds; locating or changing county seats; regulating county or township affairs; regulating the practice in courts of justice; regulating the jurisdiction and duties of police magistrates; changing the rules of evidence in any trial or inquiry; providing for changes of venue in civil or criminal cases; declaring any person of age; for limitation of civil actions or giving effect to informal or invalid deeds; summoning or impaneling grand or petit juries; providing for the management of common schools; regulating the rate of interest on money; the opening or conducting of any election, or designating the place of voting; the sale or mortgage of real estate belonging to minors or others under disability; the protection of game or fish; chartering or licensing ferries or toll bridges; remitting fines, penalties or forfeitures; creating, increasing or decreasing fees, percentage or allowances of public officers; changing the law of descent; granting to any corporation, association or individual the right to lay down railroad tracks; granting to any corporation, association or individual any special or exclusive privilege, immunity or franchise whatever.  <u>In all other cases, where a general law can be made applicable no special law shall be enacted.</u>"

### Article XII, Section 7 of the Colorado Constitution

"Every member of the General Assembly shall, <u>before </u>he enters upon his official duties, take an oath or affirmation to support the Constitution of the United States and of the State of Colorado, and <u>to faithfully perform the duties of his office </u>according to the best of his ability. This oath, or affirmation, shall be administered in the hall of the House to which the member shall have been elected."

### Article XII, Section 8 of the Colorado Constitution

"Every civil officer, except members of the General Assembly and such inferior officers as may be by law exempted, shall, <u>before </u>he enters upon the duties of his office, take and subscribe an oath or affirmation <u>to support the Constitution of the United States and of the State of Colorado, and to faithfully perform the duties of the office upon which he shall be about to enter.</u>"

### Article XII, Section 9 of the Colorado Constitution

"Officers of the executive department and judges of the supreme and district courts, and district attorneys, shall file their oaths of office with the secretary of state; every other officer shall file his oath of office with the county clerk of the county wherein he shall have been elected."

### Article XII, Section 10 of the Colorado Constitution

"If any person elected or appointed to any office shall refuse or neglect to qualify therein within the time prescribed by law, such office shall be deemed <u>vacant</u>."

Exhibit B.4

filed for the record  **ICRO 20170318244006017001**  recorded March 18, 2017 (4 of 12)

**COLORADO GOVERNOR, <u>JOHN W. HICKENLOOPER</u> [Failed to deny on February 13, 2015 & failed to deny again on April 27, 2015 ~ Reception Numbers 2015016903 & 2015053518]**
<u>No Oath of Office/Official Bond on file at SOS on 2/10/2015</u>
Colorado Lieutenant Governor Joseph A. Garcia ~ Inactive BAR Registration 13553
**COLORADO ATTORNEY GENERAL <u>CYNTHIA H. COFFMAN</u> [Failed to deny on February 12, 2015 &**
**April 27, 2015  ~ Reception Numbers 2015016903 & 201505518] No BAR Registration found in**
either Colorado or Georgia although her website claims she is an attorney
<u>No Oath of Office/Official Bond on file at SOS on 2/10/2015</u>
**COLORADO SECRETARY OF STATE WAYNE W. WILLIAMS, Active BAR Registration 22723 NO BOND**
**COLORADO SUPREME COURT JUDGE <u>ALLISON HARTWELL EID</u>, Active BAR Registration 21163**
<u>EID HAS NO OATH OR BOND</u>
**COLORADO SUPREME COURT JUDGE NANCY E. RICE, Active BAR Registration 6655 NO BOND**
**COLORADO COURT OF APPEALS JUDGE DENNIS A. GRAHAM, Active BAR Registration NO BOND**
**Colorado State Court Administrator <u>GERALD ANTHONY MARRONEY</u>, Active BAR Registration 8027**
<u>MARRONEY HAS NO OATH OR BOND</u>
**Colorado State First Assistant Attorney General <u>JAY BEEBE SIMONSON</u>, Active BAR Registration 24077**
<u>SIMONSON HAS NO OATH OR BOND</u>

## Colorado General Assembly/Senators: <u>NO SENATOR HAS AN OATH OR BOND</u>

| | | |
|---|---|---|
| Irene Aguilar | Randy L Baumgardner | Bill L. Cadman |
| Morgan Carroll | John Cooke | Larry Crowder |
| Kerry Donovan | Leroy M. Garcia | Kevin Grantham |
| Lucia Guzman | Rollie Heath | Owen Hill |
| Mary Hodge | Chris Holbert | Cheri Jahn |
| Michael Johnston | Matt Jones | John Kefalas |
| Andy Kerr | Kent D. Lambert | Kevin Lundberg |
| Vicki Marble | Beth Martinez Humenik | Michael Merrifield |
| Tim T. Neville | Linda Newell | Ellen S. Roberts |
| Mark Scheffel | Ray Scott | Jerry Sonnenberg |
| Pat Steadman | Jack Tate | Nancy Todd |
| Jessie Ulibarri | Laura J. Woods | |

## Representatives: <u>NO REPRESENTATIVE HAS AN OATH OR BOND</u>

| | | |
|---|---|---|
| Jeni James Arndt | Jon J. Becker | KC Becker Kunkel |
| Paul J. Brown | Perry Buck | Janet P. Bucker |
| Terri Carver | Kathleen Conti | Don Coram |
| Lois Court | Jessie Danielson | Brian DelGrosso |
| Timothy Dore | Crisanta Duran | Daneya Esgar |
| Justin Everett | Rhonda Fields | Mike Foote |
| Alec Garnett | Joann Ginal | Millie Hamner |
| Dickey Lee Hullinghorst | Stephen Humphrey | Janak Joshi |
| Daniel Kagan | Gordon Klingenschmitt Ph.D. | Tracy Kraft-Tharp |
| Lois Landgraf | Polly Lawrence | Steve Lebsock |
| Pete Lee | Timothy Leonard | Susan Lontine |
| Paul Lundeen | Elizabeth McCann | Jovan Melton |
| Diane Mitsch Bush | Dominick Moreno | Clarice Navarro |
| Patrick P. Neville | Dan Nordberg | Dan Pabon |
| Brittany Pettersen | Danne Primavera | Kevin Priola |
| Bob Rankin | Kim Ransom | Paul Rosenthal |
| Catherine Roupe | Su Ryden | Lorie Saine |
| Joseph A. Salazar | Lang Sias | Jonathan Singer |
| Dan Thurlow | Max Tyler | Kevin Van Winkle |
| Edward Vigil | Yeulin Willett | Angela Williams |
| James D. Wilson | JoAnn Windholz | Faith Winter |
| Cole Wist | Dave Young | |

Exhibit B.5

filed for the record  ICRO 20170318244006017001  recorded March 18, 2017 (5 of 12)

**Former 1st Judicial District Court Judge** <u>BROOKE JACKSON</u>, a.k.a. **R. BROOKE JACKSON &**
**RICHARD BROOKE JACKSON, Active BAR Registration 2627**
**Former 1st Judicial  Senior District Court Judge** <u>LELAND PAUL ANDERSON</u>, Active BAR # 6745
**NO OATH of OFFICE** on file at the Secretary of State Office per Susan Fritz 18 July 2016
**1st Judicial District Court Judge DENNIS JAMES HALL, Active BAR Registration 12301**

**Former 2nd Judicial District Attorney RICHARD MITCHELL MORRISSEY, Active BAR Registration 13784**
2nd Judicial District Chief Judge **MICHAEL ANTHONY MARTINEZ**, Active BAR Registration 16559
2nd Judicial District Judge Karen L. Brody, Active BAR Registration 27215
2nd Judicial District Judge Edward David Bronfin, Active BAR Registration 11170
2nd Judicial District Judge Ross B. Buchanan, Active BAR Registration 12184
2nd Judicial District Judge Martin Foster Egelhoff, Active BAR Registration 14064
**2nd Judicial District Judge J. ERIC ELLIFF, Active BAR Registration 16844**
2nd Judicial District Judge Kandace Cecilia Gerdes, Active BAR Registration 21350
2nd Judicial District Judge Shelley Ilene Gilman, Active BAR Registration 9406
2nd Judicial District Judge David H. Goldberg, Active BAR Registration 13243
2nd Judicial District Judge Jay Sutherland Grant, Active BAR Registration 28989
2nd Judicial District Judge Morris B. Hoffman, Active BAR Registration 8322
2nd Judicial District Judge A. Bruce Jones, Active BAR Registration 11370
2nd Judicial District Judge Kenneth Martin Laff, Active BAR Registration 13571
2nd Judicial District Judge Catherine A. Lemon, Active BAR Registration 12849
2nd Judicial District Judge John William Madden IV, Active BAR Registration 19867
2nd Judicial District Judge Andrew Patrick McCallin, Active BAR Registration 20909
2nd Judicial District Judge Robert Lewis McGahey, Active BAR Registration 5836
2nd Judicial District Judge Sheila Ann Rappaport, Active BAR Registration 10660
2nd Judicial District Judge William Douglas Robbins, Active BAR Registration 17025
**2nd Judicial District Judge ELIZABETH ANNE STARRS, Active BAR Registration 10914**
2nd Judicial District Judge Jennifer Bourn Torrington, Active BAR Registration 31079
2nd Judicial District Judge Michael James Vallejos, Active BAR Registration 21028
2nd Judicial District Judge Brian R. Whitney, Active BAR Registration 22111

