OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2017

JEFFREY P. COLWELL
CLERK

17-cv-1046 -Goff KMT
#1, 2

neopost
04/27/2017
US POSTAGE $00.46
ZIP 80294
041L11245087

DENVER
CO 802
27 APR 17
PM 9 L

Steven Dean Byfield
2862 W. Centennial Drive
Unit H
Littleton, CO 1

NIXIE        808    7E 1           0005/03/17

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250099      *1720-02646-27-45

**Complaints and Other Initiating Documents**
1:17-cv-01046 Shields et al v. USA et al

U.S. District Court

District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 4/27/2017 at 3:42 PM MDT and filed on 4/27/2017
**Case Name:**     Shields et al v. USA et al
**Case Number:**   1:17-cv-01046
**Filer:**         Harlan Smith
                   Bruce A. Doucette
                   Kimberly Shields
                   Stephen Nalty
                   Steven Dean Byfield
**Document Number:** 1
**Judge(s) Assigned:** None (please contact the court)

**Docket Text:**
**Claim for Trespass against Chris Byrne, Cynthia Coffman, Colorado Bar Association, Kim Doe, Martin F. Egelhoff, Federal Bureau of Investigations, Stanley L. Garnett, Internal Revenue Service, Patricia M. Jarzobski, Michael A. Martinez, Robert S. Shapiro, State of Colorado, Donald John Trump, USA Filing Fee: 400.00Receipt Number:COX079546, filed by Harlan Smith, Bruce A. Doucette, Kimberly Shields, Stephen Nalty, Steven Dean Byfield. (Attachments: # (1) Exhibit)(rvill, )**

**1:17-cv-01046 Notice has been electronically mailed to:**

**1:17-cv-01046 Notice has been mailed by the filer to:**

Bruce A. Doucette
2862 W. Centennial Drive
Unit H
Littleton, CO 80123

Harlan Smith
2862 W. Centennial Drive
Unit H
Littleton, CO 80123

Kimberly Shields
2862 W. Centennial Drive
Unit H
Littleton, CO 80123

Stephen Nalty

2862 W. Centennial Drive
Unit H
Littleton, CO 80123

Steven Dean Byfield
2862 W. Centennial Drive
Unit H
Littleton, CO 80123

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=4/27/2017] [FileNumber=5974134-0
] [325fcca2134db7248f2e84ea2589c7703ccc07eaf822708cc4e2151d8022b59d6d7
83db6609a7655d6177bbfbfd7317f19de2f8d76029bec9fbd8876f2a66941]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=4/27/2017] [FileNumber=5974134-1
] [1d7f8381531bdec6a880c25de1fa610e406cc85bcaeeb43ec280c7fd865f031e028
ffad69ce864d9369542f575990926c267334ab6fecc9fff876dfbbc77f3b6]]

## Other Events
1:17-cv-01046 Shields et al v. USA et al

### U.S. District Court

### District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 4/27/2017 at 3:53 PM MDT and filed on 4/27/2017
**Case Name:**       Shields et al v. USA et al
**Case Number:**     1:17-cv-01046-KMT
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
**Case assigned to Magistrate Judge Kathleen M. Tafoya. Text Only Entry. (rvill, )**


**1:17-cv-01046-KMT Notice has been electronically mailed to:**

**1:17-cv-01046-KMT Notice has been mailed by the filer to:**

Bruce A. Doucette
2862 W. Centennial Drive
Unit H
Littleton, CO 80123

Harlan Smith
2862 W. Centennial Drive
Unit H
Littleton, CO 80123

Kimberly Shields
2862 W. Centennial Drive
Unit H
Littleton, CO 80123

Stephen Nalty
2862 W. Centennial Drive
Unit H
Littleton, CO 80123

Steven Dean Byfield
2862 W. Centennial Drive
Unit H
Littleton, CO 80123