FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 MAY 15 PM 12:30

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK   ks

# In the De Jure District Court of the United States

## For the District of Colorado

| | |
|---|---|
| THE UNITED STATES OF AMERICA et. al. § | |
| Claimants, § | Case # ~~17-cv-00253~~  17-CV-01046-KMT |
| v. § | Writ of Habeas Corpus |
| § | |
| UNITED STATES (incorporated) et. al. § | |
| Defendants. § | |

COMES NOW THE COURT to consider the Habeas Corpus and release of Bruce Allan Doucette from Denver Downtown Detention Center, Denver County, Colorado.

## DISCUSSION

Release is lawful:

1. None of the black robed wo/men proclaiming to be 'judges' in Colorado have a valid oath of office as required by the Colorado Constitution 1876.
2. **18 U.S. Code § 4001 - Limitation on detention; control of prisons**
   **(a) No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress.** Defendants have provided no Act of Congress for continued imprisonment of Bruce Doucette. Absent such evidence, release of Doucette is needed.
3. Defendants have provided statutes by which they purport to charge Doucette but said statutes are foreign to Doucette.
4. COCCA 18. § 17-104(3) also refers to 'person' as do most the statutes of Colorado. The Defendants have not stated how the codes apply particularly to Doucette. The codes are foreign to Doucette.
5. **THE SUPREME COURT AND COURTS RULE PERSONS ARE THE GOVERNMENT.** Doucette is not part of the government nor an employee of it so the term person does not apply nor do the codes that apply to persons.

6. "The people, or sovereign are not bound by general words in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign ... It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King (or the People) he shall not be bound." The People v. Herkimer, 4 Cowen (NY) 345, 348 (1825)

7. All public officials know or should have known the people are not subject to corporate policy or statutes for persons in the United States.

8. Defendants have not produced a valid arrest warrant, with the seal of the court.

9. **Colorado Constitution Article II Bill of Rights Section 7. Security of person and property searches seizures warrants. The people shall be secure in their persons, papers, homes and effects, from unreasonable searches and seizures; and no warrant to search any place or seize any person or things shall issue without describing the place to be searched, or the person or thing to be seized, as near as may be, nor without probable cause, supported by oath or affirmation reduced to writing.** Doucette was not secure in his papers, home, effects, unreasonable search and seizure.

10. Coffman and Shapiro have no jurisdiction over Doucette.

11. Doucette is not a flight risk, a career criminal, nor is he a danger to the public. Doucette is a superior court justice for the united States of America, not to be confused with the United States[1].

12. Defendants have failed to produce evidence of defendants jurisdiction over Doucette and have so far done nothing but commit more crimes against Doucette for having held defendants accountable for having failed to produce evidence of having taken and filed a valid oath of office nor having produce evidence of having filed a bond prior to filling the office in which each has taken.

---

128 USC § 3002(15)(A) "United States" means— a Federal corporation;

Accordingly, it is

**THE ORDER OF THIS COURT** that the sheriff of Denver County Detention Center with haste, immediately release from his custody Bruce Allen Doucette.

**FURTHER THE COURT HEREBY ORDERS** all parties are hereby invited to present just cause within 3 days why this order is invalid.

**FURTHER THE COURT HEREBY ORDERS** that the Sheriff's failure to immediately release Bruce Allen Doucette will result in contempt of this court of record and he will be held in contempt, without motion or hearing.

WITNESS THE SEAL OF THE COURT, this 5th day of May, 2017.

The Court

_Kimberly Shields_
By: Kimberly Shields
Attornatus Privatus

_[signature]_
By: Michael R. Hamilton
Superior Court Justice
of the united States of America

[SEAL: Court of Record — Continental united States — Superior Court Judge — The People of America]

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing document Writ of Habeas Corpus was served upon all named defendants by placing it in a sealed envelope First Class Mail Postage prepaid in the U.S. and address mail to:

| | | |
|---|---|---|
| **United States**<br>1600 Pennsylvania Ave,<br>Wahington, D.C. 20500 | **Donald John Trump**<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | Federal Bureau of Investigation<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Cynthia Coffman<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Colorado BAR Association<br>1900 Grant Street # 900<br>Denver, Colorado 80203 |
| Michael A. Martinez<br>**Ralph L. Carr Judicial Center**<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 | Patricia M. Jarzobski<br>1900 Grant Street # 900<br>Denver, Colorado 80203 | Martin F. Egelhoff<br>**Ralph L. Carr Judicial Center**<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 |
| Robert S. Shapiro<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Chris Byrne<br>8000 East 36th Avenue<br>Denver, Colorado 80238 | Kim Doe (FBI)<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| FBI Agent Doe 1-50<br>8000 East 36th Avenue<br>Denver, Colorado 80238 | Stanley L. Garnett<br>Justice Center<br>1777 Sixth Street<br>Boulder, CO 80302 | Internal Revenue Service<br>1500 Pennsylvania Avenue Northwest, Washington, DC 20229 |

Dated: 15 day of May, 2017

By: *[signature]* Hacina Topa

Order to Cease and Desist,
Restraining order

THE UNITED STATES OF AMERICA et. al.
v.
UNITED STATES (incorporated) et. al.

