Filed for the record ICRO 20170201244006017001 RECORDED June 16, 2017    Page 1 of 14

```
                                                            FILED
                                                       US DISTRICT COURT
                                                       DISTRICT OF COLORADO

                                                       2017 JUN 29 PM 2:02

                                                       JEFFREY P. COLWELL
                                                              CLERK

                                                       case # 17-cv-01046-KMT
```

International Commercial Recording Office Public Access Portal
https://www.icropa.wordpress.com

**We the de Jure People in Colorado Assembled**
1020 Hurt Drive
Pagosa Springs, Colorado

Served via CERTIFIED MAIL return receipt numbers: 7014 2120 0001 3446 3633, 7014 2120 0001 3446 3640, 7014 2120 0001 3446 3657, 7014 2120 0001 3446 3633, 7014 2120 0001 3446 3664, 7014 2120 0001 3446 3671, 7014 2120 0001 3446 3688, 7015 1520 0002 3009 5729, 7015 1520 0002 3009 5736, 7015 1520 0002 3009 6030

# Notice of Fraud No. 24

# The FBI stole the 23rd publication of Notice of Fraud before it could be made public

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT/NOTICE TO AGENT IS NOTICE TO PRINCIPAL APPLICATIONS TO ALL SUCCESSORS AND ASSIGNS ALL ARE WITHOUT EXCUSE**

<u>Under penalty of law, Secretary of State's Office and the County Clerk and Recorder's Office is to forward to all listed below.</u>

**WARNING:** Seeking legal advice from any attorney is self-admission that you are incompetent/not qualified for the office that you occupy. 1 The Constitutions are your contract with the People. You have no excuse for ignorance of your contract.2

An ongoing investigation has revealed that none of those listed below are **qualified** for the position/office that they currently occupy. The Colorado Constitution and the General Laws3 **require** each one of you listed below to have an **Official Bond filed with your Oath of Office.** The purpose of the Official Bond is to bind the elected official to her/his Oath of Office. The few who have an Official Bond either filed it late and/or were sworn in by an official who did not qualify for their position/office.4 **Some have no Oath of Office on file at all.** Therefore, you are all occupying a **vacant office**, fraudulently and feloniously embezzling public funds.

Soon the People in Colorado and your County will become aware of this. It may be far better to publicly appear and defend or resign forthwith. **Failure to deny is to admit. This is the 21st Publication of the Notice of Fraud since June 4, 2015.**

**8th Judicial District Court** Judge Michael Spear, Active BAR Registration # 19986
**Special Prosecutor from the A.G.'s Office**, Robert J. Shapiro, Active BAR Registration # 26869
**2nd Judicial District, DDA**, Beth McCann, Active BAR Registration # 5834

Notice of Fraud June 16, 2017

Filed for the record ICRO 20170201244006017001 RECORDED June 16, 2017   Page **2** of **14**

**Pueblo City Council Members**: Ed Brown, Steve Nawrocki, Robert Schilling., Chris Nicoll, Lawrence W. Atencio, Lori Winner, Ray Aguilar; City Attorneys: Daniel C. Kogovsek, Active Bar registration # 7566; Linda Stanley Active Bar Registration # 45298; City Manager; Sam Azad. Municipal court judge: Carla L. Sikes Active Bar Registration Number 29396. All City Council actors and others have no official bonds. See the Affidavit of Truth at reception number 2073239.

**County commissioner**, Garrison Ortiz, no official bond; **County judges**, Steven Fieldman Active Bar # 22839; Valerie Haynes Active Bar Registration # 26288, and David Lobato. **Tenth District Court Judge** Allison P. Ernst, Active Bar Registration # 36431, no official bond.

## We the de Jure People in Colorado, Assembled

1 The Constitution is the mandate of a sovereign people to its servants and representatives which no one of them has a right to ignore or disregard. John F. Jelke Co. v. Emery, 193 Wis. 311, 214 N. W. 369, 53 A.L.R. 463

2 "In our system of government a written Constitution is the highest expression of law." Re Denny, 156 Ind. 104 59 N.E. 359, 51 L.R.A. 722.

3 General Laws 555. Sec. 128 Every county officer named in this article shall, before entering upon the duties of his office, on or before the day of commencement of the term for which he was elected, execute and deposit his official bond, as prescribed by law; and any officer shall also take and subscribe the oath of office prescribed by law, before some officer authorized to administer oaths, and deposit the same with his official bond, to be filed and preserved therewith.

4 A person chosen to fill a term of office is not permitted to assume the duties of the office until he files a bond and oath of office, which must be done before the commencement of the term, or the office shall be deemed vacant. People v Quimby, 152 Colo. 231, 381 P.2d 275 (1963).

## Constitution for the united States of America, 1789

Test shall ever be required as a Qualification to any Office or public Trust under the United States."

Pursuant to the Constitution for the united States of America, 1789, Article VI., Clause 2, "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

Pursuant to Article VI., Clause 3, "The Senators and Representatives before mentioned, and the

Members of the several State Legislatures, and all executive and judicial Officers, both of

the United States and of the several States, shall be bound by Oath or Affirmation, to

support this Constitution, but no religious

Notice of Fraud June 16, 2017

## ADDRESS TO THE PEOPLE (IN) COLORADO

"The end sought to be accomplished was to secure a just and economical administration of the Departments of State, and, with this purpose in view, especial **effort was made to restrict the powers of the Legislative Department, by making all laws general and of uniform operation**; to establish uniformity in the Judicial Department - thereby furthering the ends of justice; **to prevent the corruption of public officials**; to provide for the safe keeping of all public funds, and to protect the people from unjust monopolies, and the oppression consequent upon the voting of bonds and other kinds of indebtedness to corporations." See page 54

## BILL OF RIGHTS

"In this article, the usual guarantees of national and civil rights have been retained and to the end that more power should be reserved to the people, it is further declared that **the General Assembly shall make no irrevocable grants of special privileges or immunities**; that private property shall not be taken or damaged for public or private use without just compensation previously made to the owner thereof, or paid into court for his use; that no preference shall be given by law to religious denominations; **that right and justice shall be administered without sale, denial or delay**; that aliens, who are bona fide residents of the State, shall acquire, inherit, possess and enjoy property to the full extent as if native-born citizens. **The Grand Jury system** has been so modified as to make a grand jury consist of twelve men instead of twenty-three - any nine of whom concurring may find a bill, and the question whether it may not be abolished altogether is left to the legislature. The Petit Jury system has been so modified as to permit the organization of a jury of less than twelve men in civil cases, thereby materially reducing the expenses of our courts. **The right of trial by jury in all criminal cases has been preserved**, and for the purpose of protecting witnesses in criminal prosecutions, and that **the accused may always meet the witnesses against him face to face.**" pages 54 & 55

"**the General Assembly will prevent great squandering of public money**" page 64

<u>**Fraud vitiates all contracts**</u> ~ a Maxim of Law
<u>**Failure to Deny is to Admit**</u> ~ a Maxim of Law

### Article II, Section 2 of the Colorado Constitution

"The people of this state have the sole and exclusive right of governing themselves, as a free, sovereign and independent state; and to alter and abolish their constitution and form of government whenever they may deem it necessary to their safety and happiness, provided, such change be not repugnant to the constitution of the United States."

Notice of Fraud June 16, 2017

Article V, Section 25 of the Colorado Constitution

"The general assembly shall not pass local or special laws in any of the following enumerated cases, that is to say; for granting divorces; laying out, opening, altering or working roads or highways; vacating roads, town plats, streets, alleys and public grounds; locating or changing county seats; regulating county or township affairs; regulating the practice in courts of justice; regulating the jurisdiction and duties of police magistrates; changing the rules of evidence in any trial or inquiry; providing for changes of venue in civil or criminal cases; declaring any person of age; for limitation of civil actions or giving effect to informal or invalid deeds; summoning or impaneling grand or petit juries; providing for the management of common schools; regulating the rate of interest on money; the opening or conducting of any election, or designating the place of voting; the sale or mortgage of real estate belonging to minors or others under disability; the protection of game or fish; chartering or licensing ferries or toll bridges; remitting fines, penalties or forfeitures; creating, increasing or decreasing fees, percentage or allowances of public officers; changing the law of descent; granting to any corporation, association or individual the right to lay down railroad tracks; granting to any corporation, association or individual any special or exclusive privilege, immunity or franchise whatever. <u>In all other cases, where a general law can be made applicable no special law shall be enacted.</u>"

Article XII, Section 7 of the Colorado Constitution

"Every member of the General Assembly shall, before he enters upon his official duties, take an oath or affirmation to support the Constitution of the United States and of the State of Colorado, and to faithfully perform the duties of his office according to the best of his ability. This oath, or affirmation, shall be administered in the hall of the House to which the member shall have been elected."

Article XII, Section 8 of the Colorado Constitution

"Every civil officer, except members of the General Assembly and such inferior officers as may be by law exempted, shall, before he enters upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and of the

Notice of Fraud June 16, 2017

Filed for the record ICRO 20170201244006017001 RECORDED June 16, 2017    Page **5** of **14**

State of Colorado, and to <u>faithfully perform the duties of the office upon which he shall be about to enter.</u>"

### Article XII, Section 9 of the Colorado Constitution

"Officers of the executive department and judges of the supreme and district courts, and district attorneys, shall file their oaths of office with the secretary of state; every other officer shall file his oath of office with the county clerk of the county wherein he shall have been elected."

### Article XII, Section 10 of the Colorado Constitution

"If any person elected or appointed to any office shall refuse or neglect to qualify therein within the time prescribed by law, such office shall be deemed vacant."

COLORADO GOVERNOR, <u>JOHN W. HICKENLOOPER</u> [Failed to deny on February 13, 2015 & failed to deny again on April 27, 2015 ~ Reception Numbers 2015016903 & 2015053518] <u>No Oath of Office/Official Bond on file at SOS on 2/10/2015</u>
Colorado Lieutenant Governor Joseph A. Garcia ~ Inactive BAR Registration 13553
**COLORADO ATTORNEY GENERAL** <u>CYNTHIA H. COFFMAN</u> [Failed to deny on February 12, 2015 & April 27, 2015 ~ Reception Numbers 2015016903 & 201505518] No BAR Registration found in either Colorado or Georgia although her website claims she is an attorney. **No Oath of Office/Official Bond on file at SOS on 2/10/2015**
**COLORADO SECRETARY OF STATE WAYNE W. WILLIAMS, Active BAR Registration 22723. NO BOND**
**COLORADO SUPREME COURT JUDGE** <u>ALLISON HARTWELL EID</u>, Active BAR Registration 21163
 SHE HAS NO OATH OR BOND
**COLORADO SUPREME COURT JUDGE** <u>NANCY E. RICE</u>, Active BAR Registration 6655 NO BOND
**COLORADO COURT OF APPEALS JUDGE** <u>DENNIS A. GRAHAM</u>, Active BAR Registration NO BOND
Colorado State Court Administrator <u>GERALD ANTHONY MARRONEY</u>, Active BAR Registration 8027
 MARRONEY HAS NO OATH OR BOND
Colorado State First Assistant Attorney General <u>JAY BEEBE SIMONSON</u>, Active BAR Registration 24077
 SIMONSON HAS NO OATH OR BOND
**Colorado General Assembly/Senators:** <u>NO SENATOR HAS AN OATH OR BOND</u>

| Irene Aguilar | Randy L Baumgardner | Bill L. Cadman |
| --- | --- | --- |
| Morgan Carroll | John Cooke | Larry Crowder |
| Kerry Donovan | Leroy M. Garcia | Kevin Grantham |
| Lucia Guzman | Rollie Heath | Owen Hill |
| Mary Hodge | Chris Holbert | Cheri Jahn |
| Michael Johnston | Matt Jones | John Kefalas |
| Andy Kerr | Kent D. Lambert | Kevin Lundberg |
| Vicki Marble | Beth Martinez Humenik | Michael Merrifield |
| Tim T. Neville | Linda Newell | Ellen S. Roberts |
| Mark Scheffel | Ray Scott | Jerry Sonnenberg |
| Pat Steadman | Jack Tate | Nancy Todd |
| Jessie Ulibarri | Laura J. Woods | |

**Representatives:    NO REPRESENTATIVE HAS AN OATH OR BOND**

Notice of Fraud June 16, 2017

| | | |
|---|---|---|
| Jeni James Arndt | Jon J. Becker | KC Becker Kunkel |
| Paul J. Brown | Perry Buck | Janet P. Bucker |
| Terri Carver | Kathleen Conti | Don Coram |
| Lois Court | Jessie Danielson | Brian DelGrosso |
| Timothy Dore | Crisanta Duran | Daneya Esgar |
| Justin Everett | Rhonda Fields | Mike Foote |
| Alec Garnett | Joann Ginal | Millie Hamner |
| Dickey Lee Hullinghorst | Stephen Humphrey | Janak Joshi |
| Daniel Kagan | Gordon Klingenschmitt Ph.D | Tracy Kraft-Tharp |
| Lois Landgraf | Polly Lawrence | Steve Lebsock |
| Pete Lee | Timothy Leonard | Susan Lontine |
| Paul Lundeen | Elizabeth McCann | Jovan Melton |
| Diane Mitsch | Bush Dominick Moreno | Clarice Navarro |
| Patrick P. Neville | Dan Nordberg | Dan Pabon |
| Brittany Pettersen | Danne Primavera | Kevin Priola |
| Bob Rankin | Kim Ramsom | Paul Rosenthal |
| Catherine Roupe | Su Ryden | Lorie Saine |
| Joseph A. Salazar | Lang Sias | Jonathan Singer |
| Dan Thurlow | Max Tyler | Kevin Van Winkle |
| Edward Vigil | Yeulin Willett | Angela Williams |
| James D. Wilson | JoAnn Windholz | Faith Winter |
| Cole Wist | Dave Young | |

Former 1st Judicial District Court Judge **BROOKE JACKSON**, a.k.a. R. BROOKE JACKSON & RICHARD BROOKE JACKSON, Active BAR Registration 2627
Former 1st Judicial Senior District Court Judge **LELAND PAUL ANDERSON**, Active BAR # 6745
    NO OATH of OFFICE on file at the Secretary of State Office per Susan Fritz 18 July 2016.

1st Judicial District Court Judge DENNIS JAMES HALL, Active BAR Registration 12301
Former 2nd Judicial District Attorney RICHARD MITCHELL MORRISSEY, Active BAR Registration 13784

2nd Judicial District Chief Judge MICHAEL ANTHONY MARTINEZ, Active BAR Registration 16559
2nd Judicial District Judge Karen L. Brody, Active BAR Registration 27215
2nd Judicial District Judge Edward David Bronfin, Active BAR Registration 11170
2nd Judicial District Judge Ross B. Buchanan, Active BAR Registration 12184
2nd Judicial District Judge Martin Foster Egelhoff, Active BAR Registration 14064
**2nd Judicial District Judge J. ERIC ELLIFF, Active BAR Registration 16844**
2nd Judicial District Judge Kandace Cecilia Gerdes, Active BAR Registration 21350
2nd Judicial District Judge Shelley Ilene Gilman, Active BAR Registration 9406
2nd Judicial District Judge David H. Goldberg, Active BAR Registration 13243
2nd Judicial District Judge Jay Sutherland Grant, Active BAR Registration 28989
2nd Judicial District Judge Morris B. Hoffman, Active BAR Registration 8322
2nd Judicial District Judge A. Bruce Jones, Active BAR Registration 11370
2nd Judicial District Judge Kenneth Martin Laff, Active BAR Registration 13571
2nd Judicial District Judge Catherine A. Lemon, Active BAR Registration 12849
2nd Judicial District Judge John William Madden IV, Active BAR Registration 19867
2nd Judicial District Judge Andrew Patrick McCallin, Active BAR Registration 20909
2nd Judicial District Judge Robert Lewis McGahey, Active BAR Registration 5836
2nd Judicial District Judge Sheila Ann Rappaport, Active BAR Registration 10660
2nd Judicial District Judge William Douglas Robbins, Active BAR Registration 17025
**2nd Judicial District Judge ELIZABETH ANNE STARRS, Active BAR Registration 10914**
2nd Judicial District Judge Jennifer Bourn Torrington, Active BAR Registration 31079
2nd Judicial District Judge Michael James Vallejos, Active BAR Registration 21028
2nd Judicial District Judge Brian R. Whitney, Active BAR Registration 22111

6th Judicial District Court Judge **GREGORY G. LYMANN**, Active BAR Registration 9832
6th Judicial District Court Judge **WILLIAM LAURENCE HERRINGER**, Active BAR Registration 23220
6th Judicial District Court Judge **SUZANNE FAIRCHILD CARLSON**, Active BAR Registration 24500

Notice of Fraud June 16, 2017

6th Judicial District Court Judge **JEFFREY RAYMOND WILSON**, Active BAR Registration 11089
6th Judicial District Attorney **TODD RISBERG**, Active BAR Registration 24763

7th Judicial District Judge **MARY E. DEGANHART**, Active BAR Registration 15323
7th Judicial District Judge STEVEN L. SCHULTZ, Active BAR Registration 36539
7th Judicial District Judge JEFF B. HERRON, Active BAR Registration 13276
7th Judicial District Judge DAVID S. WESTFALL, Active BAR Registration 12974

Former 9th Judicial Assistant District Attorney Scott William Turner, Active BAR Registration 31468

10th **Judicial District Court Judge KIMBERLY JO KARN**, Active BAR Registration 18859
10th **Judicial District Court Judge DEBORAH R. EYLER**, Active BAR Registration 12644
10th **Judicial District Court Judge THOMAS BRADFORD FLESHER**, Active BAR Registration 14999
10th **Judicial District Court Judge, DAVID W. WILLIAM DAVID ALEXANDER**, Active BAR Registration# 20356
10th **Judicial District Court Judge DAVID W. Crockenberger**, Active Bar # 5210
10th **Judicial District Court Judge JILL SUZANNE MATTOON**, Active BAR Registration 14111
10th Judicial District Judge, Allison P. Ernst, Active Bar Registration # 36431, no official bond.
10th Judicial District Court Judge LARRY SCHWARTZ, Active BAR Registration 12515
**10th Judicial District Court District Attorney JEFF E. CHOSTNER**, Active BAR Registration 15769

11th Judicial District Court Judge **RAMSEY L. LAMA, Active BAR Registration 40133 ~ No Oath/Bond at the SOS**
11th Judicial District Court Judge **STEPHEN A. GROOME**, Active BAR Registration 17195
11th Judicial District Court Judge **LYNETTE M. WENNER**, Active BAR Registration 25620

12th **Judicial District Chief Judge PATTIE PRATT SWIFT**, Active BAR Registration 19490
12th **Judicial District Judge MICHAEL A. GONZALES**, Active BAR Registration 27302
12th **Judicial District Judge MARTIN A. GONZALES**, Active BAR Registration 9410
12th **Judicial District Judge PATRICK HENRY HAYES JR.**, Active BAR Registration 25714
12th **Judicial District Attorney DAVID L. MAHONEE**, Active BAR Registration 21147
12th **Judicial District Assistant Attorney ROBERT SAMUEL WILLETT**, Active BAR Registration 45757

17th **Judicial District Judge KATHERINE ROSE DELGADO, Active BAR Registration 14482**
17th **Judicial District Chief Judge PATRICK T. MURPHY, Active BAR Registration 6968**
17th **Judicial District Attorney DAVID J. YOUNG, Active BAR Registration 21118**

18th Judicial District Court Senior Judge **DONALD M. MARSHALL**, Active BAR Registration 2539
18th Judicial District Court Judge **GEORGE HERBERT BRAUCHLER**, Active BAR Registration 25910
18th Judicial District Court Judge **PAUL A. KING**, Active BAR Registration 9044
18th Judicial District Court Judge **DAVID JOHN STEVENS**, Active BAR Registration 14774

20TH JUDICIAL DISTRICT ATTORNEY **STANLEY L. GARNETT, Active BAR Registration 12282**
20th Judicial Assistant District Attorney **RAINA BAYAS, Active BAR Registration 45505**

20th Judicial District Court Judge **PATRICK D. BUTLER, Active BAR Registration 17413**
20th Judicial District Court Judge **MARIA E. BERKENKOTTER**, Active BAR Registration 16781
20th Judicial District Court Judge **NORMA ANGELICA SIERRA**, Active BAR Registration 24281

20th Judicial District Court Judge **THOMAS FRANCIS MULVAHILL**, Active BAR Registration 16983
20th Judicial District Court Judge **ANDREW ROSS MACDONALD**, Active BAR Registration 17661
20th Judicial District Court Judge **BRUCE LANGER**, Active BAR Registration 25311
20th Judicial District Court Judge **ANDREW HARTMAN**, Active BAR Registration 32503
20th Judicial District Court Judge **INGRID SEFTAR BAKKE**, Active BAR Registration 19680
20th Judicial District Court Judge **JUDITH L. LABUDA**, Active BAR Registration 22130

Notice of Fraud June 16, 2017

21st Judicial District Court Judge **RICHARD THOMAS GURLEY**, Active BAR Registration 23476
21st Judicial District Court Judge **DAVID ARNOLD BOTTGER**, Active BAR Registration 7582
21st Judicial District Court Judge **THOMAS MIlCHAEL DEISTER**, Active BAR Registration 5721
21st Judicial District Court Judge **BRIAN JAMES FLYNN**, Active BAR Registration 22904
**21st Judicial District Court Judge VALERIE JO ROBISON, Active BAR Registration 21404**

**Adams County Sheriff MICHAEL MCINTOSH**          Adams County Assessor Patsy Melonakis
Adams County Commissioner Eva J. Henry             Adams County Commissioner Charles Tedesco
Adams County Commissioner Erik Hansen              Adams County Commissioner Steve O'Dorisio
Adams County Commissioner Mary Hodge               Former Adams County Commissioner Jan Pawlowski
Adams County Clerk & Recorder Stan Martin          Adams County Treasurer Brigitte Grimm
Adams County Coroner Monica Broncucia-Jordan

City of Westminster Municipal Judge **JOHN A. STIPECH**, Active BAR Registration 2387
Former City of Westminster Municipal Judge **Paul D. Basso**, Active BAR Registration 15887
City of Westminster Municipal Judge **DENNIS B. WANEBO**, Active BAR Registration 8515
City of Westminster Municipal Judge **EMIL A. RINALDI**, Active BAR Registration 10669
City of Westminster Associate Municipal Judge **TIFFANY LYNN SORICE**, Active BAR Registration 30654
City of Westminster Associate Municipal Judge **Kristan K. Wheeler**, Active BAR Registration 30077
City of Westminster City Attorney **DAVID ROBERT FRANKEL**, Active BAR Registration 26314
City of Westminster City Manager **Donald M. Tripp**
Former City of Westminster Deputy City Manager **Stephen P. Smithers**
Former of Westminster Police Chief **Lee A. Birk**

Alamosa County Sheriff Robert Jackson              Alamosa County Commissioner Michael Yohn
Alamosa County Commissioner Darius H. Allen        Alamosa County Commissioner Marianne Dunne
Alamosa County Clerk & Recorder Melanie Woodward   Alamosa County Treasurer Lois Widhalm
Alamosa County Coroner Kevin Rogers                Alamosa County Assessor Sandra J. Hostetter
**Alamosa County Court Judge Daniel A. Walzl, Active BAR Registration 31541**

Arapahoe County Sheriff David C. Walcher    Arapahoe County Commissioner Nancy Doty
Arapahoe County Commissioner Nancy Sharpe          Arapahoe County Commissioner Rod Bockenfeld
Arapahoe County Commissioner Nancy Jackson         Arapahoe County Commissioner Bill Holen
Arapahoe County Clerk & Recorder Matt Crane        Arapahoe County Treasurer Sue Sandstrom
Arapahoe County Coroner Corbin Dr. Kelly Lear-Kaul Arapahoe County Assessor Corbin Sakol

**BOULDER COUNTY SHERIFF JOSEPH PELLE**            Boulder County Commissioner Elise Jones
Boulder County Commissioner Deb Gardner            Boulder County Commissioner Cindy Domenico
Boulder County Clerk & Recorder Hillary Hall       Boulder County Treasurer Paul Weissmann
Boulder County Coroner Emma R. Hall                Boulder County Assessor Jerry Roberts
**BOULDER COUNTY COURT JUDGE KAROLYN MOORE, Active BAR Registration 20685**
Boulder County Court Judge David Archuleta, et. at. Active BAR Registration 18693
**Public Defender JOHN DAVID GIFFORD, Active BAR Registration 40416**

Broomfield City & County Mayor Randy Ahrens       Broomfield City & County Chief of Police Gary Creager
Broomfield City & County Clerk & Recorder Jim F. Candelarie   Broomfield City/ County Council Member David Beacom
Broomfield City & County Council Member Kevin Jacobs          Broomfield City & County Council Member Mike Shelton
Broomfield City/County Council Member Todd Schumacher   Broomfield City & County Council Member Martha Derda
Broomfield City & County Council Member Greg Stokes           Broomfield City & County Council Member Sharon Tessier
Broomfield City & County Council Member Elizabeth Law-Evans   Broomfield City & County Revenue Manager Kim Pfeifer
Broomfield City & County Assessor Sandy Herbison

Chaffee County Sheriff John Spezze                 Chaffee County Commissioner Dennis Giese
Chaffee County Commissioner Frank Holman           Chaffee County Commissioner Dave Potts
Chaffee County Clerk & Recorder Lori Mitchell      Chaffee County Treasurer Dee Copper

Notice of Fraud June 16, 2017

Chaffee County Coroner Randy Amettis  
Chaffee County Assessor Brenda J. Mosby

Clear Creek Sheriff Rick Albers  
Clear Creek Commissioner Tim Mauck  
Clear Creek Commissioner Tom Hayden  
Clear Creek Commissioner Phil Bucklan  
Clear Creek Clerk & Recorder Pam Phipps  
Clear Creek Treasurer Irene Kincade  
Clear Creek Coroner Don Allan Clear  
Creek Assessor Diane Settle

Conejos County Sheriff Howard Galvez  
Conejos County Clerk & Recorder Lawrence D. Gallegos  
Conejos County Treasurer Mack Crowther  
Conejos County Commissioner John Sandoval  
Conejos County Commissioner Mitchell Jarvies  
Conejos County Commissioner James Steven McCarroll  
Conejos County Assessor Naomi Martinez-Keys

**Costilla County Sheriff AMOS MEDINA**  
Costilla County Commissioner Dolores Burns  
**Costilla County Commissioner Lawrence Pacheco**  
**Costilla County Commissioner Joe Gallegos**  
Costilla County Clerk & Recorder Karen Garcia  
Costilla County Treasurer Annette Carino  
Costilla County Coroner Sherri M. Vigil  
Costilla County Assessor Ronda M Lobato

Custer County Sheriff Shannon Byerly  
Custer County Commissioner Lynn Attebery  
Custer County Commissioner Kit Shy  
Custer County Commissioner Bob Kattnig  
Custer County Clerk & Recorder Kelley Camper  
Custer County Treasurer Virginia Trujillo  
Custer County Coroner Art Nordyke  
Custer County Assessor J. D. Henrich

Delta County Sheriff Fred McKee  
Delta County Commissioner C. Douglas Atchley  
Delta County Commissioner C. Bruce Hovde  
Delta County Commissioner Mark Roeber  
Delta County Clerk & Recorder Teri A. Stephenson  
Delta County Treasurer Lisa J. Tafoya  
Delta County Coroner Kevin Lucy  
Delta County Assessor Debbie Griffith

Denver City & County Mayor Michael B. Hancock  
Denver City & County Sheriff **PATRICK FIRMAN**  
Denver City & County Sheriff **J. JEFFRIES**, Badge Number 10.03  
Deputy City & County Sheriff **JASON FOOS**, Badge Number 05.65  
Denver City & County Deputy Sheriff **E. MEHNERT**, Badge Number 01.03  
Denver City & County Assessor Keith Erffmeyer  
Denver City & County Council Albus Brooks  
**Denver City & County Council Rafael Espinoza**  
Denver City & County Council Kevin Flynn  
**Denver City & County Council Kendra Black**  
Denver City & County Council Paul Kashman  
**Denver City & County Council Jodon Clark**  
Denver City & County Council Wayne New  
**Denver City & County Council Stacie Gilmore**  
Denver City & County Council Mary Beth Susman  
**Denver City & County Council Christopher Herndon**  
Denver City & County Council Robin Kniech  
**Denver City & County Council Deborah Ortega**  
Denver City & County Council Paul Lopez  
**Former City & County Council Charlie Brown Former**  
Denver City & County Council Chris Nevitt  
**Former Denver City & County Council Peggy Lehmann**  
Former   Denver City & County Council Jeanne Faatz  
**Former Denver City & County Council Jeanne Robb**  
Former Denver City & County Council Judy Montero  
Denver City & County Coroner Amy Martin, MD  
Denver City & County Clerk & Recorder Debra Johnson  
Denver City & County Treasurer Steve Ellington  
Denver City & County Assistant District Attorney **KATHERINE KIRK**, Active BAR Registration 47721  
Denver City & County Assistant District Attorney Thomas L. Dunlop, Active BAR Registration 47523  
Denver City & County Assistant District Attorney Eric C. Reece, Active BAR Registration 42561  
Denver City & County Assistant District Attorney Bradley Randall Whitfield, Active BAR Registration 40195  
Denver City & County Public Defender Alice Louise Norman, Active BAR Registration 17934  
**Denver County Chief Judge Theresa A. Spahn, Active BAR Registration 17504**  
**Former Denver County Chief Judge John Michael Marcucci, Active BAR Registration 9079**  
Former Denver County Court Judge **ALFRED CONWAY HARRELL** Active BAR Registration 4013  
Denver County Judge **FREDERIC BARKER RODGERS**, Active BAR Registration 2568  
Denver County Court Judge Adam Joseph Espinosa, Active BAR Registration 33937  
Denver County Senior Judge Aleene Ortiz-White, Active BAR Registration 13402  
Denver County Court Judge Brian Thomas Campbell, Active BAR Registration 3839  
Denver County Court Judge Olympia Zipora Fay, Active BAR Registration 38590

Notice of Fraud June 16, 2017

**Filed for the record** ICRO 20170201244006017001 RECORDED June 16, 2017    Page **10** of **14**

Former Denver County Magistrate Mark Robert Muller, Active BAR Registration 9471
Denver County Magistrate **CATHERINE ANNE CARY**, Active BAR Registration 10871
Denver County Judge Beth Ann Faragher, Active BAR Registration 23178
Denver County Judge **Kerri D. Lombardi,** Active BAR Registration 23291
Denver County Judge Nicole Marie Rodarte, Active BAR Registration 30363
**Denver City Attorney JAMESY C. OWENS, Active BAR Registration 44926**
Denver City Attorney David Scott Martinez, Active BAR Registration 37807
Denver Police Chief Robert C. White
Denver Police Commander Antonio Lopez
Denver City & County Police Officer **DONALD CLARENCE REED** P86026
Denver City & County Police Officer **ADAM BOLTON,** P14026
**Attorney JAMES JOSEPH PETROCK** a.k.a. James J. Petrock, Active BAR Registration 2881

| | |
|---|---|
| **Douglas County Sheriff Anthony Spurlock Douglas** | County Deputy Sheriff Wes Clements, 97-05 |
| **Castle Rock Policeman Ruisi, 8501** | Douglas County Commissioner Roger Patridge |
| Douglas County Commissioner Jill Repella | Douglas County Commissioner David Weaver |
| Douglas County Clerk & Recorder Merlin Klotz | Douglas County Treasurer Diane Holbert |
| Douglas County Coroner Jill Romann | Douglas County Assessor Lisa Frizell |
| Former Douglas County Clerk & Recorder Jack Arrowsmith | |
| | |
| Eagle County Sheriff James Van Beek | Eagle County Commissioner Jill Hunsaker Ryan |
| Eagle County Commissioner Kathy Chandler-Henry | Eagle County Commissioner Jeanne McQueeney |
| Eagle County Clerk & Recorder Teak J. Simonton | Eagle County Treasurer Karen Sheaffer |
| Eagle County Coroner Kara Bettis | Eagle County Assessor Mark Chapin |
| | |
| Elbert County Sheriff Shayne Heap | Elbert County Assessor Billie Mills |
| Elbert County Commissioner Robert Rowland | Elbert County Commissioner Kelly Dore |
| Elbert County Commissioner Larry Ross | Elbert County Clerk & Recorder Dallas Schroeder |
| Elbert County Treasurer Rick Pettit | Elbert County Coroner Mike Graeff |
| | |
| El Paso County Sheriff Bill Elder | El Paso County Assessor Steve Schleiker |
| El Paso County Commissioner Darryl Glenn | El Paso County Commissioner Amy Lathen |
| El Paso County Commissioner Sallie Clark | El Paso County Commissioner Dennis Hisey |
| El Paso County Commissioner Peggy Littleton | El Paso County Clerk & Recorder Chuck Broerman |
| El Paso County Treasurer Mark Lowderman | El Paso County Coroner Dr. Robert C. Bux |
| | |
| Fremont County Sheriff James L. Beicker | Fremont County Commissioner Timothy R. Payne |
| Fremont County Commissioner Debra Lynn Bell | Fremont County Commissioner Edward H. Norden |
| Fremont County Treasurer Kathy Elliott | Fremont County Clerk & Recorder Katie Barr |
| Fremont County Coroner Randy V. Keller | Fremont County Assessor Stacey Seifert |
| Fremont County Judge **NORMAN C. COOLING,** Active BAR Registration 14582 | |
| | |
| Garfield County Sheriff Lou Valerio | Garfield County Commissioner Mike Sampson |
| Garfield County Commissioner John Martin | Garfield County Commissioner Tom Jankovsky |
| Garfield County Treasurer Karla Bagley | Garfield County Clerk & Recorder Jean Alberico |
| Garfield County Coroner Trey Holt | Garfield County Assessor Jim Yellico |
| | |
| **Gilpin County Sheriff BRUCE W. HARTMAN** | Gilpin County Assessor Anne C. Schafer |
| Gilpin County Commissioner Gail Watson | Gilpin County Commissioner Linda J. Isenhart |
| Gilpin County Commissioner Bruce Schmaltz, Jr. | Gilpin County Clerk & Recorder Colleen Stewart |
| Gilpin County Treasurer Alynn K. Huffman | Gilpin County Coroner Zane G. Laubhan |

**Gilpin County Attorney JAMES JOSEPH PETROCK** a.k.a. James J. Petrock, **Active BAR Number 2881**
**Former County Judge DAVID R. GLOSS, Active BAR Registration 15534**
**Former County Judge FREDERIC BARKER RODGERS, Active BAR Registration 2568**

| | |
|---|---|
| Grand County Sheriff Brett Schroetlin | Grand County Clerk & Recorder Sara L. Rosene |
| Grand County Commissioner James L. Newberry | Grand County Commissioner Merrit S. Linke |
| Grand County Commissioner Kristen Manguso | Grand County Treasurer Christina Whitmer |

Notice of Fraud June 16, 2017

| | |
|---|---|
| Grand County Coroner Brenda L. Bock | Grand County Assessor Tom Weydert |
| Jackson County Sheriff Gary Cure | Jackson County Clerk & Recorder Hayle M. Johnson |
| Jackson County Commissioner Betsy Blecha | Jackson County Commissioner Charles "Ben" Clayton |
| Jackson County Commissioner James A. Murphy | Jackson County Treasurer Letitia D. Willcox |
| Jackson County Coroner George E. Crocket | Jackson County Assessor Kerry J. Moran |

**Jefferson County Court Judge SUSAN L. FISCH, Active BAR Registration 16855**

| | |
|---|---|
| Jefferson County Sheriff Jeff Shrader | Jefferson County Sheriff Deputy M. C. Britt, 1627 |
| Jefferson County Commissioner Casey Tighe | Jefferson County Commissioner Libby Szabo |
| Jefferson County Commissioner Donald Rosier | Jefferson County Clerk & Recorder Faye Griffin |
| Jefferson County Treasurer Tim Kaufman | Jefferson County Coroner John Graham |
| Jefferson County Assessor Ron Sandstrom | |
| Lake County Sheriff Rodney Fenske | Lake County Clerk & Recorder Patty Berger |
| Lake County Commissioner Dolores Semsack | Lake County Commissioner Bruce His |
| Lake County Commissioner Mike Borgogna | Lake County Treasurer Padraic Smith |
| Lake County Coroner Shannon Kent | Lake County Assessor Miguel Martinez |
| La Plata County Treasurer Allison Morrissey | |
| Larimer County Sheriff Justin Smith | Larimer County Assessor Steve Miller |
| Larimer County Commissioner Lew Gaiter III | Larimer County Commissioner Steve Johnson |
| Larimer County Commissioner Tom Donnelly | Larimer County Clerk & Recorder Angela Myers |
| Larimer County Treasurer Irene Josey | Larimer County Coroner James A. Wilkerson MD |
| Lincoln County Sheriff Tom Nestor | Lincoln County Commissioner Greg King |
| Lincoln County Commissioner Doug Stone | Lincoln County Commissioner Ed E. Schifferns |
| Lincoln County Clerk & Recorder Corinne M. Lengel | Lincoln County Treasurer James R. Covington |
| Lincoln County Coroner Andy Lorensen | Lincoln County Assessor Jeremiah Higgins |
| Logan County Sheriff Brett L. Powell | Logan County Assessor Peggy Michaels |
| Logan County Commissioner Gene A. Meisner | Logan County Commissioner Rocky L. Samber |
| Logan County Commissioner David G. Donaldson | Logan County Clerk & Recorder Pamela M. Bacon |
| Logan County Treasurer Patricia Bartlett | Logan County Coroner Dave Tenant |

| | |
|---|---|
| **MESA COUNTY SHERIFF MATT LEWIS** | Mesa County Commissioner John Justman |
| Mesa County Commissioner Scott McInnis | Mesa County Commissioner Rose Pugliese |
| Mesa County Clerk & Recorder Sheila Reiner | Mesa County Treasurer Janet Rich |
| Mesa County Coroner Dean Havlik | Mesa County Assessor Ken Brownlee |

**MESA COUNTY JUDGE CRAIG PATRICK HENDERSON, Active BAR Registration 26815**

**Montrose County Sheriff RICK DUNLAP** Montrose County Commissioner Ron Henderson

| | |
|---|---|
| Montrose County Commissioner Glen Davis | Montrose County Commissioner David White |
| Montrose County Clerk & Recorder Tressa Guynes | Montrose County Treasurer Rosemary M. Murphy |
| Montrose County Coroner Thomas Canfield | Montrose County Assessor Brad Hughes |

**Montrose County Judge BENNET ALDEN MORRIS, Active BAR Registration 34590**

| | |
|---|---|
| Morgan County Sheriff James Crone | Morgan County Assessor Robert L. Woolddridge |
| Morgan County Commissioner Brian McCracken | Morgan County Commissioner Laura Teague |
| Morgan County Commissioner Jim Zwetzig | Morgan County Clerk & Recorder Susan L. Bailey |
| Morgan County Treasurer Robert A. Sagel | Morgan County Coroner Don Heer |

| | |
|---|---|
| **Pueblo County Sheriff KIRK M. TAYLOR** | **Pueblo Undersheriff J.R. Hall** |
| Pueblo County Deputy Sheriff Padilla, 2000 | Pueblo County Deputy Sheriff Hartless |

Notice of Fraud June 16, 2017

Pueblo County Sheriff's Office Internal Affairs, Inspector Clifford Kindred
Pueblo County Commissioner SAL PACE            Former Pueblo County Commissioner LIANNE MACFAYDEN
Pueblo County Commissioner, Garrison Ortiz, no official bond;
**Pueblo County Commissioner** TERRY HART            Pueblo County Clerk & Recorder GILBERT ORTIZ
Pueblo County Treasurer ADELBERT "DEL" OLIVAS            Pueblo County Coroner Brian Cotter
Pueblo County Assessor FRANK BELTRAN
City of Pueblo Municipal Judge William A. Martinez, Active BAR Registration 19872
Attorney DOUGLAS GRADISAR, Active BAR Registration 33426

Rio Grande County Sheriff Brian Norton            Rio Grande County Assessor JJ Mondragon
Rio Grande County Commissioner Karla Shriver            Rio Grande County Commissioner Doug Davie
Rio Grande County Commissioner Pam Bricker            Rio Grande County Clerk & Recorder Cindy Hall
Rio Grande County Treasurer Peggy J. Kern            Rio Grande County Coroner Rusty Strohmayer
**Rio Grand County Judge BARBARA A. ZOLLARS, Active BAR Registration 15723**

Routt County Sheriff Garrett Wiggins            Routt County Clerk & Recorder Kim Bonner
Routt County Commissioner Timothy V. Corrigan            Routt County Commissioner Douglas B. Monger
Routt County Commissioner Cari Hermacinski            Routt County Treasurer Brita Horn
Routt County Coroner Rob Ryg            Routt County Coroner Assessor Gary Peterson

Saguache County Sheriff Dan Warwick            Saguache County Commissioner Timothy Nathan Lovato
Saguache County Commissioner John Kenneth Anderson            Saguache County Commissioner Jason Adnerson
Saguache County Clerk & Recorder Carla Gomez            Saguache County Treasurer Connie Trujillo
Saguache County Coroner Tom Perrin            Saguache County Peter Peterson

Summit County Sheriff John Minor            Summit County Commissioner Thomas C. Davidson
Summit County Commissioner Karn Stiegelmeier            Summit County Commissioner Dan Gibbs
Summit County Clerk & Recorder Kathleen Neel            Summit County Treasurer Bill Wallace
Summit County Coroner Regan Wood            Summit County Assessor Beverly Breakstone

Teller County Sheriff Mike Ensminger            Teller County Commissioner Mark Dettenrieder
Teller County Commissioner Dave Paul            Teller County Commissioner Dave Paul
Teller County Clerk & Recorder Krystal Brown            Teller County Treasurer Bob Campbell
Teller County Coroner Al Born            Teller Assessor Betty Clark-Wine

Washington County Sheriff Jon Stivers            Washington County Commissioner Terry Hart
Washington County Commissioner David Foy            Washington County Commissioner Lea Ann Laybourn
Washington County Clerk & Recorder Garland M. Wahl            Washington County Treasurer Debra A. Cooper
Washington County Coroner Cheryl Kraich            Washington County Assessor Larry Griese

Weld County Sheriff Steve Reams            Weld County Commissioner Mike Freeman
Weld County Commissioner Julie Cozad            Weld County Commissioner Barbara Kirkmeyer
Weld County Commissioner Sean Conway            Weld County Commissioner Steve Moreno
Weld County Clerk & Recorder Carly Koppes            Weld County Treasurer John R. Lefebvre, Jr.
Weld County Coroner Mark Ward            Weld County Assessor Christopher M. Woodruff

**The United States Supreme Court** held in **Carter v. Carter Coal Company, 298 U.S. 238, 297:** "And the Constitution itself is in every real sense a law - the lawmakers being the people themselves, in whom under our system all political power and sovereignty primarily resides, and through whom such power and sovereignty primarily speaks. It is by that law, and not otherwise, that the legislative, executive, and judicial agencies which it created exercise such

Notice of Fraud June 16, 2017

political authority as they have been permitted to possess. The Constitution speaks for itself in terms so plain that to misunderstand their import is not rationally possible. 'We the People of the United States' it says, 'do ordain and establish this Constitution.' Ordain and establish! These are definite words of enactment, and without more would stamp what follows with the dignity and character of law. The framers of the Constitution, however, were not content to let the matter rest here, but provided explicitly - 'This Constitution, and the Laws of the United States which shall be made in Pursuance thereof, shall be the supreme Law of the the Land.' (Const. art. 6, cl. 2.) The supremacy of the Constitution as law is thus declared without qualification. That supremacy is absolute; the supremacy of a statute enacted by Congress is not absolute but conditioned upon its being made in pursuance of the Constitution. And a judicial tribunal, clothed by that instrument with complete judicial power, and, therefore, by the very nature of the power, required to ascertain and apply the law to the fact in every case or proceeding properly brought for adjudication, must apply the supreme law and reject the inferior statute whenever the two conflict." Departments derive authority from constitution. By the constitution of the state the government is divided into three coordinate branches: legislative, executive, and judicial. The constitution is the paramount law. Each department derives its authority from that source. **Colorado State Bd. of Med. Exmrs. v. District Court, 138 Colo. 227, 331 P.2d 502 (1958)**

**As sovereignty resides in individuals.** The individual, and not the state, is the source and basis of

our social compact and that sovereignty now resides and has always resided in the individual. **Colorado Anti-Discrimination Comm's. Case, 151 Colo. 235, 380 P.2d 34 (1962)**

**Right to comment on courts and judges.** The growth of constitutional liberty has abolished arbitrary power of courts to inflict punishment and penalties upon persons commenting upon courts and judges or upon the character thereof, through contempt proceedings, and the right to make any such comment upon courts and judges in any respect, and as fully and freely as may be desired, is a right of every person, and is a right reserved to the people without any express reservation, as provided in this section. **People ex rel. Attorney Gen. v. News-Times**

Publishing Co., 35 Colo. 253, 84 P. 912 (1906), appeal dismissed, 205 U.S. 454, 27 S. Ct. 556, 51L. /ed 879 (1907).

## We the de Jure People in Colorado Assembled
### June 16, 2017

# WE ARE GOVERNED BY THE MAJORITY...THE MAJORITY OF THOSE WHO PARTICIPATE IN THE <u>*DE JURE*</u> REPUBLICAN FORM OF GOVERNMENT.

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." (Miranda V. Arizona, 384 US 436, 491).

"There can be no sanction or penalty imposed upon one because of this exercise of constitutional
rights." (Sherer v. Cullen, 481 F 946).

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law." Yick Wo v. Hopkins, 118 US 356, 370)
"No State shall convert a liberty into a license, and charge a fee therefore." (Murdock v. Pennsylvania, 319 US105).

"If a State converts a Right (Liberty) into a privilege, the citizen can ignore the license and fee and engage in the Right with impunity." (Shuttlesworth v. City of Birmingham, Alabama, 373 US 262).

Notice of Fraud June 16, 2017