FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 JUN 29 PM 2: 02

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

**Within the Superior Court of the United States of America**

**For the District of Colorado**

| | |
|---|---|
| THE UNITED STATES OF AMERICA et. al. | § CASE # 17-cv-01046-KMT |
| | § |
| Claimants | § |
| v. | § Writ of Mandamus |
| UNITED STATES (incorporated) | § D162017CR10087, D162017CR10089 |
| Defendants | § D162017CR10085, D162017CR10091 |

**Writ of Mandamus**

1. FOR NOW COMES THE COURT, ON ITS OWN MOTION, CORAM NOBIS TO review the actions of the inferior courts and the officers of the county detention centers wherein the claimants herein are imprisoned.

**Findings of Fact, Discussion and Conclusion of Law**

2. For the record shows the claimants filed an action against defendants named herein;

3. For the record shows a habeas corpus submitted for bruce doucette being held imprisoned in an inferior court case numbered **D162017CR10089.**

4. For the record shows a habeas corpus submitted for harlan: smith being held imprisoned in an inferior court case numbered **D162017CR10091.**

5. For the record shows a habeas corpus submitted for steven-dean: byfield being held imprisoned in an inferior court case numbered **D162017CR10087.**

6. For the record shows a habeas corpus submitted for stephen-john: nalty being held imprisoned in an inferior court case numbered **D162017CR10085.**

7. For the inferior courts have not forwarded any evidence that the prosecutors have presented an act of Congress as required to charge the claimants named herein for a felony.

8. For defendants named herein have imprisoned claimants named herein under the guise of the Bail Reform Act of 1984. No such act of Congress exists. As such, the defendants named herein have no authority to imprison claimants byfiled, doucette, nalty and smith under the guise of a bail bond.

9. Claimant doucette is a long standing claimant in the Commercial lien filed with the Securities and Exchange Commission under SEC tracer #2640220 against the American Bar Association and the International Bar Association. As such, claimant doucette was previously in an adversarial conflict with all of the BAR members prior to the case filed by defendants named herein against claimant doucette in the inferior court. No member of the BAR has standing to sue or charge claimant doucette due to this previous adversarial conflict. A copy of the lien is available through the SEC through the tracer number above listed.

Actions for Trespass,    United States of America et. al.    Page 2 of 6
Actions for Trespass on the Case    v.
United States et. al.

10. For the judges participating in the inferior court are included in a Notice of Fraud for failing to take and file a valid oath of office as required by law. Said Notice of Fraud has been recorded through the International Commercial Recording Office Public Access Portal and is dated June 16th, 2017. As such, Michael Spear operating under BAR number 19986 may not preside over any case against claimants named herein.

11. For other parties to the inferior court case have fraudulently filed bid bonds on the pretense that claimants in the above titled action are criminals. The claimants in this case have in fact reported crimes and the defendants in the above titled action are retaliating against the claimants herein for reporting said crimes.

12. For the so call "state grand jury" from which the "indictment" was generated and brought to the inferior court did not have a quorum of 12 jurors during its first meeting as is evidence by the minutes of the grand jury wherein the minutes stated that eleven (11) grand jurors were present condemning the purported indictment as invalid.

13. For the inferior court's case against the claimants named herein was not signed by

14. For in the case, United States ex rel. Accardi v. Shaughnessy, 347 U.S. 260 (1954) the United States of America Supreme Court announced that government officials must follow agency regulations. The Accardi Doctrine is the foundation for the rule of law requiring governmental agencies to observe their rules even when it is not expedient. For 18 USC § 4001(a) is one of the agency codes, policies, rules and guidelines and is therefore a binding regulation.

Actions for Trespass,　　　　United States of America et. al.　　　　Page 3 of 6
Actions for Trespass on the Case　　　　v.
　　　　United States et. al.

15. The Supreme Court of the Untied States of America first established the principle the government agencies must follow their own rules in its 1932 decision Arizona Grocery Co. v. Atchison, Topeka & Santa Fe Railway, 284 U.S. 370 (1932). This principle became known as the Accardi Principle after the Supreme Court vacated a deportation order by the board of immigration Appeals in the United States ex rel. Accardi v. Shaughnessy. The Supreme Court later reaffirmed this doctrine in Service v. Dulles, 354 U.S. 363 (1957), Vitarelli v. Seaton 359 U.S. 535 (1959), Yellin v. United States, 374 U.S. 109 (1953) and United States v. Nixon, 418 U.S. 683 (1974). In Each of these cases the high court struck down government action that violated existing agency regulations.

16. The high court upheld the public's right to have government officials follow agency regulations unless and until the agency revokes or amends its rules. There is authority for the proposition that this principle is part of the constitutional guarantee of due process of law, and authority for the proposition that it is a non-constitutional principle of administrative law.

17. For the defendants named herein have the opportunity to provide the evidence to overcome the allegations presented in this above titled action at law. Defendants named herein have failed to do so and have been previously ordered by this superior court to cease any actions against claimants until the issues before this superior court are settled.

18. For the defendants have continued to ignore the orders of this superior court, making a mockery of the judicial system which can be considered nothing less than an act of treason.

Actions for Trespass,  United States of America et. al.  Page 4 of 6
Actions for Trespass on the Case  v.
United States et. al.

19. For the defendants herein have been afford opportunity to provide evidence to this court why any order of this court are invalid and have failed to present any such just cause.

20. FOR THE COURT, HAVING REVIEWED THE FACTS, THE RECORD, AND THE PROCESS BY WHICH inferior court and inferior agencies who have imprisoned the claimants herein;

21. For desiring that fair justice be served for all parties, defendants, as well as claimants,

22. FOR IT IS THE ORDER OF THIS COURT THAT THE Denver County Sheriff Patrick Firman release stephen-john: nalty imprisoned, whether actual of constructive imprisonment, under case number **D162017CR10085** until the issue before this court are settled to determine the authority of the defendants named herein to imprison claimant.

23. FOR IT IS THE ORDER OF THIS COURT THAT THE Denver County Sheriff Patrick Firman release bruce-allen: doucette imprisoned, whether actual of constructive imprisonment, under case number **D162017CR10089** until the issue before this court are settled to determine the authority of the defendants named herein to imprison claimant.

24. FOR IT IS THE ORDER OF THIS COURT THAT THE Denver County Sheriff Patrick Firman release steven-dean: byfield imprisoned, whether actual of constructive imprisonment, under case number **D162017CR10087** until the issue before this court are settled to determine the authority of the defendants named herein to imprison claimant.

Actions for Trespass,　　　　　　**United States of America et. al.**　　　　　　Page 5 of 6
Actions for Trespass on the Case　　　　　　v.
　　　　　　　　　　　　　　　　**United States et. al.**

25. FOR IT IS THE ORDER OF THIS COURT THAT THE Denver County Sheriff Patrick Firman release harlan: smith imprisoned, whether actual of constructive imprisonment, under case number **D162017CR10091** until the issue before this court are settled to determine the authority of the defendants named herein to imprison claimant.

26. FOR IT IS FURTHER ORDERED, ADJUDGED, and DECREED the magistrate and the defendants are hereby invited to file and serve on all other interested parties and magistrate a brief no later than 3 days from the filing of this writ to show cause to this court why this order is not valid or should be modified. There will be no oral argument. The court, mindful of the rights of the parties and the importance of fair play, will liberally construe the written arguments presented.

Witness the hand and seal of the court this 29th day of June, in the year of our Lord 2017.

*Kimberly Shields*

By: kimberly: shields
Attornatus Privatus

*Michael R. Hamilton*

by: Michael R. Hamilton
Chief Justice superior court of the
united States of America (unicorporated)

Actions for Trespass,　　　United States of America et. al.　　　Page 6 of 6
Actions for Trespass on the Case　　　v.
　　　United States et. al.