FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 JUN 29 PM 2:02
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

**Within the Superior Court of the United States of America**

**For the District of Colorado**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA et. al. | § | CASE # 17-cv-01046-KMT |
| | § | |
| Claimants | § | |
| v. | § | Writ of Error Qua Corum Nobis Resident |
| UNITED STATES (incorporated) | § | Re: Tafoya's "Minute Order" |
| Defendants | § | |

<u>**Writ of Error Quae Coram Nobis Resident**</u>

1. FOR NOW COMES THE COURT, ON ITS OWN MOTION, CORAM NOBIS TO review the facts, record, and process resulting in the "minute" order submitted by the magistrate Kathleen M. Tafoya, hereinafter "Tafoya", regarding the habeas corpus submitted by claimant Kimberly Shields.

**Summary**

2. For on the 27th day of April claimants filed an action at law in a court of record even though the clerk of the court through its ignorance assigned a civil case number under the statutory system of numbering.

3. For the magistrate has twice enter documents purporting to the orders of this court.

### DETAIL

4. The following is organized into three sections:

   I. Judicial cognizance

   II. Findings of facts, Discussion and Conclusion of Law

   III. Impeachment and Writ

### I. Judicial Cognizance

5. For this court takes judicial cognizance of and decrees the following:

6. JUDICIAL COGNIZANCE: Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence. [Black's Law Dictionary, 5th Edition, page 760.]

7. The people of the United States of America, and Colorado do not waive their sovereignty to the agencies that serve them being the sovereigns who ordained and established the Constitution for the United States of America and the Colorado state.[1]

---

[1] We, the people of Colorado, with profound reverence for the Supreme Ruler of the Universe, in order to form a more independent and perfect government; establish justice; insure tranquility; provide for the common defense; promote the general welfare and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this constitution for the "State of Colorado."

Actions for Trespass,　　　　　　United States of America et. al.　　　　　　Page 2 of 17
Actions for Trespass on the Case　　　　　　v.
　　　　　　　　　　　　　　　United States et. al.

8. Two distinguishing and critical characteristics of a court of record are: A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, AND Proceeding according to the course of common law.

9. On the 15th day of May, 2017 Tafoya submitted a document for the record purporting to be an "minute" order of this court.

10. For Tafoya has not filed an action against claimants named herein.

11. All political power is vested in and derived from the people; all government, of right, originates from the people, is founded upon their will only, and is instituted solely for the good of the whole.2

12. The people of this state have the sole and exclusive right of governing themselves, as a free, sovereign and independent state; and to alter and abolish their constitution and form of government whenever they may deem it necessary to their safety and happiness, provided such change be not repugnant to the constitution of the United States.3

13. "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern

---

2   Nevada Constitution, Section 1. Inalienable rights. All men are by Nature free and equal and have certain inalienable rights among which are those of enjoying and defending life and liberty; Acquiring, Possessing and Protecting property and pursuing and obtaining safety and happiness[.]

3   Nevada Constitution, Section 2, All political power is inherent in the people[.] Government is instituted for the protection, security and benefit of the people;.

Actions for Trespass,　　　　　**United States of America et. al.**　　　　　Page 3 of 17
Actions for Trespass on the Case　　　　　**v.**
　　　　　　　　　　　　　　　　　　**United States et. al.**

but themselves...." [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.]

14. "The very meaning of 'sovereignty' is that the decree of the sovereign makes law." [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

15. Claimant people are inhabitants of Colorado and not residents of the STATE OF COLORADO.

16. "The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative." [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

17. "A consequence of this prerogative is the legal *ubiquity* of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186) His judges are the mirror by which the king's image is reflected." 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

18. "The state cannot diminish rights of the people." [Hertado v. California, 100 US 516.]

19. "The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice." [Davis v. Wechsler, 263 US 22, 24.]

20. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." [Miranda v. Arizona, 384 US 436, 491.]

Actions for Trespass,　　　　　　　United States of America et. al.　　　　　　　Page 4 of 17
Actions for Trespass on the Case　　　　　　　v.
　　　　　　　　　　　　　　　　　United States et. al.

21. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." [Sherar v. Cullen, 481, F 946.]

22. "Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, **either directly**, or through representatives chosen by the people, to whom those powers are specially delegated." [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

23. "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." [Constitution for the United States of America, Article VI, Clause 2.

24. "COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be." [Black's Law Dictionary, 5th Edition, page 318.]

25. "COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful

Actions for Trespass,  United States of America et. al.  Page 5 of 17
Actions for Trespass on the Case  v.
United States et. al.

authority." [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425]

26. "COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

27. **A.** A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

28. **B.** Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

29. **C.** Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

30. **D.** Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

Actions for Trespass,United States of America et. al.Page 6 of 17
Actions for Trespass on the Casev.
United States et. al.

31. E. Generally possesses a seal." [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

32. "...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgement in all their points, that is to wit, the Great Charter as the common law...." [Confirmatio Cartarum, November 5, 1297" "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation.]

33. "Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court." Magna Carta, Article 34.

34. "Trespass. Any misfeasance or act of one man whereby another is injuriously treated or damnified." 3 Bl. Comm. 208 An injury or misfeasance to the person, or rights of another person, done with force and violence, either actual or implied in law."[4]

35. "**Trespass**. In its more limited and ordinary sense, it signifies an injury committed with violence, and this violence may be either actual or implied; and the law will imply violence though none is actually used..."[5]

36. "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." Ex Parte Kearny, 55

---

[4] Black's Law Dictionary 2nd Ed. Pg. 1171
[5] Black's Law Dictionary 2nd Ed. Pg. 1171

Actions for Trespass,　　　　　　United States of America et. al.　　　　　　Page 7 of 17
Actions for Trespass on the Case　　　　　v.
　　　　　　　　　　　　　　　United States et. al.

Cal. 212; Smith v. Andrews, 6 Cal. 652; "Criminal courts proceed according to statutory law. Jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a court of record (which only proceeds according to common law); it is an inferior court."

37. "However, no statutory or constitutional court (whether it be an appellate or supreme court) can second guess the judgment of a court of record. 'The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it.'" Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)]

38. "The people have succeeded to the rights of the king, the former sovereign of this state. They being expressly named... The People are not expressly included in the general provisions are not, therefore, bound by general words in a statute restrictive of prerogative, without of the act, and nothing shall be taken against them by implication. Where the People are not named they are not bound.... but he cannot be divested of any right, power or interest, unless the statute is made by express words to extend to him... It is a maxim of the common law, that when an act of parliament is made for the public good, the advancement of religion and justice, and to prevent injury and wrong, the King shall be bound by such act, though not named; but when a statute is general, and

Actions for Trespass,                        United States of America et. al.                        Page 8 of 17
Actions for Trespass on the Case                              v.
                                                    United States et. al.

any prerogative right, title or interest would be divested or taken from the King, in such case he shall not be bound, unless the statute is made by express words to extend to him." (The People v. Herkimer, 4 Cowen (NY) 345, 348 (1825).

39. "The United States Supreme Court has clearly, and repeatedly, held that any judge who acts without jurisdiction is engaged in an act of treason." U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980): Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821).

## II. Findings of Fact, Discussion and Conclusion of Law

40. For the record shows the claimants filed an action against defendants named herein;

41. For the record shows that Tafoya entered a document on the record purporting to be a "minute" order of this court regarding the habeas corpus submitted by claimant shields.

42. For although, the court acknowledges that a "minute order" is no order at all, it leaves the perception to the public at large that the "minute" order is an order.

43. For Tafoya raises the argument as though a party to the case that the claimants are not entitled to file a habeas corpus in this court. This is a superior court having general jurisdiction over all territories and all people who have been alleged to have caused an injury.

44. For considering Tafoya's argument, 28 USC 2243 only permits two choices for the tribunal. For those choices are to either grant the habeas corpus or order the respondents

Actions for Trespass,  United States of America et. al.  Page 9 of 17
Actions for Trespass on the Case  v.
United States et. al.

to show cause why the habeas corpus should not be granted. Either choice is reserved to the tribunal and is not subject to the magistrate's opinion.

45. For as has been repeatedly upheld, the court in which this case is proceeding is a court of record. The magistrate is not authorized to enter orders, opinions or any other documents disguised as orders in the form of minute orders.

46. For the genius of a court of record is not to be undermined. It is the birthright of every American to settle issues in a court of record, if he so chooses. That choice has been made in this matter, and has been so stated in the first paragraph in this action.

47. For the magistrate and clerk are a persons appointed or elected to perform ministerial service in a court of record6 because all judicial functions in a court of record are reserved to the tribunal, which must be independent of the magistrate.

48. For the magistrate of this court, Tafoya, has usurped the independent powers of the tribunal of this court of record on two occasions by making, under color of law7, discretionary judgments which are reserved to and should have been made by the tribunal independently of the person of the magistrate designated generally to merely file documents for the court.8

---

6    Official's duty is "ministerial" when it is absolute, certain and imperative, involving merely execution of a specific duty arising from fixed and designated facts. (Long v. Seabrook, 260 S.C. 562, 197 S.E. 2d 659, 662; Black's Law Dictionary, Fifth Edition, page 899)

7    18 USC 242 makes deprivation of rights under color of law a felony punishable up to 20 years in prison.

8    One characteristic of a court of record: A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo. App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

Actions for Trespass,                    **United States of America et. al.**                    Page 10 of 17
Actions for Trespass on the Case                         v.
                                         **United States et. al.**

49. For on February 27th, 2017 claimants filed a claim consisting of Actions for Trespass and Actions for Trespass on the Case for damages. The opening sentence decreed, "Comes now, Kimberly Shields, ("Kim"); Bruce Doucette, ("Bruce"); Steven Byfield, ("Byfield"); Stephen Nalty, ("Nalty"); Harlan Smith, ("Smith"); People of The United States of America, ("U.S.A.") and the Colorado state (unincorporated) of sound mind, and The United States of America ("U.S.A."), (unincorporated), hereinafter claimants, in this court of record and complains of each of the following:"

50. For the magistrate has no authority to act as the tribunal in a court of record. "The United States Supreme Court has clearly, and repeatedly, held that any judge who acts without jurisdiction is engaged in an act of treason." U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980): Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821). This applies to clerks of the court as well, since clerk's, even when the clerk is making entries on the docket for notice to all parties hereto.

51. For even if the docket entries by the clerk of the court was done at the direction of the magistrate, any ruling, entry or order issued by the magistrate (judge) in a court of record is both an attempt by the magistrate to usurp the authority of this Court, but also an act of treason9 to overthrow the republican10 form of government and is addressed in

---

1. 9     The United States Supreme Court has clearly, and repeatedly, held that any judge who acts without jurisdiction is engaged in an act of treason. U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980): Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821).

10 Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

Actions for Trespass,      **United States of America et. al.**     Page 11 of 17
Actions for Trespass on the Case     **v.**
    **United States et. al.**

the varying levels of Seditious Contempt of Constitution. The clerk is responsible the commission of a crime even if the magistrate directed the clerk to perpetrate the crime.

52. For it is by the prerogative of the sovereign 11 whether and how a court is authorized to proceed. In this case, the chosen form of the court is that of a court of record.

53. For a qualifying feature of a court of record is that the tribunal is independent of the magistrate appointed to conduct the proceedings.12

54. For Tafoya is a foreign agent member of the BAR. The arguments affecting Tafoya are the same as those presented against some of the defendants in the Action as Law as filed.

55. For no officer of government, not even Tafoya, has immunity. "Officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and

---

11 "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.] The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

12 Court of Record: A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

Actions for Trespass,                United States of America et. al.              Page 12 of 17
Actions for Trespass on the Case                    v.
                                     United States et. al.

judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America." Owen vs City of Independence, 100 S Ct. 1398; Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21 "We have no officers in this government from the President down to the most subordinate agent, who does not hold office under the law, with prescribed duties and limited authority" Pierce v. United States, ("The Floyd Acceptances"), 7 Wall. (74 U.S.) 666, 677 In these cases he is not sued as, or because he is, the officer of the government, but as an individual, and the court is not ousted of jurisdiction because he asserts authority as such officer. To make out his defense he must show that his authority was sufficient in law to protect him... It is no answer for the defendant to say I am an officer of the government and acted under its authority unless he shows the sufficiency of that authority. Cunningham v. Macon, 109 U.S. 446, 452, 456, 3 S.Ct. 292, 297 and Poindexter v. Greenhow, 114 U.S. 270, 287, 5 S. Ct. 903, 912 Under Federal Tort Claims Act similarly, federal law enforcement officers who generally enjoy absolute immunity from tort liability may nonetheless be held liable for the tort of trespass. Black v Sheraton Corp. of America, 184 US App DC 46,564 F2d 531, 541 (1977)

56. An order submitted from one not authorized to make orders is void. "A void judgment which includes judgment entered by a court which . . . lacks inherent power to enter the particular judgment . . . can be attacked at any time, in any court, either directly or collaterally . . ." Long v. Shorebank Development Corp., 182 F.3d 548 (C.A. 7 Ill.

Actions for Trespass,　　　　　United States of America et. al.　　　　　Page 13 of 17
Actions for Trespass on the Case　　　　　v.
　　　　　　　　　　　　　　　United States et. al.

1999). "A judgment is void if the court that rendered it . . . acted in a manner inconsistent with due process." Margoles v. Johns, <u>660 F.2d 291</u> (7th Cir. 1981) cert. denied, 455 U.S. 909, 102 S.Ct. 1256, 71 L.Ed.2d 447 (1982); In re Four Seasons Securities Laws Litigation, <u>502 F.2d 834</u> (10th Cir.1974), cert. denied, 419 U.S. 1034, 95 S.Ct. 516, 42 L.Ed.2d 309 (1975).

57. For Tafoya's interference in this matter obstructs due process of law. "Due process of law is process according to the law of the land". . . Due process of law in the latter [the Fifth Article of Amendment to the Constitution] refers to that law of the land which derives its authority from the legislative powers conferred upon Congress by the Constitution of the United States, exercised within the limits therein **prescribed and interpreted according to the principles of the common law. . . ."** Hurtado v. California, 110 U.S. 516, 3 Sup. Ct. 111, 292, 28 L. Ed. 232 (1884).

58. As such any judgment submitted without due process is void. "A judgment is void if the court that rendered it . . . acted in a manner inconsistent with due process." Margoles v. Johns, <u>660 F.2d 291</u> (7th Cir. 1981) cert. denied, 455 U.S. 909, 102 S.Ct. 1256, 71 L.Ed.2d 447 (1982); In re Four Seasons Securities Laws Litigation, <u>502 F.2d 834</u> (10th Cir.1974), cert. denied, 419 U.S. 1034, 95 S.Ct. 516, 42 L.Ed.2d 309 (1975).

### III. Impeachment and Writ

59. FOR THE COURT, HAVING REVIEWED THE FACTS, THE RECORD, AND THE PROCESS BY WHICH THE CLERK erroneously named USA as a defendant rather than US and accepted for the record a document purporting to be an order of this court;

Actions for Trespass,     United States of America et. al.     Page 14 of 17
Actions for Trespass on the Case     v.
United States et. al.

60. For desiring that fair justice be served for all parties, defendants, as well as claimants,

61. FOR NOW THEREFORE THE COURT issues this WRIT OF ERROR QUAE CORAM NOBIS RESIDANT, to wit,

62. FOR IT IS THE ORDER OF THIS COURT THAT THE minute order is with a void order and is hereby vacated.

63. FOR IT IS THE ORDER OF THIS COURT THAT the habeas corpus is hereby granted and the magistrate is ordered to support the tribunal and sign the accompanying order ordering the inferior court to cease all actions against claimants named herein and the detention centers holding the claimant to release the claimants immediately.

64. FOR IT IS FURTHER THE ORDER OF THE COURT THAT the Tafoya cease acting as the tribunal and merely sign documents in support of the decisions of the tribunal and court.

65. FOR IT IS FURTHER THE ORDER OF THE COURT THAT THE Writ of Habeas Corpus is hereby granted and the claimants for whom a habeas corpus was presented is

66. FOR IT IS FURTHER ORDERED, ADJUDGED, and DECREED that any additional rogue interference with court procedures by any officer of this court including the magistrate, court administrator or clerk or any other court of government agency or organization be it corporate or otherwise will be a contempt of the court and perpetrators will be held in contempt, without motion and without hearing.

67. FOR IT IS FURTHER ORDERED, ADJUDGED, and DECREED the magistrate and the defendants are hereby invited to file and serve on all other interested parties and

Actions for Trespass,　　　　United States of America et. al.　　　　Page 15 of 17
Actions for Trespass on the Case　　　　v.
　　　　United States et. al.

magistrate a brief no later than 20 days from the filing of this writ to show cause to this court why this order is not valid or should be modified. There will be no oral argument. The court, mindful of the rights of the parties and the importance of fair play, will liberally construe the written arguments presented.

Witness the hand and seal of the court this 29th day of May, in the year of our Lord 2017.

*Kimberly Shields*

By: Kimberly Shields
Attornatus Privatus

*[signature]*

by: Michael R. Hamilton
Chief Justice for the Superior Court
for the united States of America (Non corporate)

Actions for Trespass,　　　United States of America et. al.　　　Page 16 of 17
Actions for Trespass on the Case　　　v.
　　　United States et. al.

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing document Writ of Error regarding Tafoya's "MINUTE ORDER" was served upon all named defendants by placing it in a sealed envelope First Class Mail Postage prepaid in the U.S.A. and addressed mail to:

| | | |
|---|---|---|
| **United States** <br> 1600 Pennsylvania Ave, <br> Wahington, D.C. 20500 | **Donald John Trump** <br> 1600 Pennsylvania Ave. <br> Washington, D.C. 20500 | Federal Bureau of Investigation <br> 8000 East 36th Avenue <br> Denver, Colorado 80238 |
| State of Colorado <br> 1300 Broadway, 10th Floor <br> Denver, Colorado 80203 | Cynthia Coffman <br> 1300 Broadway, 10th Floor <br> Denver, Colorado 80203 | Colorado BAR Association <br> 1900 Grant Street # 900 <br> Denver, Colorado 80203 |
| Michael A. Martinez <br> **Ralph L. Carr Judicial Center** <br> 1300 Broadway, Suite 220 <br> Denver, Colorado 80203 | Patricia M. Jarzobski <br> 1900 Grant Street # 900 <br> Denver, Colorado 80203 | Martin F. Egelhoff <br> **Ralph L. Carr Judicial Center** <br> 1300 Broadway, Suite 220 <br> Denver, Colorado 80203 |
| Robert S. Shapiro <br> 1300 Broadway, 10th Floor <br> Denver, Colorado 80203 | Chris Byrne <br> 8000 East 36th Avenue <br> Denver, Colorado 80238 | Kim Doe (FBI) <br> 8000 East 36th Avenue <br> Denver, Colorado 80238 |
| FBI Agent Doe 1-50 <br> 8000 East 36th Avenue <br> Denver, Colorado 80238 | Stanley L. Garnett <br> Justice Center <br> 1777 Sixth Street <br> Boulder, CO 80302 | Internal Revenue Service <br> 1500 Pennsylvania Avenue <br> Northwest, Washington, DC 20229 |

Dated: 29th day of May, 2017

By: [signature]