**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger**

Civil Action No. 17-cv-01046-MSK-KMT

**KIMBERLY SHIELDS,
BRUCE A. DOUCETTE,
STEVEN DEAN BYFIELD, and
STEPHEN NALTY,**

Plaintiffs,

v.

**USA,
DONALD JOHN TRUMP,
FEDERAL BUREAU OF INVESTIGATION,
STATE OF COLORADO
CYNTHIA COFFMAN,
COLORADO BAR ASSOCIATION
MICHAEL A. MARTINEZ,
PATRICIA M. JARZOBSKI,
MARTIN F. EGELHOFF,
ROBERT S. SHAPIRO,
CHRIS BYRNE,
KIM DOE,
STANLEY L. GARNETT,
INTERNAL REVENUE SERVICE, and
FBI AGENTS DOE 1-40,**

Defendants.
_____

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**
_____

**IT IS ORDERED** that pursuant to 28 U.S.C. 636(b)(1)(A) and (B) and FED. R. CIV. P. 72(a) and (b), this matter is referred to United States Magistrate Judge Kathleen M. Tafoya to:

(1)     Convene a scheduling conference under FED. R. CIV. P. 16(b), enter a Scheduling Order meeting the requirements of D.C.COLO.LCivR 16.2, enter such orders as appropriate to enforce the Scheduling Order, and resolve discovery matters;

(2)     ADR: Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. Early Neutral Evaluation is approved. On the informal request of the

magistrate judge or on the request of the parties by motion, the Court may direct the parties to engage in a settlement conference conducted by the magistrate judge if the parties have engaged in an Early Neutral Evaluation and are unable to afford or otherwise attain private settlement assistance;

(3) Hear and determine referred matters in accordance with 28 U.S.C. 636(b)(1)(A) and (B).

Dated this 12th day of July, 2017.

**BY THE COURT:**

_____

Marcia S. Krieger
Chief United States District Judge