

# In the De Jure Superior Court of the United States

# For the District of Colorado

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA et. al. | § | CASE # 17-cv-01046-MSK |
| Claimants | § | |
| v. | § | |
| UNITED STATES (incorporated) | § | Writ of Removal |
| ANY OTHER YET NAMED PARTICIPANTS | § | |
| Defendants | § | |

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 15 2017
JEFFREY P. COLWELL
CLERK

## FOR THE WRIT OF REMOVAL TO SUPERIOR COURT OF RECORD

1. FOR NOW COMES THE COURT ON ITS OWN MOTION TO REVIEW THE ACTIONS of inferior 2nd District Court of Colorado, Michael Spear and Robert S. Shapiro.

2. On April 28th, 2017 notice was filed in this court and served on the inferior court that the cases numbered under the inferior court's statutory system of number as D162017CR10087, D162017CR10089, D162017CR10085, and D162017CR10091 had been removed to this superior court under the above titled action.

3. In spite of said notice to the inferior court, the inferior court through Michael Spear and Robert S. Shapiro have proceeded against the claimants in spite of numerous orders to the inferior court ordering all defendants to cease all actions against the claimants in said inferior court and release the claimants until such time as the issues before this court are settled.

4. Evidence presented to this court reveals that Michael Spear has not taken and filed a valid oath of office and has been added to a Notice of Fraud for failing to file a valid oath in accordance with Colorado law, the Colorado Constitution and The Constitution For the United States of America at Article VI, Clause 3.

5. Michael Spear and Robert S. Shapiro are in violation of the orders of this court and the law.

6. Defendants, which include Michael Spear and Robert S. Shapiro, have been served a copy of this action which challenges defendants authority over claimants named herein as claimants are sovereign above that of any and all public servants. It is the responsibility for those whose jurisdiction is challenged to prove said jurisdiction on the record and to proceed without jurisdiction is a treason. "We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution." Cohens v.Virginia, 19 U.S. 264, 6 Wheat. 265, 5 L.Ed. 257 (1821). "Jurisdiction can be challenged at any time and once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co., 495 F 2d 906, 910. "The United States Supreme Court has clearly, and repeatedly, held that any judge who acts without jurisdiction is engaged in an act of treason." U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980): Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

## ORDER

7. **IT IS HEREBY THE ORDER OF THIS COURT** that the Defendants are to cease any and all actions in the inferior court against Claimants until such time as the issues before this court are settled.

Order to Cease and Desist,   THE UNITED STATES OF AMERICA et. al.   Page 2 of 5
Restraining order                                v.
                         UNITED STATES (incorporated) et. al.

8. **IT IS HEREBY THE ORDER OF THIS COURT** the cases numbered under the inferior court's statutory system of numbering as D162017CR10087, D162017CR10089, D162017CR10085, and D162017CR10091 are hereby removed to this superior court under the above titled action.

9. **IT IS FURTHER THE ORDER OF THIS COURT THAT** Michael Spear and Robert S. Shapiro and all other officers or agents of any of the corporations attempting to access the bonds for the cestui que trusts under the names BRUCE ALLEN DOUCETTE, STEVEN DEAN BYFIELD, HARLAN SMITH, AND STEPHEN JOHN NALTY for which claimants are being held as surety are to cease any action in said attempt to collect from the trusts associated with those above mentioned.

10. **IT IS FURTHER THE ORDER OF THIS COURT THAT** Denver County Sheriff Patrick Firman cause the immediate release of :steven-dean: byfield:, the living man being held imprisoned as surety for the fiction STEVEN DEAN BYFILED in an inferior court case numbered **D162017CR10087** or any other case number claimant may be subjected to and imprisoned under.

11. **IT IS FURTHER THE ORDER OF THIS COURT THAT** Denver County Sheriff Patrick Firman cause the immediate release of :harlan: smith:, the living man being held imprisoned as surety for the fiction HARLAN SMITH in an inferior court case numbered **D162017CR10091** or any other case number claimant may be subjected to and imprisoned under.

12. **IT IS FURTHER THE ORDER OF THIS COURT THAT** Denver County Sheriff Patrick Firman cause the immediate release of :bruce-allen: doucette:, the living man being held imprisoned as surety for the fiction BRUCE ALLEN DOUCETTE in an inferior court case

numbered **D162017CR10089** or any other case number claimant may be subjected to and imprisoned under.

13. **IT IS FURTHER THE ORDER OF THIS COURT THAT** Denver County Sheriff Patrick Firman cause the immediate release of :stephen-john: nalty:, the living man being held imprisoned as surety for the fiction STEPHEN JOHN NALTY in an inferior court case numbered **D162017CR10085** or any other case number claimant may be subjected to and imprisoned under.

14. **IT IS FURTHER THE ORDER OF THIS COURT** that any further rogue actions by Robert S. Shapiro or Michael Spear will be a contempt of this court and each will be held in contempt without motion and without hearing.

15. **IT IS FURTHER THE ORDER OF THIS COURT** that further actions against claimants named herein will be a contempt of this court and said perpetrators will be held in contempt of this court without motion and without hearing.

Witness the seal of this court this 11th day of August, in the year of our Lord 2017.

**The Court**

_Kimberly Shields_
by: Kimberly Shields
Attornatus Privatus


by: Michael R. Hamilton
Chief Justice for the Superior Court
for the united States of America (Non corporate)

Order to Cease and Desist,  THE UNITED STATES OF AMERICA et. al.  Page 4 of 5
Restraining order                      v.
                            UNITED STATES (incorporated) et. al.

# CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing document Order to Remove to superior court was served upon all named defendants by placing it in a sealed envelope First Class Mail Postage prepaid in the U.S. and address mail to:

| | | |
|---|---|---|
| **United States** <br> 1600 Pennsylvania Ave, <br> Wahington, D.C. 20500 | **Donald John Trump** <br> 1600 Pennsylvania Ave. <br> Washington, D.C. 20500 | Federal Bureau of Investigation <br> 8000 East 36th Avenue <br> Denver, Colorado 80238 |
| State of Colorado <br> 1300 Broadway, 10th Floor <br> Denver, Colorado 80203 | Cynthia Coffman <br> 1300 Broadway, 10th Floor <br> Denver, Colorado 80203 | Colorado BAR Association <br> 1900 Grant Street # 900 <br> Denver, Colorado 80203 |
| Michael A. Martinez <br> **Ralph L. Carr Judicial Center** <br> 1300 Broadway, Suite 220 <br> Denver, Colorado 80203 | Patricia M. Jarzobski <br> 1900 Grant Street # 900 <br> Denver, Colorado 80203 | Martin F. Egelhoff <br> **Ralph L. Carr Judicial Center** <br> 1300 Broadway, Suite 220 <br> Denver, Colorado 80203 |
| Robert S. Shapiro <br> 1300 Broadway, 10th Floor <br> Denver, Colorado 80203 | Chris Byrne <br> 8000 East 36th Avenue <br> Denver, Colorado 80238 | Kim Doe (FBI) <br> 8000 East 36th Avenue <br> Denver, Colorado 80238 |
| FBI Agent Doe 1-50 <br> 8000 East 36th Avenue <br> Denver, Colorado 80238 | Stanley L. Garnett <br> Justice Center <br> 1777 Sixth Street <br> Boulder, CO 80302 | |

An additional copy was mailed to Sheriff Patrick Firman, PO Box 1108, Denver, Colorado [80201].

Dated: 15 day of August, 2017

By: _[signature]_