

# In the Superior Court of the United States

# For the District of Colorado

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| Kimberly Shields | § | CASE # 17-cv-01046-MSK-KMT |
| Bruce A Doucette | § | **RECEIVED** |
| Steven Dean Byfield | § | UNITED STATES DISTRICT COURT |
| Stephen Nalty | § | DENVER, COLORADO |
| Harlan Smith | § | AUG 15 2017 |
| | § | |
| Claimants | § | JEFFREY P. COLWELL |
| v. | § | CLERK |
| UNITED STATES (incorporated) | § | Writ of Contempt |
| DONALD JOHN TRUMP | § | Re: Krieger Order of Reference |
| FEDERAL BUREAU OF INVESTIGATIONS | § | And Clerk's deceptive actions |
| STATE OF COLORADO | § | |
| CYNTHIA COFFMAN | § | |
| COLORADO BAR ASSOCIATION | § | |
| MICHAEL A. MARTINEZ | § | |
| PATRICIA M. JARZOBSKI | § | |
| MARTIN F. EGELHOFF | § | |
| ROBERT S. SHAPIRO | § | |
| CHRIS BYRNE | § | |
| FBI AGENTS DOE 1 - 50 | § | |
| KIM DOE | § | |
| STANLEY L. GARNETT | § | |
| ITNERNAL REVENUE SERVICE | § | |
| | § | |
| ANY OTHER YET NAMED PARTICIPANTS | § | |
| Defendants | § | |

Contempt of Court     **United States of America et. al.**     Page 1 of 8
Kreiger     **v.**
    **United States et. al.**

## Writ of Contempt

1. COMES NOW THE COURT, ON ITS OWN MOTION, TO review the facts, record, and process resulting in the document purporting to be an order of the court titled ORDER OF REFERENCE TO MAGISTRATE JUDGE and the court clerk's deceptive actions to defraud the public.

### Summary

2. For on the 12th day of July a document was submitted to the file purporting to be an order signed by Marcia S. Krieger.

3. For this case is rife with attempted interference from officers of the court using said officers' positions of authority to hide the fact that the United States of America has filed an action against the U.S. corporation. The action clearly stated in paragraph 3. "For clarification, in this action at law the U.S.A. or "continental" refers to that entity created by The Constitution for the United States of America and governed under the common law[1] as guaranteed by The Constitution for the United States of America. U.S. refers to the United States federal corporation[2] created by an act of Congress in February 21st, 1871[3] under the authority of Article I, Section 8, Clause 17 of The Constitution for

---

[1] Due process of law is process according to the law of the land ........ Due process of law in the latter [the Fifth Article of Amendment to the Constitution) refers to that law of the land which derives its authority from the legislative powers conferred upon Congress by the Constitution of the United States, exercised within the limits therein prescribed and interpreted according to the principles of the common law .... Mr. Justice Matthews, delivering the opinion of the court in Hurtado v. California, 110 U.S. 516, 3 Sup. Ct. 111,292,28 L. Ed. 232 (1884).]

[2] 28 USC § 3002 (15) "United States means – (A) a federal corporation

[3] The District of Columbia Act of 1871, Chapter 62, 16 Statutes at Large, 419

the United States of America which limits said corporation to the District of Columbia. The former is that entity restricted and governed by The Constitution for the United States of America and the later is merely a corporation operating outside that controlling document established for the deceptive relieving of the agents of the federal government of any Constitutional[4] infringements on the rights of the people."

4. For this court has previously detailed in a Writ of Error filed on the record on May 15th, 2017 the fact that there are two United States in case law which states "one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to exercise." Downes v. Bidwell, 182 U.S. 244 (dissenting opinion by Justice John Marshall Harlan)

5. For in this case the USA is not, in fact a defendant. The US, however, is a defendant. It is the corporation that is a defendant not the country known as the United States of America or USA.

6. For the clerk of the court and the magistrate of the court has repeatedly attempted to use deception to hide from the public that fact that the United States of America has filed an action at law against the United States corporation, by going so far as to change the list

---

[4] "The idea prevails with some, indeed it has found expression in arguments at the bar, that we have in this country substantially two national governments; one to be maintained under the Constitution, with all of the restrictions; the other to be maintained by the Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to...I take leave to say that, if the principles thus announced should ever receive the sanction of a majority of this court, a radical and mischievous change in our system of government will result. We will, in that event, pass from the era of constitutional liberty, guarded and protected by a written constitution into an era legislative absolutism...It will be an evil day for American liberty if the theory of government outside the Supreme law of the land finds lodgement in our Constitutional jurisprudence. No higher duty rests upon this court than to exert its full authority to prevent all violation of the principles of the Constitution." Downes v. Bidwell, 182 U.S. 244

of claimants and defendants in the case in the purported order filed on the record on July 12th, 2017.

7. For this serves as further evidence of the conspiracy of members of the BAR attempting to retain their unlawful grasp of the people's courts.

8. For the purported order was entered onto the record by Marcia S. Krieger who is not on a valid Constitutional oath of office having taken her oath over eleven years after the oath was changed to remove the requirement to abide by the Constitution for the United States of America as required by Article VI, Clause 3.

9. For the clerk has also interfered with the due process of the court by labeling orders of the court "Proposed" as though the clerk has any authority to question the decisions of the court. It is a long standing matter of law that not even the Supreme Court of the United States has the authority to question the decisions of a court of record. "The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it." Ex parte Watkins, 3 Pet., at 202-203. (cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973))

10. For it is the above reasons that the court must uphold its authority even when the very officers of the court in rogue fashion attempt to usurp the court's authority and use deception to defraud the public from knowing the truth. For it is with great sorrow that the court must take this action against its own officers.

11. For the clerk has defied an order of the court by refusing to correct the record by correctly listing the case as "United States of America et. al. v. United States corporation".

12. For the court ordered in a WRIT OF ERROR filed on the record on May 15th, 2017, that any additional rogue interference with court procedures by any officer of this court including the magistrate, court administrator or clerk or any other court or government agency or organization be it corporate or otherwise will be a contempt of the court and perpetrators will be held in contempt, without motion and without hearing." As such all officers of the court have been forewarned regarding interfering with court procedure.

13. For ignorance of the law is no excuse.

**Impeachment and Writ**

14. FOR THE COURT, HAVING REVIEWED THE FACTS, THE RECORD, AND THE PROCESS BY WHICH THE CLERK edited the docket to deceive the public by labelling orders of the court "proposed" as though the highest court in these United States of America require the approval of an inferior court officer and the MAGISTRATE entered a document purporting to be an order of this court.

15. FOR NOW THEREFORE THE COURT issues this WRIT OF CONTEMPT.

16. FOR IT IS THE ORDER OF THIS COURT THAT the clerk correct the docket to remove the term "proposed" from the beginning of the docket entries preceding an order of the court and to update the title of the case to correctly reflect the United States of America or USA et. al. v. United States corporation or US et. al.

17. FOR IT IS FURTHER THE ORDER OF THE COURT THAT the document purporting to be an order signed and submitted by the magistrate Krieger is hereby vacated as it is a void order submitted by an officer not authorized to make orders.

18. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT the clerk is hereby in contempt of this court and is ordered to pay to the court a fine of two-hundred dollars ($200.00) within 60 days of the date this order is recorded to the record. For to fail to pay said fine is with the fee of an additional $100.00 per month until such time as the fine is paid in full. This order affects every clerk associated with this action who has access to the docket.

19. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT Marcia S. Krieger, for interfering with court procedure, especially while impersonating a judge, is hereby in contempt of this court and is ordered to pay a fine of five-hundred dollars ($500.00) within 60 days of the recording of this order to the record. For to fail to pay said fine is with the fee of an additional $100.00 per month until such time as the fine is paid in full.

20. FOR IT IS FURTHER ORDERED, ADJUDGED, and DECREED that any additional rogue interference with court procedures by any officer of this court including the magistrate, court administrator or clerk or any other court of government agency or organization be it corporate or otherwise will be a contempt of the court and perpetrators will be held in contempt, without motion and without hearing.

21. FOR IT IS FURTHER ORDERED, ADJUDGED, and DECREED that no time will be permitted for submitting just cause why this order is invalid as no party has contested

Contempt of Court
Kreiger

**United States of America et. al.**
v.
**United States et. al.**

Page 6 of 8

any previous orders of the court to date. The exception to this order is a sworn statement from any clerk who has access to the docket submitted as evidence said clerk did not affect the label or editing of the docket.

Witness the hand and seal of the court this 11th day of August, in the year of our Lord 2017.

*Kimberly: Shields*
By: kimberly: shields:
Attornatus Privatus

*Michael R. Hamilton*
by: Michael R. Hamilton
Chief Justice for the Superior Court
for the united States of America (unincorporated)

# CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing document Writ of Error regarding Erroneous Title and Tafoya's Order Directing Claimants was served upon all named defendants by placing it in a sealed envelope First Class Mail Postage prepaid in the U.S.A. and addressed mail to:

| | | |
|---|---|---|
| **United States**<br>1600 Pennsylvania Ave,<br>Wahington, D.C. 20500 | **Donald John Trump**<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | **Federal Bureau of Investigation**<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| **State of Colorado**<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | **Cynthia Coffman**<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | **Colorado BAR Association**<br>1900 Grant Street # 900<br>Denver, Colorado 80203 |
| Michael A. Martinez<br>**Ralph L. Carr Judicial Center**<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 | **Patricia M. Jarzobski**<br>1900 Grant Street # 900<br>Denver, Colorado 80203 | **Martin F. Egelhoff**<br>Ralph L. Carr Judicial Center<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 |
| **Robert S. Shapiro**<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | **Chris Byrne**<br>8000 East 36th Avenue<br>Denver, Colorado 80238 | **Kim Doe (FBI)**<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| **FBI Agent Doe 1-50**<br>8000 East 36th Avenue<br>Denver, Colorado 80238 | **Stanley L. Garnett**<br>Justice Center<br>1777 Sixth Street<br>Boulder, CO 80302 | **Internal Revenue Service**<br>1500 Pennsylvania Avenue<br>Northwest, Washington, DC 20229 |

Dated: 15th day of August, 2017

By: _[signature]_