*Case # 17-CV-0146-MSK*

# AFFIDAVIT OF PROCESS SERVER

## In the De Jure District Court of the United States for the District of Colorado

The United States of America, et al

      Plaintiff(s),

vs.

United States (incorporation), et al

      Defendant(s).

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 15 2017**

JEFFREY P. COLWELL
CLERK



*216208*

**Case Number: 1:17-cv-01046-KMT**

Legal documents received by Same Day Process Service, Inc. on 05/26/2017 at 1:21 PM to be served upon Donald John Trump, at 1600 Pennsylvania Ave., NW, Washington, DC, 20500

I, Michael Molash, swear and affirm that on May 26, 2017 at 4:43 PM, I did the following:

**Served Government Agency** by delivering a conformed copy of this **First Cause of Action - Trespass; Exhibits to Certified Mailed as Certified Mailed to Defendant at 1600 Pennsylvania Ave., NW , Washington, DC 20500** of the government agency and informing that person of the contents of the documents.

**Supplemental Data Appropriate to this Service:** On 05-26-2017, a copy of the legal documents were certified mailed to the defendant with return receipt number: 70142870000213490282. The documents were mailed to: 1600 Pennsylvania Ave., NW, Washington, DC 20500 from Washington, DC.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Michael Molash**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:216208

District of Columbia: SS
Subscribed and Sworn to before me
this _31_ day of _May_ , _2017_

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



case#17-CV-0146-MSK

# AFFIDAVIT OF PROCESS SERVER

### In the De Jure District Court of the United States for the District of Colorado

The United States of America, et al

      Plaintiff(s),

vs.

United States (incorporation), et al

      Defendant(s).



*216149*

**Case Number: 1:17-cv-01046-KMT**

Legal documents received by Same Day Process Service, Inc. on 05/26/2017 at 12:12 PM to be served upon United States (incorporation), by serving U.S. Department of Justice, at 950 Pennsylvania Ave., NW, Washington, DC, 20530

I, B. Tony Snesko, swear and affirm that on May 26, 2017 at 1:50 PM, I did the following:

Served **Government Agency** by delivering a conformed copy of this **First Cause of Action - Trespass; Exhibits** to Jason Creek as Mail Clerk & Authorized Agent at 950 Pennsylvania Ave., NW , Washington, DC 20530 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 33 Height: Over 6ft Weight: Over 200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**B. Tony Snesko**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:216149

District of Columbia: SS
Subscribed and Sworn to before me
this 26 day of My , 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



# AFFIDAVIT OF SERVICE

In the De Jure UNITED STATES DISTRICT COURT
for the District of Colorado

---

**THE UNITED STATES OF AMERICA**
Kimberly Shields, Bruce A Doucette
Steven Dean Byfield, Stephen Nalty, Harlan Smith

---

Claimants

v.

**UNITED STATES (incorporations)** et al
STANLEY L GARNETT
BOULDER DISTRICT ATTORNEY

---

Defendants

AFFIDAVIT OF SERVICE

**2017-CV-01046**

Claim for Trespass
Actions for Trespass
EXHIBITS
NOTICE OF REMOVAL

I, Greg Olinger, served a copy of the attached papers CLAIM FOR TRESPASS, ACTIONS FOR TRESPASS, NOTICE OF REMOVAL, LAW OF THE CASE AND EXHIBITS upon parties in this case by hand-delivering these documents to the following person Stanley L Garnett as District Attorney, Boulder County, at the following location: 1777 Sixth Street, Boulder, CO 80302 on May 2, 2017 at 4:46 PM.

## VERIFICATION AND ACKNOWLEDGMENT

I Greg Olinger affirm under oath, and under penalty of perjury, that I have read the foregoing *AFFIDAVIT OF SERVICE* and that the statements set forth therein are true and correct to the best of my knowledge.

_____
Signature

Subscribed and affirmed, or sworn to before me in the County of _Denver_ , State of

Colorado , this _3rd_ day of _May_ , 20_17_ My Commission Expires: _June 1, 2020_

_____
Notary Public

MICHAEL ROSEDALE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20124034098
MY COMMISSION EXPIRES JUNE 1, 2020

# AFFIDAVIT OF SERVICE

In the De Jure UNITED STATES DISTRICT COURT
for the District of Colorado

**THE UNITED STATES OF AMERICA**
Kimberly Shields, Bruce A Doucette
Steven Dean Byfield, Stephen Nalty, Harlan Smith

Claimants

v.

**UNITED STATES (incorporations)** et al
FEDERAL BUREAU OF INVESTIGATIONS
CHRIS BYRNE
FBI AGENTS DOE 1-50

Defendants

AFFIDAVIT OF SERVICE

**2017-CV-01046**

Claim for Trespass
Actions for Trespass
EXHIBITS
NOTICE OF REMOVAL

I, Michael Rosedale, served a copy of the attached papers CLAIM FOR TRESPASS, ACTIONS FOR TRESPASS, NOTICE OF REMOVAL, LAW OF THE CASE AND EXHIBITS upon parties in this case by hand-delivering these documents to the following person Chris Byrne as Self, FEDERAL BUREAU OF INVESTIGATIONS, at the following location: 8600 East 36th Ave, Denver, CO 80038 on May 2, 2017 at 3:21 PM.

## VERIFICATION AND ACKNOWLEDGMENT

I Michael Rosedale swear/affirm under oath, and under penalty of perjury, that I have read the foregoing *AFFIDAVIT OF SERVICE* and that the statements set forth therein are true and correct to the best of my knowledge.

Signature

Subscribed and affirmed, or sworn to before me in the County of _Denver_ , State of

Colorado , this _3rd_ day of _May_ , 20_17_ My Commission Expires: _6-20-2019_

JOYCE GUZMAN
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires June 20, 2019

Notary Public

# AFFIDAVIT OF SERVICE

In the De Jure UNITED STATES DISTRICT COURT
for the District of Colorado

---

**THE UNITED STATES OF AMERICA**
Kimberly Shields, Bruce A Doucette
Steven Dean Byfield, Stephen Nalty, Harlan Smith

---

| | |
|---|---|
| Claimants | AFFIDAVIT OF SERVICE |
| v. | **2017-CV-01046** |
| **UNITED STATES (incorporations)** et al | Claim for Trespass |
| FEDERAL BUREAU OF INVESTIGATIONS | Actions for Trespass |
| CHRIS BYRNE | EXHIBITS |
| FBI AGENTS DOE 1-50 | NOTICE OF REMOVAL |

---

Defendants

I, Michael Rosedale, served a copy of the attached papers CLAIM FOR TRESPASS, ACTIONS FOR TRESPASS, NOTICE OF REMOVAL, LAW OF THE CASE AND EXHIBITS upon parties in this case by hand-delivering these documents to the following person Chris Byrne as Duty Agent, FEDERAL BUREAU OF INVESTIGATIONS, FBI AGENTS DOE 1-50 at the following location: 8600 East 36th Ave, Denver, CO 80038 on May 2, 2017 at 3:21 PM.

### VERIFICATION AND ACKNOWLEDGMENT

I Michael Rosedale swear/affirm under oath, and under penalty of perjury, that I have read the foregoing *AFFIDAVIT OF SERVICE* and that the statements set forth therein are true and correct to the best of my knowledge.

_____
Signature

Subscribed and affirmed, or sworn to before me in the County of __Denver__ , State of

Colorado , this __3rd__ day of __May__ , 20__17__ My Commission Expires: __6-20-2019__

JOYCE GUZMAN
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires June 20, 2019

_____
Notary Public

**PROOF OF SERVICE**

I, *Halina Topa*_____, the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.
On *May 1, 2017, 3:53 PM* I served the foregoing document described as: **NOTICE OF REMOVAL To:**

*Robert S. Shapiro
1300 Broadway, 10th Floor
Denver, Co. 80203*

Dated: *May 1*, 2017          By: *Halina Topa*

*303/969-9404*

NOTICE OF REMOVAL          THE UNITED STATES OF AMERICA et al
                                              v
                                    THE UNITED STATES INC. et al          Page 3 of 3

**PROOF OF SERVICE**

I, _Halina Topa_, the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.

On _May 1, 2017 3:53 PM_ I served the foregoing document described as:

Actions for Trespass, Actions for Trespass on the Case To:

Robert S. Shapiro
1300 Broadway, 10th Floor
Denver, Co. 80203

Dated: _May 1_ 2017          By: _Halina Topa_
                                  _303/969-9404_
                                  _Honorgee_

United States of America et. al.

v.

Actions for Trespass          **United States et. al.**

Actions for Trespass on the Case

case # 17-CV-01046-MSK

**PROOF OF SERVICE**

I, *Halima Topa*, the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.

On *April 28, 2017 3:00 PM* I served the foregoing document described as: **NOTICE OF REMOVAL To:**

*Beth McCann*
*Denver District Attorney*
*201 W. Colfax*
*Denver, Co. 80202*

Dated: *April 28*, 2017

By: *Halima Topa*
*303/969-9404*

*(signature)*

**PROOF OF SERVICE**

I, _Halina Tope_ , the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.

On _April 28, 2017 3PM_ I served the foregoing document described as:

Actions for Trespass, Actions for Trespass on the Case To:

_Beth McCann_
_Denver District Attorney_
_201 W. Colfax_
_Denver, Co. 80202_

Dated _Apr 28_, 2017          By: _Halina Tope_

_303/969-9404_

United States of America et. al.

v.

Actions for Trespass          **United States et. al.**

Actions for Trespass on the Case

**PROOF OF SERVICE**

I, _Halina Toper_, the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.

On _May 2, 2017 3:10PM_ I served the foregoing document described as:

Actions for Trespass, Actions for Trespass on the Case To:

_Patricia M. Jazobski_
_1900 Grant street 900_
_Denver, Co. 80203_

Dated _May 2_, 2017

By: _Halina Toper_
_303/969-9404_

_H Toper_

United States of America et. al.

v.

Actions for Trespass

United States et. al.

Actions for Trespass on the Case

**PROOF OF SERVICE**

I, *Halina Topa*_____, the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.

On *May 2, 2017 3:10PM* I served the foregoing document described as: **NOTICE OF REMOVAL** To:

*Patricia M. Jarzobski*
*1900 Grant Street 900*
*Denver, Co. 80203*

Dated: *May 2, 2017* 2017

By: *Halina Topa*
*303/969-9404*

*[signature]*

**PROOF OF SERVICE**

I, *Halina Topa*, the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.

On *May 2, 2017 1:20PM* I served the foregoing document described as: **NOTICE OF REMOVAL** To:

*Michael A. Martinez*
*1400 Bannock St.*
*Denver, Co. 80203*

Dated: *May 2 2017*, 2017                    By: *Halina Topa*
                                                *303/969-9404*

**PROOF OF SERVICE**

Case # 17-cv-01046-MSK

I, *Halina Topa*, the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.

On *May 2, 2017 1:20 PM* I served the foregoing document described as:

Actions for Trespass, Actions for Trespass on the Case To:

*Michael A. Martinez*
*1400 Baunoel str.*
*Denver, Co. 80203*

Dated: *May 2*, 2017

By: *Halina Topa*
*303/969-9404*

*Homage*

United States of America et. al.

v.

Actions for Trespass          **United States et. al.**

Actions for Trespass on the Case

**PROOF OF SERVICE**

I, _Halina Toper_ , the undersigned declare:


I am over the age of 18 years of age and not a party to the within action.

On _May 1, 2017 4:57PM_ I served the foregoing document described as:

Actions for Trespass, Actions for Trespass on the Case To:

_State of Colorado_
_1300 Broadway, 10th Floor_
_Denver, Co. 80203_

Dated _May 1_, 2017                    By: _Halina Toper_
                                       _303/969-9404_

                                       _Hanry_

United States of America et. al.

v.

Actions for Trespass              **United States et. al.**

Actions for Trespass on the Case

**PROOF OF SERVICE**

I, *Halina Topa*, the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.

On *May 1, 2017 457PM* I served the foregoing document described as: **NOTICE OF REMOVAL** To: *State of Colorado 1300 Broadway, 10th Floor Denver, Co. 80203*

Dated: *May 1*, 2017                    By: *Halina Topa 303/969-9404*

**PROOF OF SERVICE**

I, *Halina Topa*, the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.
On *April 28, 2017  3:35 PM* I served the foregoing document described as: **NOTICE
OF REMOVAL** To:

*Martin F. Egelhoff
520 W. Colfax
Denver Co 8624*

Dated: *April 28*, 2017

By: *Halina Topa
303/969-9404*

**PROOF OF SERVICE**

I, *Halina Topea* , the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.

On *April 28, 2017 3:35 PM* I served the foregoing document described as:

Actions for Trespass, Actions for Trespass on the Case To:

Martin F. Egelhoff
520 W. Colfax
Denver, Co. 80204

Dated: *April 28*, 2017    By: *Halina Topea*
303/969-9404

*H Topea*

United States of America et. al.

v.

Actions for Trespass    **United States et. al.**

Actions for Trespass on the Case

**PROOF OF SERVICE**

I, _Halina Topa_, the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.

On _May 1, 2017 3:53PM_ I served the foregoing document described as: **NOTICE OF REMOVAL To:**

Cynthia Coffman
1300 Broadway, 10th Floor
Denver, Co. 80203

Dated: _May 1_, 2017                 By: _Halina Topa_
                                          303/969-9404

Case-17-CV-01046-MSK

**PROOF OF SERVICE**

I, *Halina Topa*, the undersigned declare:

I am over the age of 18 years of age and not a party to the within action.

On *May 1, 2017 3:53 PM* I served the foregoing document described as:

Actions for Trespass, Actions for Trespass on the Case To:

*Cynthia Coffman
1300 Broadway, 10th Floor
Denver, Co. 80203*

Dated: *May 1,* 2017                    By: *Halina Topa*
                                            *303/969-9404*

United States of America et. al.

v.

Actions for Trespass                    **United States et. al.**

Actions for Trespass on the Case