FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 AUG 23  PM 2: 10

JEFFREY P. COLWELL
CLERK

BY_____DEPUTY

**Within the Superior Court of the United States of America**

**For the District of Colorado**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA et. al. | § | CASE # 17-cv-01046-KMT |
| | § | |
| Claimants | § | |
| v. | § | Motion for Jury Trial |
| UNITED STATES (incorporated) | § | |
| Defendants | § | |

---

**Motion for Jury Trial**

---

1. FOR NOW COMES THE CLAIMANTS to move the court to demand a jury selected in accordance with the common law from members of the peerage to review the case.

Witness my hand 23rd day of August, in the year of our Lord 2017.

_Kimberly Shields_
By: Kimberly Shields
Attornatus Privatus

Actions for Trespass,
Actions for Trespass on the Case

**United States of America et. al.**
v.
**United States et. al.**

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing document Motion for Jury trial was served upon all named defendants by placing it in a sealed envelope First Class Mail Postage Prepaid in the U.S.A. and addressed to:

| United States<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | Donald John Trump<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | Federal Bureau of Investigation<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
|---|---|---|
| State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Cynthia Coffman<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Colorado BAR Association<br>1900 Grant Street #900<br>Denver, Colorado 80203 |
| Michael A. Martinez<br>Ralph L.Carr Judicial Center<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 | Patricia M. Jarzobski<br>1900 Grant Street #900<br>Denver, Colorado 80203 | Martin F. Egelhoff<br>Ralph L.Carr Juidicial Center<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 |
| Robert S. Shapiro<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Chris Byrne | Kim Doe (FBI)<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| FBI Agent Doe 1-50<br>8000 East 36th Avenue<br>Denver, Colorado 80238 | Stanley L Garnett<br>Justice Center<br>1777 Sixth Street<br>Boulder, Colorado 80302 | Internal Revenue Service<br>1500 Pennsylvania Avenue<br>Northwest, Washington, D.C. 20229 |

Dated: 23 day of August, 2017

By: /s/ [signature]

Motion for      United States of America et. al.

Jury Trial               v.

                            United States et. al.