6th Judicial District Court Judge **GREGORY G. LYMANN**, Active BAR Registration 9832
6th Judicial District Court Judge **WILLIAM LAURENCE HERRINGER, Active BAR Registration 23220**
6th Judicial District Court Judge **SUZANNE FAIRCHILD CARLSON, Active BAR Registration 24500**
6th Judicial District Court Judge **JEFFREY RAYMOND WILSON, Active BAR Registration 11089**
6th Judicial District Attorney **TODD RISBERG, Active BAR Registration 24763**

**7th Judicial District Judge MARY E. DEGANHART, Active BAR Registration 15323**
7th Judicial District Judge STEVEN L. SCHULTZ, Active BAR Registration 36539
7th Judicial District Judge JEFF B. HERRON, Active BAR Registration 13276
7th Judicial District Judge DAVID S. WESTFALL, Active BAR Registration 12974

Former 9th Judicial Assistant District Attorney Scott William Turner, Active BAR Registration 31468

**10th Judicial District Court Judge  KIMBERLY JO KARN, Active BAR Registration 18859**
**10th Judicial District Court Judge DEBORAH R. EYLER, Active BAR Registration 12644**
**10th Judicial District Court Judge THOMAS BRADFORD FLESHER, Active BAR Registration 14999**
10th Judicial District Court Judge **WILLIAM DAVID ALEXANDER**, Active BAR Registration 20356
**10th Judicial District Court Judge DAVID W. CROCKENBERG**, Active BAR Registration 5210

Exhibit B.6

**filed for the record ICRO 20170318244006017001 recorded March 18, 2017 (6 of 12)**

**10th Judicial District Court Judge JILL SUZANNE MATTOON**, Active BAR Registration 14111
**10th Judicial District Court Judge LARRY SCHWARTZ**, Active BAR Registration 12515
**10th Judicial District Court District Attorney JEFF E. CHOSTNER**, Active BAR Registration 15769

**11th Judicial District Court Judge RAMSEY L. LAMA**, Active BAR Registration 40133 ~ No Oath/Bond at the SOS
**11th Judicial District Court Judge STEPHEN A. GROOME**, Active BAR Registration 17195
**11th Judicial District Court Judge LYNETTE M. WENNER**, Active BAR Registration 25620

**12th Judicial District Chief Judge PATTIE PRATT SWIFT**, Active BAR Registration 19490
**12th Judicial District Judge MICHAEL A. GONZALES**, Active BAR Registration 27302
**12th Judicial District Judge MARTIN A. GONZALES**, Active BAR Registration 9410
**12th Judicial District Judge PATRICK HENRY HAYES JR.**, Active BAR Registration 25714
**12th Judicial District Attorney DAVID L. MAHONEE**, Active BAR Registration 21147
**12th Judicial District Assistant Attorney ROBERT SAMUEL WILLETT**, Active BAR Registration 45757

**13th Judicial District Judge Carl Sidney McGuire III, Active BAR Registration 31392**
**13th Judicial District Judge Michael K. Singer, Active BAR Registration 9187**
**13th Judicial District Clerk of the Court Sara J. Harms**
**13th Judicial District Administrator Douglas Short**
**13th Judicial District Attorney Brittny B. Lewton, Active BAR Registration 36959**

**17th Judicial District Judge KATHERINE ROSE DELGADO, Active BAR Registration 14482**
**17th Judicial District Chief Judge PATRICK T. MURPHY, Active BAR Registration 6968**
**17th Judicial District Attorney DAVID J. YOUNG, Active BAR Registration 21118**

18th Judicial District Court Senior Judge **DONALD M. MARSHALL**, Active BAR Registration 2539
18th Judicial District Court Judge **GEORGE HERBERT BRAUCHLER**, Active BAR Registration 25910
18th Judicial District Court Judge **PAUL A. KING**, Active BAR Registration 9044
18th Judicial District Court Judge **DAVID JOHN STEVENS**, Active BAR Registration 14774

**20TH JUDICIAL DISTRICT ATTORNEY STANLEY L. GARNETT**, Active BAR Registration 12282
**20th Judicial Assistant District Attorney RAINA BAYAS**, Active BAR Registration 45505
20th Judicial District Court Judge **PATRICK D. BUTLER**, Active BAR Registration 17413
20th Judicial District Court Judge **MARIA E. BERKENKOTTER**, Active BAR Registration 16781
20th Judicial District Court Judge **NORMA ANGELICA SIERRA**, Active BAR Registration 24281
20th Judicial District Court Judge **THOMAS FRANCIS MULVAHILL**, Active BAR Registration 16983
20th Judicial District Court Judge **ANDREW ROSS MACDONALD**, Active BAR Registration 17661
20th Judicial District Court Judge **BRUCE LANGER**, Active BAR Registration 25311
20th Judicial District Court Judge **ANDREW HARTMAN**, Active BAR Registration 32503
20th Judicial District Court Judge **INGRID SEFTAR BAKKE**, Active BAR Registration 19680
20th Judicial District Court Judge **JUDITH L. LABUDA**, Active BAR Registration 22130

21st Judicial District Court Judge **RICHARD THOMAS GURLEY**, Active BAR Registration 23476
21st Judicial District Court Judge **DAVID ARNOLD BOTTGER**, Active BAR Registration 7582
21st Judicial District Court Judge **THOMAS MiICHAEL DEISTER, Active BAR Registration 5721**
21st Judicial District Court Judge **BRIAN JAMES FLYNN**, Active BAR Registration 22904
21st Judicial District Court Judge **VALERIE JO ROBISON, Active BAR Registration 21404**

**Adams County Sheriff MICHAEL MCINTOSH**
Adams County Commissioner Eva J. Henry
Adams County Commissioner Erik Hansen
Adams County Commissioner Mary Hodge
Adams County Clerk & Recorder Stan Martin
Adams County Coroner Monica Broncucia-Jordan

Adams County Assessor Patsy Melonakis
Adams County Commissioner Charles Tedesco
Adams County Commissioner Steve O'Dorisio
Former Adams County Commissioner Jan Pawlowski
Adams County Treasurer Brigitte Grimm

Exhibit B.7

filed for the record   ICRO 20170318244006017001   recorded March 18, 2017 (7 of 12)

Former City of Westminster Municipal Judge **JOHN A. STIPECH,** Active BAR Registration 2387
Former City of Westminster Municipal Judge **Paul D. Basso,** Active BAR Registration 15887
City of Westminster Municipal Judge **DENNIS B. WANEBO,** Active BAR Registration 8515
City of Westminster Municipal Judge **EMIL A. RINALDI,** Active BAR Registration 10669
City of Westminster Associate Municipal Judge **TIFFANY LYNN SORICE,** Active BAR Registration 30654
City of Westminster Associate Municipal Judge **Kristan K. Wheeler,** Active BAR Registration 30077
City of Westminster City Attorney **DAVID ROBERT FRANKEL,** Active BAR Registration 26314
City of Westminster City Manager **Donald M. Tripp**
Former City of Westminster Deputy City Manager **Stephen P. Smithers**
Former of Westminster Police Chief **Lee A. Birk**

| | |
|---|---|
| Alamosa County Sheriff Robert Jackson | Alamosa County Commissioner Michael Yohn |
| Alamosa County Commissioner Darius H. Allen | Alamosa County Commissioner Marianne Dunne |
| Alamosa County Clerk & Recorder Melanie Woodward | Alamosa County Treasurer Lois Widhalm |
| Alamosa County Coroner Kevin Rogers | Alamosa County Assessor Sandra J. Hostetter |

**Alamosa County Court Judge Daniel A. Walzl, Active BAR Registration 31541**

| | |
|---|---|
| Arapahoe County Sheriff David C. Walcher | Arapahoe County Commissioner Nancy Doty |
| Arapahoe County Commissioner Nancy Sharpe | Arapahoe County Commissioner Rod Bockenfeld |
| Arapahoe County Commissioner Nancy Jackson | Arapahoe County Commissioner Bill Holen |
| Arapahoe County Clerk & Recorder Matt Crane | Arapahoe County Treasurer Sue Sandstrom |
| Arapahoe County Coroner Corbin Dr. Kelly Lear-Kaul | Arapahoe County Assessor Corbin Sakol |

| | |
|---|---|
| **Archuleta County Sheriff Richard Valdez** | **Archuleta County Commissioner Steve Wadley** |
| **Archuleta County Commissioner Ronnie Maez** | **Archuleta County Commissioner Michael Whiting** |
| **Archuleta County Treasurer Betty Diller** | **Archuleta County Clerk & Recorder June Madrid** |
| **Archuleta County Treasurer Assessor Natalie Woodruff** | **Archuleta County Coroner Dan Keuning** |
| **Archuleta County Surveyor Dean Schultz** | |

**BOULDER COUNTY SHERIFF JOSEPH PELLE**

| | |
|---|---|
| Boulder County Commissioner Deb Gardner | Boulder County Commissioner Elise Jones |
| Boulder County Clerk & Recorder Hillary Hall | Boulder County Commissioner Cindy Domenico |
| Boulder County Coroner Emma R. Hall | Boulder County Treasurer Paul Weissmann |
| | Boulder County Assessor Jerry Roberts |

**BOULDER COUNTY COURT JUDGE KAROLYN MOORE, Active BAR Registration 20685**
Boulder County Court Judge David Archuleta, et. at. Active BAR Registration 18693
**Public Defender JOHN DAVID GIFFORD, Active BAR Registration 40416**

| | |
|---|---|
| Broomfield City & County Mayor Randy Ahrens | Broomfield City & County Chief of Police Gary Creager |
| Broomfield City & County Clerk & Recorder Jim F. Candelarie | Broomfield City/ County Council Member David Beacom |
| Broomfield City & County Council Member Kevin Jacobs | Broomfield City & County Council Member Mike Shelton |
| BroomfieldCity/CountyCouncil Member Todd Schumacher | Broomfield City & County Council Member Martha Derda |
| Broomfield City & County Council Member Greg Stokes | Broomfield City & County Council Member Sharon Tessier |
| Broomfield City & County Council Member Elizabeth Law-Evans | Broomfield City & County Revenue Manager Kim Pfeifer |
| Broomfield City & County Assessor Sandy Herbison | |

| | |
|---|---|
| Chaffee County Sheriff John Spezze | Chaffee County Commissioner Dennis Giese |
| Chaffee County Commissioner Frank Holman | Chaffee County Commissioner Dave Potts |
| Chaffee County Clerk & Recorder Lori Mitchell | Chaffee County Treasurer Dee Dee Copper |
| Chaffee County Coroner Randy Amettis | Chaffee County Assessor Brenda J. Mosby |

| | |
|---|---|
| Clear Creek Sheriff Rick Albers | Clear Creek Commissioner Tim Mauck |
| Clear Creek Commissioner Tom Hayden | Clear Creek Commissioner Phil Bucklan |
| Clear Creek Clerk & Recorder Pam Phipps | Clear Creek Treasurer Irene Kincade |
| Clear Creek Coroner Don Allan | Clear Creek Assessor Diane Settle |

Exhibit B.8

filed for the record   **ICRO 2017031824406170001**   recorded March 18, 2017 (8 of 12)

Conejos County Sheriff Howard Galvez
Conejos County Treasurer Mack Crowther
Conejos County Commissioner Mitchell Jarvies
Conejos County Assessor Naomi Martinez-Keys

Conejos County Clerk & Recorder Lawrence D. Gallegos
Conejos County Commissioner John Sandoval
Conejos County Commissioner James Steven McCarroll

**Costilla County Sheriff AMOS MEDINA**
**Costilla County Commissioner Lawrence Pacheco**
Costilla County Clerk & Recorder Karen Garcia
Costilla County Coroner Sherri M. Vigil

Costilla County Commissioner Dolores Burns
**Costilla County Commissioner Joe Gallegos**
Costilla County Treasurer Annette Carino
Costilla County Assessor Ronda M Lobato

Custer County Sheriff Shannon Byerly
Custer County Commissioner Kit Shy
Custer County Clerk & Recorder Kelley Camper
Custer County Coroner Art Nordyke

Custer County Commissioner Lynn Attebery
Custer County Commissioner Bob Kattnig
Custer County Treasurer Virginia Trujillo
Custer County Assessor J. D. Henrich

Delta County Sheriff Fred McKee
Delta County Commissioner C. Bruce Hovde
Delta County Clerk & Recorder Teri A. Stephenson
Delta County Coroner Kevin Lucy

Delta County Commissioner C. Douglas Atchley
Delta County Commissioner Mark Roeber
Delta County Treasurer Lisa J. Tafoya
Delta County Assessor Debbie Griffith

Denver City & County Mayor Michael B. Hancock
Denver City & County Sheriff **J. JEFFRIES**, Badge Number 10.03
Deputy City & County Sheriff **JASON FOOS**, Badge Number 05.65
Denver City & County Deputy Sheriff **E. MEHNERT**, Badge Number 01.03
Denver City & County Assessor Keith Erffmeyer
**Denver City & County Council Rafael Espinoza**
**Denver City & County Council Kendra Black**
**Denver City & County Council Jodon Clark**
**Denver City & County Council Stacie Gilmore**
**Denver City & County Council Christopher Herndon**
**Denver City & County Council Deborah Ortega**
**Former City & County Council Charlie Brown**
**Former City & County Council Peggy Lehmann**
**Former Denver City & County Council Jeanne Robb**
Denver City & County Coroner Amy Martin, MD
Denver City & County Treasurer Steve Ellington

Denver City & County Sheriff **PATRICK FIRMAN**

**Denver City & County Council Albus Brooks**
**Denver City & County Council Kevin Flynn**
**Denver City & County Council Paul Kashman**
**Denver City & County Council Wayne New**
**Denver City & County Council Mary Beth Susman**
**Denver City & County Council Robin Kniech**
**Denver City & County Council Paul Lopez**
**Former Denver City & County Council Chris Nevitt**
**Former Denver City & County Council Jeanne Faatz**
**Former Denver City & County Council Judy Montero**
Denver City & County Clerk & Recorder Debra Johnson

**Denver City & County Assistant District Attorney KATHERINE KIRK, Active BAR Registration 47721**
**Denver City & County Assistant District Attorney Thomas L. Dunlop, Active BAR Registration 47523**
**Denver City & County Assistant District Attorney Eric C. Reece, Active BAR Registration 42561**
**Denver City & County Assistant District Attorney Bradley Randall Whitfield, Active BAR Registration 40195**
**Denver City & County Public Defender Alice Louise Norman, Active BAR Registration 17934**
**Denver County Chief Judge Theresa A. Spahn, Active BAR Registration 17504**
**Former Denver County Chief Judge John Michael Marcucci, Active BAR Registration 9079**
Former Denver County Court Judge **ALFRED CONWAY HARRELL** Active BAR Registration 4013
Denver County Judge **FREDERIC BARKER RODGERS**, Active BAR Registration 2568
Denver County Court Judge Adam Joseph Espinosa, Active BAR Registration 33937
Denver County Senior Judge Aleene Ortiz-White, Active BAR Registration 13402
Denver County Court Judge Brian Thomas Campbell, Active BAR Registration 3839
Denver County Court Judge Olympia Zipora Fay, Active BAR Registration 38590
Former Denver County Magistrate Mark Robert Muller, Active BAR Registration 9471
Denver County Magistrate **CATHERINE ANNE CARY**, Active BAR Registration 10871
Denver County Judge Beth Ann Faragher, Active BAR Registration 23178
Denver County Judge **Kerri D. Lombardi,** Active BAR Registration 23291
Denver County Judge Nicole Marie Rodarte, Active BAR Registration 30363
**Denver City Attorney JAMESY C. OWENS, Active BAR Registration 44926**
Denver City Attorney David Scott Martinez, Active BAR Registration 37807
Denver Police Chief Robert C. White

Exhibit B.9

**filed for the record   ICRO 20170318244006017001   recorded March 18, 2017 (9 of 12)**

Denver Police Commander **ANTONIO LOPEZ**
Denver City & County Police Officer **DONALD CLARENCE REED** P86026
Denver City & County Police Officer **ADAM BOLTON**, P14026
Attorney **JAMES JOSEPH PETROCK a.k.a. James J. Petrock, Active BAR Registration 2881**

**Douglas County Sheriff Anthony Spurlock**               **Douglas County Deputy Sheriff Wes Clements, 97-05**
**Castle Rock Policeman Ruisi, 8501**                         Douglas County Commissioner Roger Patridge
Douglas County Commissioner Jill Repella               Douglas County Commissioner David Weaver
Douglas County Clerk & Recorder Merlin Klotz          Douglas County Treasurer Diane Holbert
Douglas County Coroner Jill Romann                        Douglas County Assessor Lisa Frizell
Former Doublas County Clerk & Recorder Jack Arrowsmith

Eagle County Sheriff James Van Beek                     Eagle County Commissioner Jill Hunsaker Ryan
Eagle County Commissioner Kathy Chandler-Henry       Eagle County Commissioner Jeanne McQueeney
Eagle County Clerk & Recorder Teak J. Simonton        Eagle County Treasurer Karen Sheaffer
Eagle County Coroner Kara Bettis                          Eagle County Assessor Mark Chapin

Elbert County Sheriff Shayne Heap                        Elbert County Assessor Billie Mills
Elbert County Commissioner Robert Rowland            Elbert County Commissioner Kelly Dore
Elbert County Commissioner Larry Ross                   Elbert County Clerk & Recorder Dallas Schroeder
Elbert County Treasurer Rick Pettitt                      Elbert County Coroner Mike Graeff

El Paso County Sheriff Bill Elder                           El Paso County Assessor Steve Schleiker
El Paso County Commissioner Darryl Glenn             El Paso County Commissioner Amy Lathen
El Paso County Commissioner Sallie Clark              El Paso County Commissioner Dennis Hisey
El Paso County Commissioner Peggy Littleton         El Paso County Clerk & Recorder Chuck Broerman
El Paso County Treasurer Mark Lowderman             El Paso County Coroner Dr. Robert C. Bux

Fremont County Sheriff James L. Beicker               Fremont County Commissioner Timothy R. Payne
Fremont County Commissioner Debra Lynn Bell        Fremont County Commissioner Edward H. Norden
Fremont County Treasurer Kathy Elliott                  Fremont County Clerk & Recorder Katie Barr
Fremont County Coroner Randy V. Keller                Fremont County Assessor Stacey Seifert
Fremont County Judge **NORMAN  C. COOLING**, Active BAR Registration 14582

Garfield County Sheriff Lou Vallario                       Garfield County Commissioner Mike Sampson
Garfield County Commissioner John Martin             Garfield County Commissioner Tom Jankovsky
Garfield County Treasurer Karla Bagley                 Garfield County Clerk & Recorder Jean Alberico
Garfield County Coroner Trey Holt                         Garfield County Assessor Jim Yellico

**Gilpin County Sheriff BRUCE W. HARTMAN**           Gilpin County Assessor Anne C. Schafer
Gilpin County Commissioner Gail Watson               Gilpin County Commissioner Linda J. Isenhart
Gilpin County Commissioner Bruce V.Schmalz, Jr.     Gilpin County Clerk & Recorder Colleen Stewart
Gilpin County Treasurer Alynn K. Huffman              Gilpin County Coroner Zane G. Lauphan
**Gilpin County Attorney JAMES JOSEPH PETROCK a.k.a. James J. Petrock, Active BAR Registration 2881**
**Former County Judge DAVID R. GLOSS, Active BAR Registration 15534**
**Former County Judge FREDERIC BARKER RODGERS, Active BAR Registration 2568**

Grand County Sheriff Brett Schroetlin                    Grand County Clerk & Recorder Sara L. Rosene
Grand County Commissioner James L. Newberry      Grand County Commissioner Merrit S. Linke
Grand County Commissioner Kristen Manguso         Grand County Treasurer Christina Whitmer
Grand County Coroner Brenda L. Bock                    Grand County Assessor Tom Weydert

Jackson County Sheriff Gary Cure                         Jackson County Clerk & Recorder Hayle M. Johnson
Jackson County Commissioner Betsy Blecha           Jackson County Commissioner Charles "Ben" Clayton
Jackson County Commissioner James A. Murphy      Jackson County Treasurer Letitia D. Willcox
Jackson County Coroner George E. Crocket            Jackson County Assessor Kerry J. Moran

**Jefferson County Court Judge SUSAN L. FISCH, Active BAR Registration 16855**
Jefferson County Sheriff Jeff Shrader                     Jefferson County Sheriff Deputy M. C. Britt, 1627
Jefferson County Commissioner Casey Tighe          Jefferson County Commissioner Libby Szabo

Exhibit B.10

filed for the record   **ICRO 20170318244006017001**   recorded March 18, 2017 (10 of 12)

| | |
|---|---|
| Jefferson County Commissioner Donald Rosier | Jefferson County Clerk & Recorder Faye Griffin |
| Jefferson County Treasurer Tim Kaufman | Jefferson County Coroner John Graham |
| Jefferson County Assessor Ron Sandstrom | |
| | |
| Lake County Sheriff Rodney Fenske | Lake County Clerk & Recorder Patty Berger |
| Lake County Commissioner Dolores Semsack | Lake County Commissioner Bruce His |
| Lake County Commissioner Mike Borgogna | Lake County Treasurer Padraic Smith |
| Lake County Coroner Shannon Kent | Lake County Assessor Miguel Martinez |
| | |
| La Plata County Treasurer Allison Morrissey | |
| | |
| Larimer County Sheriff Justin Smith | Larimer County Assessor Steve Miller |
| Larimer County Commissioner Lew Gaiter III | Larimer County Commissioner Steve Johnson |
| Larimer County Commissioner Tom Donnelly | Larimer County Clerk & Recorder Angela Myers |
| Larimer County Treasurer Irene Josey | Larimer County Coroner James A. Wilkerson MD |
| | |
| Lincoln County Sheriff Tom Nestor | Lincoln County Commissioner Greg King |
| Lincoln County Commissioner Doug Stone | Lincoln County Commissioner Ed E. Schifferns |
| Lincoln County Clerk & Recorder Corinne M. Lengel | Lincoln County Treasurer James R. Covington |
| Lincoln County Coroner Andy Lorensen | Lincoln County Assessor Jeremiah Higgins |
| | |
| Logan County Sheriff Brett L. Powell | Logan County Assessor Peggy Michaels |
| **Logan County Commissioner Byron H. Pelton** | **Logan County Commissioner Joseph A. McBride** |
| Logan County Commissioner David G.Donaldson | Logan County Clerk & Recorder Pamela M. Bacon |
| Logan County Treasurer Patricia Bartlett | Logan County Coroner Dave Tenant |

**Logan County Court Judge Ray Ann Brammer, Active BAR Registration 17187**
**City of Sterling Municipal Judge Jay M. Brammer, Active BAR Registration 16787**
**City of Sterling Attorney John Curtis Penny, Jr., Active BAR Registration 7991**

| | |
|---|---|
| **City of Sterling Mayor Dan Torres, Jr.** | **City Councilperson David Appelhans** |
| **City of Sterling Police Chief Tyson R. Kerr** | **Code Enforcement George E. Good** |
| Logan County Commissioner Gene A. Meisner | Logan County Commissioner Rocky L. Samber |

| | |
|---|---|
| **MESA COUNTY SHERIFF MATT LEWIS** | Mesa County Commissioner John Justman |
| Mesa County Commissioner Scott McInnis | Mesa County Commissioner Rose Pugliese |
| Mesa County Clerk & Recorder Sheila Reiner | Mesa County Treasurer Janet Rich |
| Mesa County Coroner Dean Havlik | Mesa County Assessor Ken Brownlee |

**MESA COUNTY JUDGE CRAIG PATRICK HENDERSON, Active BAR Registration 26815**

| | |
|---|---|
| **Montrose County Sheriff RICK DUNLAP** | Montrose County Commissioner Ron Henderson |
| Montrose County Commissioner Glen Davis | Montrose County Commissioner David White |
| Montrose County Clerk & Recorder Tressa Guynes | **Montrose County Treasurer Rosemary M. Murphy** |
| Montrose County Coroner Thomas Canfield | Montrose County Assessor Brad Hughes |

**Montrose County Judge BENNET ALDEN MORRIS, Active BAR Registration 34590**

| | |
|---|---|
| Morgan County Sheriff James Crone | Morgan County Assessor Robert L. Woolddridge |
| Morgan County Commissioner Brian McCracken | Morgan County Commissioner Laura Teague |
| Morgan County Commissioner Jim Zwetzig | Morgan County Clerk & Recorder Susan L. Bailey |
| Morgan County Treasurer Robert A. Sagel | Morgan County Coroner Don Heer |

| | |
|---|---|
| **Pueblo County Sheriff KIRK M. TAYLOR** | **Pueblo Undersheriff J.R. Hall** |
| Pueblo County Deputy Sheriff Padilla, 2000 | Pueblo County Deputy Sheriff Hartless |
| Pueblo County Sheriff's Office Internal Affairs Inspector Clifford Kindred | |
| Pueblo County Commissioner **SAL PACE** | Pueblo County Commissioner **LIANNE MACFAYDEN** |
| **Pueblo County Commissioner TERRY HART** | Pueblo County Clerk & Recorder **GILBERT ORTIZ** |
| Pueblo County Treasurer **ADELBERT "DEL" OLIVAS** | Pueblo County Coroner Brian Cotter |
| Pueblo County Assessor **FRAND BELTRAN** | |

City of Pueblo Municipal Judge William A. Martinez, Active BAR Registration 19872

Exhibit B.11

Attorney **DOUGLAS GRADISAR**, Active BAR Registration 33426

**filed for the record   ICRO 20170318244006017001   recorded March 18, 2017 (11 of 12)**

Rio Grande County Sheriff Brian Norton
Rio Grande County Commissioner Karla Shriver
Rio Grande County Commissioner Pam Bricker
Rio Grande County Treasurer Peggy J. Kern

Rio Grande County Assessor JJ Mondragon
Rio Grande County Commissioner Doug Davie
Rio Grande County Clerk & Recorder Cindy Hall
Rio Grande County Coroner Rusty Strohmayer

**Rio Grand County Judge BARBARA A. ZOLLARS, Active BAR Registration 15723**

Routt County Sheriff Garrett Wiggins
Routt County Commissioner Timothy V. Corrigan
Routt County Commissioner Cari Hermacinski
Routt County Coroner Rob Ryg

Routt County Clerk & Recorder Kim Bonner
Routt County Commissioner Douglas B. Monger
Routt County Treasurer Brita Horn
Routt County Coroner Assessor Gary Peterson

Saguache County Sheriff Dan Warwick
Saguache County Commissioner John Kenneth Anderson
Saguache County Clerk & Recorder Carla Gomez
Saguache County Coroner Tom Perrin

Sagusche County Commissioner Timothy Nathan Lovato
Saguache County Commissioner Jason Adnerson
Saguache County Treasurer Connie Trujillo
Saguache County Peter Peterson

Summit County Sheriff John Minor
Summit County Commissioner Karn Stiegelmeier
Summit County Clerk & Recorder Kathleen Neel
Summit County Coroner Regan Wood

Summit County Commissioner Thomas C. Davidson
Summit County Commissioner Dan Gibbs
Summit County Treasurer Bill Wallace
Summit County Assessor Beverly Breakstone

Teller County Sheriff Mike Ensminger
Teller County Commissioner Dave Paul
Teller County Clerk & Recorder Krystal Brown
Teller County Coroner Al Born

Teller County Commissioner Mark Dettenrieder
Teller County Commissioner Dave Paul
Teller County Treasurer Bob Campbell
Teller Assessor Betty Clark-Wine

Washington County Sheriff Jon Stivers
Washington County Commissioner David Foy
Washington County Clerk & Recorder Garland M. Wahl
Washington County Coroner Cheryl Kraich

Washington County Commissioner Terry Hart
Washington County Commissioner Lea Ann Laybourn
Washington County Treasurer Debra A. Cooper
Washington County Assessor Larry Griese

Weld County Sheriff Steve Reams
Weld County Commissioner Julie Cozad
Weld County Commissioner Sean Conway
Weld County Clerk & Recorder Carly Koppes
Weld County Coroner Mark Ward

Weld County Commissioner Mike Freeman
Weld County Commissioner Barbara Kirkmeyer
Weld County Commissioner Steve Moreno
Weld County Treasurer John R. Lefebvre, Jr.
Weld County Assessor Christopher M. Woodruff

**The United States Supreme Court** held in **Carter v. Carter Coal Company, 298 U.S. 238, 297:** "And the Constitution itself is in every real sense a law - the lawmakers being the people themselves, in whom under our system all political power and sovereignty primarily resides, and through whom such power and sovereignty primarily speaks. It is by that law, and not otherwise, that the legislative, executive, and judicial agencies which it created exercise such political authority as they have been permitted to possess. The Constitution speaks for itself in terms so plain that to misunderstand their import is not rationally possible. 'We the People of the United States' it says, 'do ordain and establish this Constitution.' Ordain and establish! These are definite words of enactment, and without more would stamp what follows with the dignity and character of law. The framers of the Constitution, however, were not content to let the matter rest here, but provided explicitly - 'This Constitution, and the Laws of the United States which shall be made in Pursuance thereof,....shall be the supreme Law of the the Land.' (Const. art. 6, cl. 2.) The supremacy of the Constitution as law is thus declared without qualification. That supremacy is absolute; the supremacy of a statute enacted by Congress is not absolute but conditioned upon its being made in pursuance of the Constitution. And a judicial tribunal, clothed by that instrument with complete judicial power, and, therefore, by the very nature of the power,   required to ascertain and apply the law to the fact in every case or proceeding properly brought for adjudication, must apply the supreme law and reject the

Exhibit B.12

inferior statute whenever the two conflict. Departments derive authority from the constitution. By the constitution of the state the government is divided into three coordinate branches: legislative, executive, and judicial. The constitution is the paramount law. Each department derives its authority from that source. **Colorado State Bd. of Med. Exmrs. v. District Court, 138 Colo. 227, 331 P.2d 502 (1958)**

**As sovereignty resides in individuals.** The individual, and not the state, is the source and basis of our social compact and that sovereignty now resides and has always resided in the individual. **Colorado Anti-Discrimination Comm's v. Case, 151 Colo. 235, 380 P.2d 34 (1962)**

**Right to comment on courts and judges.** The growth of constitutional liberty has abolished arbitrary power of courts to inflict punishment and penalties upon persons commenting upon courts and judges or upon the character thereof, through contempt proceedings, and the right to make any such comment upon courts and judges in any respect, and as fully and freely as may be desired, is a right of every person, and is a right reserved to the people without any express reservation, as provided in this section. **People ex rel. Attorney Gen. v. News-Times Publishing Co., 35 Colo. 253, 84 P. 912 (1906), appeal dismissed, 205 U.S. 454, 27 S. Ct. 556, 51L. /ed 879 (1907)**

## We the de Jure People in Colorado

### March 15, 2017

## WE ARE GOVERNED BY THE MAJORITY......THE MAJORITY OF THOSE WHO PARTICIPATE IN THE DE JURE REPUBLICAN FORM OF GOVERNMENT.

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." (Miranda V. Arizona, 384 US 436, 491)

"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." (Sherer v. Cullen, 481 F 946)

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law." Yick Wo v. Hopkins, 118 US 356, 370)

"No State shall convert a liberty into a license, and charge a fee therefore." (Murdock v. Pennsylvania, 319 US105)

"If a State converts a Right (Liberty) into a privilege, the citizen can ignore the license and fee and engage in the Right with impunity." (Shuttlesworth v. City of Birmingham, Alabama, 373 US 262)

Exhibit C.1

| District Court, City and County of Denver, Colorado<br>City and County Building<br>1437 Bannock Street<br>Denver, CO 80202<br><br>IN RE: 2862 W. CENTENNIAL DR., #H,<br>LITTLETON, CO 80123. | |
|---|---|
| | σ     COURT USE ONLY     σ |
| | Case Number:<br><br>Div.: Criminal      Ctrm: |

**COURT ORDER FOR SEARCH WARRANT FOR 2862 W. CENTENNIAL DR., #H, LITTLETON, CO 80123.**

**(Filed Under Seal)**

TO: <u>Investigator Chris Byrne,</u> officers authorized by law and any other officer authorized to execute search warrants within the State of Colorado.

<u>Investigator Chris Byrne</u>  having this date filed an affidavit for search warrant in conformity with the provision of Rule 41, Colorado Rule of Criminal Procedure and C.R.S. 16-3-301, <u>et. seq.</u>, as amended, for the following described <u>PROPERTY,</u> to wit:

Evidence of violations of Colorado Revised Statues. specifically Criminal Extortion CRS 18-3-207, Criminal Impersonation CRS 18-5-113, Offering a False Document for Recording CRS 18-5-114, Attempt to Influence a Public Servant 18-8-306, Retaliation Against a Judge CRS 18-6-615, Retaliation Against a Prosecutor CRS 18-8-616, Fraud Upon the Department of Revenue CRS 39-21-118(1) and CRS 39-21-118(3), and Colorado Organized Crime Control Act (COCCA) CRS 18-17-104, which are possessed and published within the premises previously described, together with such vessels, implements, and devices. in which documents noted above are found, articles of personal property tending to establish the identity of the person or persons in control of and occupying said premises including, but not limited to, utility company bills, telephone company bills, canceled mail envelopes, photographs, keys, records of meetings, rosters, publications, computers, data, and monies derived from or used or intended to be used in furtherance of the crimes outlined above, and other evidence of criminal activities:

- Computers, smart phones, i-Pads, i-Pods,  and other devices, storage media including but not limited to "thumb drives", digital media disks (DVD's and CD's), external hard drives, printers and for investigators to conduct forensic examination of those devices to

I

Exhibit C.2

search for evidence of WPC activities including but not limited to emails, meeting schedules, agendas, indictments, criminal complaints, criminal presentments, liens, notes, and drafts, rosters, meeting notes and schedules, and publications using the various WPC group and subgroup names and aliases including but not limited to The Indestructible Trust for the People in Colorado, Colorado Superior Court, People's Grand Jury Administration in Colorado, De Jure People's Grand Jury Administration in Colorado, People's Grand Jury in Colorado,  De Jure People's Grand Jury in Colorado, and Colorado Free Press, or such communications or documents in furtherance of WPC activities; and to find evidence of communication with email accounts sjnalty@earthlink.net; lawfulbountyhunters@gmail.com; and coloradoclgj2014forever@gmail.com; and Intellius.com accounts;

- Any and all passwords, encryption keys, access codes, or other security or privacy devices, whether of written or oral form, used to encrypt, encode, or otherwise limit access to information, files, programs, accounts, or other data associated with or stored on computers, smart phones, or other devices or storage media.

- Hard copies of WPC documents including but not limited to group emails, meeting schedules, agendas, indictments, criminal complaints, criminal presentments, liens, notes, and drafts, rosters, meeting notes and schedules, publications, on paper or boards using the various WPC group and subgroup names and aliases including but not limited to The Indestructible Trust for the People in Colorado, Colorado Superior Court, People's Grand Jury Administration in Colorado, De Jure People's Grand Jury Administration in Colorado, People's Grand Jury in Colorado,  De Jure People's Grand Jury in Colorado, and Colorado Free Press;

- Written or electronic communications with the WPC members in terms of further identifying its members, members' relationships to each other which support the existence of the WPC enterprise and WPC communications with each other which occurred in furtherance of this enterprise; this may be hard copy documents, emails, text messages, phone calls, contacts lists as hard copies, email lists, and telephone contact lists;

- Notes, records, pictures, ledgers, receipts, address books, contact lists; phone books; bank statements; safe deposit box keys; conveyances, and books;

- Computer equipment, programs, storage media, printouts, and evidence of the expenditure of currency or currency equivalents;

- Postal receipts, envelopes, and mailing records/ledgers;

Exhibit C.3

- Badges, credentials, templates for credentials, laminating equipment, member photos, handcuffs, zip ties, rope, masks;

- Ink pads. fingerprint cards, and red ink pens;

- Notes regarding court cases and hearings;

- Records, ledgers, maps, photographs, and notes of home addresses of Colorado public officials;

- Records or indicia of ownership, rental agreements and control, including but not limited to utility company bills, telephone bills, cancelled mail envelopes, vehicle registration, keys, and other records;

- All business records (including but not limited to; sales invoices, purchase invoices, shipping documentation, tax forms, tax payments, employee records, contracts;

- All tax records (including but not limited to; tax forms, attachments, supporting documents, payments. refund information) and records supporting sources of income;

- Large amounts of US currency;

- Any tax records establishing relationships between NALTY, DOUCETTE, and DIAMOND IRON WORKS:

- Any other evidence of criminal activities.

Believed to be situated **AT THE PREMISES** known and described as:

**2862 W. Centennial Dr., #H Littleton, County of Arapahoe, State of Colorado:**
A multi-family condominium of brown frame construction with green and tan trim, tan window trim, and rock accents and brown asphalt shingle roof and an attached garage on the rear of the building with a single green door. The building is situated on the east side of Centennial Dr. The front door is on the second floor and has a white security door under a covered porch and faces south and is on the left (west) side if a stairwell leading up to the door. There are two large windows to the west of the door and a gray satellite dish in the front porch area. The letter H is in black on a tan post at the top left (west) of the stairs at the front of the porch. The garage has a letter H on a tan trim piece and is the fourth garage door from the east end of the building with a pedestrian door to the right (east). The number 2862 is in black numbers on the west side of the building facing W. Centennial Dr. on the second level.

Exhibit C.4

The warrant shall include any/all closed containers, and surrounding curtilage and vehicles, to include the following vehicle wherever it may be located in the State of Colorado described as:

2007 Pontiac coupe, red in color, bearing Colorado license plate 316-SLD, VIN 1G2AL15F277232622

Upon one of more grounds set forth in Rule 41, Colorado Rules of Criminal Procedure and C.R.S. 16-3-302, as amended, namely:

[ ]   Which is stolen or embezzled; or
[X]   Which is designed or intended for use as a means of committing a criminal offense; or
[X]   Which is or has been used as a means of committing a criminal offense; or
[X]   The possession of which is illegal; or
[X]   Which would be material evidence in a subsequent criminal prosecution in this state or in another state; or
[X]   Other: ANY DOCUMENTS AND/OR PAPERS TENDING TO SHOW OCCUPANCY OR CONTROL OF SAID PREMISES.

I am satisfied that there is probable cause to believe that the property so described is located within the above described premises and that the grounds for this search warrant exist.

**YOU ARE FURTHER COMMANDED** to leave a copy of the search warrant and receipt for the property taken with the person from whom or from whose premises the property is taken; or, in lieu thereof, to leave a copy of the search warrant and receipt at the place from which the property is taken.

**YOU ARE FURTHER COMMANDED** to make return of this search warrant and a written inventory of the property taken to the undersigned judge with fourteen days from the date hereof.

On the basis of the information set forth in the affidavit and pursuant to C.R.S. 16-3-301, et. seq., as amended,

**YOU ARE AUTHORIZED** to execute this search warrant in the manner set forth above, with the following special conditions, to wit:

**The Court authorizes the clothed body search of parties found at the premises and vehicle.**

**The Court authorizes that law enforcement may submit any electronic and/or digital storage items seized pursuant to this warrant, including any computers, smart phones and other devices, storage media including but not limited to "thumb drives", digital media disks (DVD's and CD's), external hard drives, printers, i-Pods, i-Pads, or other similar devices and their storage media to any other qualified law enforcement officer/agency for further forensic examination and retrieval of the above-named property from the seized electronic devices and/or digital storage media.  Assigned law enforcement authorities are also authorized to use a**

4

Exhibit C.5

reasonable period of time to complete the forensic examination of the seized items so that retrieval of the above-named property can occur.

The Court orders all records concerning this order be sealed until further order of the Court.

Date, _April 3 2017_ Time _2:28 p._
in Denver Colorado.

_____
Signature of Judge

No Seal

_____
Printed Name of Judge

5

# Exhibit D.1

| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: April 3, 2017 10:45 AM |
|---|---|
| **THE PEOPLE OF THE STATE OF COLORADO**<br>**vs.**<br><br>**Bruce A Doucette,**<br>**a/k/a Bruce Allen Doucette**<br><br>Defendant | ▲ COURT USE ONLY ▲ |
| | Case No.: 2016 CR 001<br><br>Div: 259 |
| **ARREST WARRANT** | |

THE PEOPLE OF THE STATE OF COLORADO

TO:  Any peace officer authorized by law to execute arrest warrants.

WHEREAS, the Attorney General for the State of Colorado has this day returned an Indictment to this Court, charging **Bruce A Doucette, DOB 11/16/1960; Sex:  Male; Height: 6'; Weight:  180 pounds; Hair:  Blonde; Eyes: Blue;** ▨▨▨ ▨▨▨▨▨▨▨▨: ▨▨▨▨▨; **and Last Known Address:  8043 S. Carr, Littleton, CO 80123,** with the crimes of: VIOLATION OF COLORADO ORGANIZED CRIME CONTROL ACT, C.R.S. 18-17-104(3) (F2){37284} (1 count). VIOLATION OF THE COLORADO ORGANIZED CRIME CONTROL ACT, C.R.S. 18-17-104(4) (F2){37285} (1 count). ATTEMPT TO INFLUENCE A PUBLIC SERVANT, C.R.S. 18-8-306 (F4){24051} (15 counts). CRIMINAL EXTORTION, C.R.S. 18-3-207(1)(a),(b)(I) (F4){02063} (4 counts). CONSPIRACY TO COMMIT CRIMINAL EXTORTION, C.R.S. 18-3-207(1)(a),(b)(I);18-2-201 (F5){02063C} (4 counts). OFFERING A FALSE INSTRUMENT FOR RECORDING IN THE FIRST DEGREE, C.R.S. 18-5-114(1) (F5){10121} (1 count). Retaliation Against a Judge, C.R.S. 18-8-615 (F4){26074} (4 counts). RETALIATION AGAINST A PROSECUTOR, C.R.S. 18-8-616 (F4){26131} (1 count). CRIMINAL IMPERSONATION, C.R.S. 18-5-113(1)(b)(II) (F6){1011F} (1 count). TAX EVASION, C.R.S. 39-21-118(1) (F5){40021} (1 count). FAILURE TO FILE RETURN OR PAY TAX, C.R.S. 39-21-118(3) (M){40023} (1 count).

WHEREAS, the Court has examined the attached Indictment and has satisfied itself that there is probable cause to believe that the above named offenses charged have been committed by the above named person; and

# Exhibit D.2

WHEREAS, the Attorney General for the State of Colorado has requested that an arrest warrant be issued for the above named person.

THEREFORE, you are hereby commanded to arrest Bruce A Doucette and bring him without necessary delay before the nearest available judge of a county or district court.

Bail fixed by the Court in the amount of $ *250,000 c/s*

Bond Conditions of: *execute waiver of extradition; acknowledge/adhere to mandatory protection order per C.R.S. 18.1-1001, issued by the Court; commit no new felony offense; no contact (direct or indirect) with any named public servant listed in the indictment, including at their homes or workplaces(※)*

DATED: March 30, 2017

— Defendant is further ordered to surrender his passport as condition of bond.

ORDERED:

_____
Judge, Denver District Court

(※) *no contact with any co-defendant during pendency of this criminal case; electronic or GPS monitoring; no weapons, including firearms, possession.*

## RETURN OF WARRANT

I hereby certify that I duly executed this warrant as commanded by arresting Bruce A Doucette on _____, 2017

_____
Arresting Officer

# Exhibit D.3

**Exhibit "A" - Bond Conditions:**

Execute a Waiver of Extradition

Acknowledge and Adhere to a Mandatory Protection Order, pursuant 18-1-1001, issued by the Court

Commit No Felony Offense

No Contact (including direct or indirect communication) with any named public servant listed in the Indictment, including at their homes and workplaces

No Contact with any co-defendant during the pendency of the criminal case

Electronic or Global Positioning Monitoring

No Weapons, including Firearms

Surrender All Passports

Michael A Martines

all work April 3 on signed by → Martin Egelhoff

# Exhibit F.1

73

## The Colorado Bar Association

January 18, 1933.

Governor Edwin C. Johnson,

    State House,

        Denver, Colorado.

Dear Governor Johnson:

      In accordance with your request I appointed a Committee to consider the question of the abolishment of County Courts. The report of that Committee, prepared by a sub-committee is enclosed herewith.

      You recall that when we conferred with you an explanation was made regarding the difficulties encountered in attempting to change one branch of the judiciary without a complete revision of the whole system.

      It appears to the Committee that a Legislative Commission should be created to study the subject thoroly and submit a plan to the next legislature. In accordance with this recommendation I have caused a heading for a bill to be introduced providing for the appointment of such a commission. With your approval this bill will be prepared and an attempt made to have it passed.

# Exhibit F.2



I am advised that such a Commission could be created by joint resolution. The Commission of course would work without compensation altho it should have a small allowance for secretarial work. My own opinion is that this Commission should consist of a Supreme Court Judge, a District Court Judge, a County Judge, several members of the legislature and some representatives of The Colorado Bar Association.

May I assure you that The Colorado Bar Association would be pleased to cooperate in this work in which it is deeply interested, and to which it has given much attention.

I would be pleased to discuss the matter more fully with you at your convenience.

Respectfully yours,

*Ernest L. Rhoads*

---

**COLORADO STATE ARCHIVES**
1313 Sherman, Room 1B-20 • (303) 866-2358
Denver, CO 80203

Nº 023007

RECEIPT

ELR/h

RECEIVED FROM _Jack Travis_                DATE _9/3_ 19_96_

THE SUM OF _Seven & 50/100_              DOLLARS $ _7.50_

FOR _97-723   Pull & Copies_

AMOUNT OF ACCOUNT $ _7.50_
AMOUNT PAID ...... $ _7.50_          *Thank You!*
BALANCE DUE ...... $ _____
☒ CASH   ☐ CHECK   ☐ M.O.                BY

# Exhibit G.1

095110459

95 OCT 13 FILED 17

Attest ... at ...
EL PASO COUNTY CLERK & RECORDER

BOOK
6744

PAGE
969





TERRITORY
1861

STATE
1876

DEPARTMENT OF PERSONNEL

## DIVISION OF

# STATE ARCHIVES

# AND

# PUBLIC RECORDS

Office of County Clerk and Recorder
El Paso County, State of. Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
Date 4/24/02 Book 6744 Page 969
Robert C. Balink
County Clerk & Recorder
El Paso County, Colorado
By _____ Deputy

*I Hereby Certify that the annexed copy
(or each of the annexed copies) is a true
copy of a record in the legal custody of
the State Archivist of Colorado, and is
filed among the records of*

COLORADO TERRITORY LEGISLATIVE ASSEMBLY, TERRITORY OF COLORADO
deposited therein

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS, AND PRIVATE ACTS, PASSED AT THE
FIRST SESSION OF THE LEGISLATIVE ASSEMBLY, DENVER, COLORADO TERRITORY,
SEPTEMBER 9, 1861.

TITLE PAGE, PAGES 20, 21, 2 [SIC], AND 35.
TOTAL 5 PAGES.



STATE ARCHIVIST OF COLORADO

OCTOBER 4, 1995
DATE

# Exhibit G.2

BOOK 6744   PAGE 970

3RARY
COURT
AL DISTRICT

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS

AND PRIVATE ACTS,

PASSED AT THE FIRST SESSION

## LEGISLATIVE ASSEMBLY

OF THE

## TERRITORY OF COLORADO,

BEGUN AND HELD AT

DENVER, COLORADO TER., SEPT. 9th, 1861.

TOGETHER WITH

THE DECLARATION OF INDEPENDENCE,

## THE CONSTITUTION OF THE UNITED STATES,

AND THE

## ORGANIC ACT OF THE TERRITORY.

PUBLISHED BY AUTHORITY.

DENVER:
THOS. C. BSON, COLORADO REPUBLICAN AND HERALD OFFICE.
1861.



# Exhibit G.3

BOOK 6744   PAGE 971

LAW LIBRARY
DISTRICT COURT
SECOND JUDICIAL DISTRICT

## AMENDMENTS TO THE CONSTITUTION.

### ARTICLE I.

*The free exercise of religion, freedom of speech, of the press, of the right to peaceably assemble and to petition, guaranteed to the people.*

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble and petition the government for a redress of grievances.

### ARTICLE II.

*Right to bear arms*

A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed.

### ARTICLE III.

*Of quartering soldiers in time of peace.*

No soldier shall, in time of peace, be quartered in any house without the consent of the owner; nor in time of war, but in a manner to be prescribed by law.

### ARTICLE IV.

*No search warrant to issue except on oath.*

The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### ARTICLE V.

*Capital and infamous crime—proceedings.*

No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service, in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled, in any criminal case, to be a witness against himself; nor be deprived of life, liberty or property, without due process of law; nor shall private property be taken for public use without just compensation.

### ARTICLE VI.

*Right of the accused in criminal cases.*

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defence.

### ARTICLE V.

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

### ARTICLE V.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

### ARTICLE

The enumeration in the constitution of certain rights shall not be construed to deny or disparage others retained by the people.

### ARTICLE.

The powers not delegated to the United States by the constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

### ARTICLE

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State.

### ARTICLE X

1. The electors shall meet in their respective States, and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same State as themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and

# Exhibit G.4

BOOK 6744

TITUTION.

ing an establish-
se exercise there-
, or of the press;
to assemble and
of grievances.

ssary to the secu-
eople to keep and

e, be quartered in
he owner; nor in
prescribed by law.

ecure in their per-
ainst unreasonable
e violated, and no
ble cause, supported
larly describing the
ons or things to be

wer for a capital or
on a presentment or
t in cases arising in
militia, when in ac-
lic danger; nor shall
e offence to be twice
, shall be compelled,
against himself;
property, without
ate property be taken
nsation.

I.

e accused shall enjoy
trial, by an impartial

jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation: to be confronted with the witnesses against him, to have compulsory process for obtaining witnesses in his favor; and to have the assistance of counsel for his defence.

## ARTICLE VII.

In suits at common law, where the value in controversy, shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law. *Trial by jury preserved.*

## ARTICLE VIII.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted. *Bail and fines.*

## ARTICLE IX.

The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people. *Construction of powers delegated.*

## ARTICLE X.

The powers not delegated to the United States by the constitution, nor prohibited by it to these States, are reserved to the States respectively, or to the people. *Powers.*

## ARTICLE XI.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State. *Restraint of judicial power.*

## ARTICLE XII.

1. The electors shall meet in their respective States and vote by ballot for President and Vice President, one of whom, at least, shall not be an inhabitant of the same State as themselves: they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice President; and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to *Mode of electing President and Vice President.*

# Exhibit G.5 

BOOK 6744   PAGE 973

## AMENDMENTS TO THE CONSTITUTION.

the seat of government of the United States, directed to the President of the Senate; the President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted; the person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of electors appointed: and if no person have such majority, then from the persons having the highest numbers, not exceeding three, on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by States, the representation from each State having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the States, and a majority of all the States shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March following, then the Vice President shall act as President, as in the case of the death or other constitutional disability of the President.

*Of the Vice President.*

2. The person having the greatest number of votes as Vice President, shall be Vice President, if such number be a majority of the whole number of electors appointed; and if no person have a majority, then from the two highest numbers in the list, the Senate shall choose the Vice President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice.

3. But no person constitutionally ineligible to the office of President, shall be eligible to that of Vice President of the United States.

### ARTICLE XIII.

*In what cases persons forfeit their citizenship.*

If any citizen of the United States shall accept, claim, receive or retain any title of nobility or honor, or shall, without the consent of Congress, accept and retain any present, pension, office or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.

[NOTE.—The 11th article of the amendments to the Constitution was proposed at the second session of the third Congress; the 12th article, at the first session of the eighth Congress; and the 13th article, at the second session of the eleventh Congress.]

# Exhibit I



# STATE OF COLORADO

### DEPARTMENT OF
### STATE

## CERTIFICATE

I, DONETTA DAVIDSON, SECRETARY OF STATE OF THE STATE OF

COLORADO HEREBY CERTIFY THAT ACCORDING TO THE RECORDS OF

THIS OFFICE, ON THIS DATE, NO RECORD EXISTS IN THIS OFFICE
OF A CORPORATION, LIMITED PARTNERSHIP, LIMITED LIABILITY
COMPANY, LIMITED LIABILITY PARTNERSHIP, LIMITED LIABILITY
LIMITED PARTNERSHIP OR LIMITED PARTNERSHIP ASSOCIATION,
FOREIGN OR DOMESTIC, UNDER THE NAME OF

THE PEOPLE OF THE STATE OF COLORADO

Dated: May 24, 2004

_____

**SECRETARY OF STATE**

9:05 AM

◀ Back to Mail ⚹ 94%

🔒 fourcornersdoctrine.files.wordpress.com

## Exhibit J

ption #:D5059011, 06/05/2015 at 02:48:30 PM, 1 OF 1, Rec Fee $11.00
Arapahoe County CO Matt Crane, Clerk & Recorder

BRUCE DOUCETTE
2862 W CENTENNIAL DR #H

Littleton, CO 80123

ORIGINAL

# SUPERIOR COURT JUDGE
## of
### THE CONTINENTAL UNITED STATES OF AMERICA

## OATH OF OFFICE

Bruce Doucette Natural man, living & breathing, and standing upon the land, and NOT a creature, or subject to, or of, the SEE SEA; do hereby attest & affirm, that I seek the Truth, the whole Truth, and nothing but the Truth, in all matters, seen & unseen, known & unknown, real or imagined, tangible & intangible.

I am the warrior protector for those who know not how to speak of the crimes against them. I bear True witness for those unable to defend themselves. I educate & inform those whose eyes, ears & minds are open, receptive, and ready to see, hear, and think, should it be their choice to seek these freedoms for themselves.

I invoke practices of juris divini, at all times, and I provide fair counsel to those in need of healing, and provide, to the best of my abilities, prompt & sufficient remedy for all injuries, real & believed to be real. I, with my heart & mind, together united, provide a peaceful & equitable venue for all those seeking proper & civil redress of their grievances.

I do protect, shield, and defend the Land, Patents, eStates, and Property Rights of individual inheritances, and those granted them at birth, from all enemies, both foreign & domestic, knowing that Property includes one's Freedoms, Liberties; and Pursuits, and that Privacy of all papers, private & public, rises to include the free, unencumbered, and unobstructed access to clean water, air, food, and energy.

I do NOT provoke, prod, influence, lobby, intimidate, threaten, or coerce any one's free will to Consent to Contracts not of their making, or those not contributing to their welfare & benefit. I set warrants, writs, and orders, against all individuals, collectives, or corporations soliciting or proffering unfair trade practices, and shall nullify & void all gratuitous bailments & contracts where usury, extortion, or fraud are found, and where injury would likely occur through their executions, if these instruments are left standing.

I have jurisdiction in all matters of all states, and estates, nations, and countries, where oppression, tyranny, suffrage; peonage, barratry, piracy, slavery of any type, involuntary servitude, antitrust, monopolizing, terrorism, exploitation, blackmail, extortion, wrongful detainments & internments for profit, have been alleged, and/or charged.

I do NOT waiver, or retreat in fear, or trepidation from these responsibilities. I carry the vessel of Light & Truth wherever I will, knowing that where Truth prevails, Darkness fails.

I do NO harm where none is earned.

My Oath is my Bond. My Word is my Honor. My Honor is Steadfast & Resolute.

So Say I,

x _Bruce Doucette_
Superior Court Judge

Date 5 . 23 . 2015

SEAL

Witness #2 x _____ 5/23/15

**Exhibit K**

**Penalty for selling article liable to tax before tax is paid.**

required to pay any tax upon any article, goods, wares, merchandise, or manufactures, as herein provided, shall sell, or cause or allow the same to be sold, before the tax to which such article, goods, wares, merchandise, or manufacture is legally liable, is paid, with intent to avoid such tax, or in fraud of the revenue herein provided, any debt contracted in the sale of such article, goods, wares, merchandise, or manufactures, or any security given therefor, unless the same shall have been bona fide transferred to the hands of an innocent holder, shall be entirely void, and the collection thereof shall not be enforced in any court. And if any such article, goods, wares, merchandise, or manufacture has been paid for, in whole or in part, the sum so paid be deemed forfeited, and any person who will sue for the same in an action of debt shall recover of the seller the amount so paid, one half to his own use, and the other half to the use of the United States.

**Appropriation for expenses of internal revenue acts.**

Sec. 181. *And be it further enacted,* That four hundred thousand dollars, or so much thereof as may be necessary for the payment of the expenses incident to carrying into effect the various acts connected with internal revenue which are or may be authorized and payable after the first of July, eighteen hundred and sixty-four, is hereby appropriated for that purpose, payable out of any money in the treasury not otherwise appropriated, to be expended under the direction of the Secretary of the

**Collectors to be disbursing agents.**

Treasury. And it shall be the duty of the collectors of internal revenue, as the secretary may direct, to act as disbursing agents to pay the aforesaid expenses, without increased compensation therefor, who shall give good and sufficient bonds for the faithful performance of their duties as such disbursing agents for such sum and in such form as shall be prescribed by the first comptroller of the treasury, subject to the approval of the Secretary of the Treasury: *Provided,* That the aforesaid appropriation shall continue in force to the thirtieth day of June, eighteen hundred and sixty-five, and thereafter the Secretary of the Treasury shall embrace in his annual estimates the amount which, in his opinion, will be required for the expenses of this branch of the public service.

**Word "state" to include "territories," and District of Columbia.**

Sec. 182. *And be it further enacted,* That wherever the word state is used in this act, it shall be construed to include the territories and the District of Columbia, where such construction is necessary to carry out the provisions of this act.

Approved, June 30, 1864.

---

**June, 30, 1864.**

Chap. CLXXIV. — *An Act to regulate Prize Proceedings and the Distribution of Prize Money, and for other Purposes.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That it shall be the duty of the

**Duty of commander of vessel making captures. Documents.**

commanding officer of any vessel or vessels making a capture to secure the documents of the ship and cargo, including the log-book, with all other documents, letters, and other papers found on board, and make an inventory of the same, and seal them up, and send them, with the inventory, to the court in which proceedings are to be had, with a written statement that they are all the papers found, and in the condition in which they were found, or explaining the absence of any documents or papers, or any change

**Witnesses.**

in their condition. He shall send to said court, as witnesses, the master, one or more of the other officers, the supercargo, purser, or agent of the prize, and any person found on board whom he may suppose to be interested in, or to have knowledge respecting, the title, national character, or destination of the prize. He shall send the prize, with the documents,

**Prize master and crew.**

papers, and witnesses, under charge of a competent prize master and prize crew, into port for adjudication, explaining the absence of any usual witnesses; and in the absence of instructions from superior authority as to the port to which it shall be sent, he shall select such port as he shall

### Exhibit L – List of Stolen Private Property

Items included on FBI inventory.
1. Superior court Judge ID's
2. 3 badges with one ID
3. Fed-ex envelope with documents from truck
4. various business cards
5. LG Smart phone
6. Lacie Fuel External hard drive
7. Black external hard drive,
   Various 1099 forms
8. email printouts
9. various envelopes and folders w/ documents, receipts And invoices
10. box of (S.C. judge) license plates
11. White Ipad
12. white Acer Laptop and power cord (Kim's)
13. black optima tower
14. 2 bins of documents
15. From garage, pay stubs from Pontiac car
16. iPhone in black outer case
17. white iPad & black Case
18. birth certificates

Items not included on FBI inventory
1. Deed/title to 12 acres of land
2. title to Ford f-350 pick-up truck
3. title to Kim's Pontiac G-5
4. Kim's box of checks and checkbook
5. Kim's IRS forms and record

Note: the private property item that belong to Kim were not on any search warrant. As such, these are merely a theft even under the guise of color of law used to steal the other tiems included on a so called search warrant.