Page 1 of 1

# CERTIFICATION OF VITAL RECORD

## STATE OF MAINE

### CERTIFICATE OF LIVE BIRTH

BIRTH NO. 118- 20996

STATE OF MAINE DEPARTMENT OF HEALTH AND WELFARE    A382005407

| | | | | |
|---|---|---|---|---|
| **PLACE OF BIRTH OF CHILD AND USUAL RESIDENCE OF MOTHER** | 1. PLACE OF BIRTH<br>a. COUNTY: Penobscot<br>b. CITY, TOWN, OR LOCATION: Bangor<br>c. NAME OF HOSPITAL OR INSTITUTION: Stinson Private Hospital | | 2. USUAL RESIDENCE OF MOTHER<br>a. STATE: Maine   b. COUNTY: Hancock<br>c. CITY, TOWN, OR LOCATION: Bucksport<br>d. STREET ADDRESS:<br>e. IS RESIDENCE ON A FARM? YES ☐ NO ☒ | |
| **THIS CHILD** | 3a. NAME OF CHILD — First Name: Bruce | 3b. Middle Name: Allen | 3c. Last Name: Doucette | |
| | 4. SEX: Male | 5a. THIS BIRTH: SINGLE ☒ TWIN ☐ TRIPLET ☐ | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st ☐ 2d ☐ 3d ☐ | 6. DATE OF BIRTH: Nov. 16, 1960 |
| **FATHER OF CHILD** | 7a. NAME OF FATHER — First Name: Everest | 7b. Middle Name: Francis | 7c. Last Name: Doucette, Jr. | 8. COLOR OR RACE: White |
| | 9. AGE: 22 YEARS | 10. BIRTHPLACE: Portland, Maine | 11a. USUAL OCCUPATION: Paper maker | 11b. KIND OF BUSINESS OR INDUSTRY: Paper Mill |
| **MOTHER OF CHILD** | 12a. MAIDEN NAME OF MOTHER — First: Delcina | 12b. Middle Name: Jeannette | 12c. Last Name: Johnson | 13. COLOR OR RACE: White |
| | 14. AGE: 20 YEARS | 15. BIRTHPLACE: Old Town, Maine | 16. MOTHER'S MAILING ADDRESS: R.F.D. #1, River Rd., Bucksport, Me. | |
| | 17a. How many OTHER children are now living? 2 | 17b. How many OTHER children were born alive but are now dead? 0 | 17c. How many fetal deaths (fetuses born dead at ANY time after conception)? 0 | |
| **PARENT'S CERTIFICATION** | I CERTIFY THAT THE INFORMATION IN ITEMS 1-17 IS CORRECT TO MY BEST KNOWLEDGE AND BELIEF | 18. PARENT'S SIGNATURE: *Delcina J. Doucette* | | |
| **ATTENDANT'S CERTIFICATION** | I hereby certify that this child was born alive on the date stated above. | 19a. SIGNATURE: *Edward _____*<br>19c. ADDRESS: Bucksport, Maine | 19b. ATTENDANT AT BIRTH: M.D. ☒ D.O. ☐ MIDWIFE ☐ OTHER ☐<br>19d. DATE SIGNED: 11/28/60 | |
| **REGISTRAR'S CERTIFICATION** | 20. DATE REC'D BY LOCAL REG: NOV 29 1960 | 21. REGISTRAR'S SIGNATURE: *Ray E. Perry* | 22. DATE ON WHICH GIVEN NAME ADDED:  BY: (Registrar) | |

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE ABSTRACT OR COPY OF A CERTIFICATE OR RECORD WHICH IS IN MY OFFICIAL CUSTODY.

TOWN OF:

DATE ISSUED: JUL 20 2009

ATTEST:

**STATE REGISTRAR / DEPUTY STATE REGISTRAR**

STATE REGISTRAR/MUNICIPAL CLERK/STATE ARCHIVIST

VS-31 R0606   This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE