

# In the Superior Court of the United States

# For the District of Colorado

| | |
|---|---|
| THE UNITED STATES OF AMERICA § | |
| Kimberly Shields § | CASE # 17-cv-01046-MSK-KMT |
| Bruce A Doucette § | |
| Steven Dean Byfield § | |
| Stephen Nalty § | |
| Harlan Smith § | |
| § | |
| Claimants § | |
| v. § | |
| UNITED STATES (incorporated) § | Writ of Contempt |
| DONALD JOHN TRUMP § | Re: Tafoya Recomendation for |
| FEDERAL BUREAU OF INVESTIGATIONS § | Dismissal |
| STATE OF COLORADO § | |
| CYNTHIA COFFMAN § | |
| COLORADO BAR ASSOCIATION § | |
| MICHAEL A. MARTINEZ § | **RECEIVED** |
| PATRICIA M. JARZOBSKI § | UNITED STATES DISTRICT COURT |
| MARTIN F. EGELHOFF § | DENVER, COLORADO |
| ROBERT S. SHAPIRO § | **AUG 23 2017** |
| CHRIS BYRNE § | JEFFREY P. COLWELL |
| FBI AGENTS DOE 1 - 50 § | CLERK |
| KIM DOE § | |
| STANLEY L. GARNETT § | |
| ITNERNAL REVENUE SERVICE § | |
| § | |
| ANY OTHER YET NAMED PARTICIPANTS § | |
| Defendants § | |

Contempt of Court    **United States of America et. al.**    Page 1 of 10
Kreiger                       v.
                    **United States et. al.**

6. For Tafoya's recommendation may be that of Tafoya, it is not the recommendation of the court.

7. For all authority of the court has been included in the law of the case and the Writ of Error filed on the record on 05/15/2017. In said Writ of Error, all court officers were warned that further interference by any court officer would result in said officer being in contempt of this court without motion and without hearing.

8. For this court has previously detailed in a Writ of Error filed on the record on May 15th, 2017 the fact that there are two United States in case law which states "one to be maintained under the Constitution, with all its restrictions, the other to be maintained by Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to exercise." Downes v. Bidwell, 182 U.S. 244 (dissenting opinion by Justice John Marshall Harlan)

9. For the term United States is included in Article I, Section 8 Clause 17 of the Constitution for the United States of America. It states, "To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;" As is evidence by this clause of the Constitution for the United States of America, the term Untied States from the very outset of the creation of the united States

Contempt of Court  **United States of America et. al.**  Page 3 of 10
Kreiger  v.
 **United States et. al.**

# Writ of Contempt

1. FOR NOW COMES THE COURT, ON ITS OWN MOTION, TO review the facts, record, and process resulting in the document purporting to be a recommendation of the court filed on the record by the magistrate Kathleen M. Tafoya.

## Summary

2. For on the 14th day of August a document was submitted to the file purporting to be an recommendation of the court signed by Kathleen M. Tafoya.

3. For this serves as blatant evidence that Tafoya's loyalty is not to the united States of America, but is to the United States corporation and to the foreign-agent-BAR-members and the foreign entity commonly known as the BAR wherein Tafoya was granted title of esquire in defiance of Article I, section 9, clause 8 and Article I, section 10, clause 1 of the Constitution for the United States of America.

4. For the evidence of this loyalty is born out by the willingness of Tafoya to submit perjured testimony to this court in light of the fact that the united States of America is one of the claimants and the United States corporation is one of the defendants.

5. For the magistrate Tafoya, as have the other court officers, has been warned about rogue interference with the court and its procedure.

of America limited the "United States" to not more than "ten miles square" known to be Washington District of Columbia or Washington D.C.

10. For Tafoya falsely stated in said recommendation "Plaintiffs, proceeding pro se, filed this action on April 27, 2017, and the court construed it as brought under 42 USC § 1983." Again, the magistrate Tafoya has submitted two false statements in the first sentence of the purported recommendation. The claimants have never professed to be "representing" themselves as is indicated by the terminology "pro se". The claimants, with the exception of the USA, are present in their sovereign capacity and only represent the United States of America as members of the sovereignty whose duty it is to protect the USA from overthrow from foreign powers or traitors among us. For the claimants being present in court do not need to be represented or presented again.

11. For Tafoya also falsely stated that "the court has construed it as brought under 42 USC § 1983." For anyone who is learned in law knows, this is a court of record and said code is foreign to this court. For in spite of that, both magistrates in this court and the clerk of the court has repeatedly attempted to interfere with court procedure.

12. For the clerk of the court and the magistrate of the court has repeatedly attempted to use deception to hide from the public that fact that the United States of America has filed an action at law against the United States corporation, by going so far as to change the list of claimants and defendants in the case in the purported order filed on the record on July 12th, 2017.

13. For this serves as further evidence of the conspiracy of members of the BAR attempting to retain their unlawful grasp of the people's courts.

14. For the purported recommendation was entered onto the record by Kathleen M. Tafoya who is not on a valid Constitutional oath of office having taken her oath after the oath was changed to remove the requirement to abide by the Constitution for the United States of America as required by Article VI, Clause 3.

15. For the clerk again has attempted to interfere with court procedure by listing the orders of this court as "Notice" on the court docket and attempting to make decisions regarding documents presented for filing. For the clerk stated to one of the claimant :shields:, who is one of the sovereigns of the court and the master of the servant clerk, that said clerk would not file the orders of this court but would merely receive them. This defiance is not acceptable to the court. "It is settled law the delivery of a pleading to a proper official is sufficient to constitute filing thereof." United States v. Lombardo, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); Milton v. United States, 105 F.2d 253, 255 (5th Cir. 1939). In Greeson v. Sherman, 265 F. Supp. 340 (D.C. Va. 1967) it was held that a pleading delivered to a deputy clerk at his home at night was thereby "filed". Freeman v. Giacomo Costa Fu Andrea, 282 F. Supp. 525 (E.D.Pa. 04/5/1968). "The clerk of a court, like the Recorder is required to accept documents filed. It is not incumbent upon him to judicially determine the legal significance of the tendered documents." In re Halladjian, 174 F. 834 (C.C.Mass.1909); United States, to Use of Kinney v. Bell, 127 F. 1002 (C.C.E.D.Pa.1904); State ex rel. Kaufman v. Sutton, 231 So.2d 874 (Fla.App.1970);

Malinou v. McElroy, 99 R.I. 277, 207 A.2d 44 (1965); State ex rel. Wanamaker v. Miller, 164 Ohio St. 176, 177, 128 N.E.2d 110 (1955.).) (Daniel K. Mayers Et Al., v. Peter S. Ridley Et Al. No. 71-1418 (06/30/72, United States Court of Appeals for the DC Circuit.) For the orders are filed whether the clerk marks the orders filed or received.

16. For the clerk subject to this order has repeatedly interfered with the transaction of claimant :shields: and other deputy court clerks to hinder the filing of the orders of this court and other documents.

17. For it is the above reasons that the court must uphold its authority even when the very officers of the court, in rogue fashion, attempt to usurp the court's authority and use deception to defraud the public from knowing the truth. For it is with great sorrow that the court must take this action again against its own officers.

18. For ignorance of the law is no excuse.

19. For all previous orders of this court have included an order for all parties, including the magistrates, to submit as evidence to this court just cause why the orders of this court are not valid and none have submitted to date any such evidence.

## Impeachment and Writ

20. FOR THE COURT HAVING REVIEWED THE FACTS, THE RECORD, AND THE PROCESS BY WHICH THE CLERK labelled the orders of this court as notices on the docket to deceive the public and repeatedly interfered with the transactions of a claimant filing documents to the record in this action at law;

Contempt of Court　　　　　United States of America et. al.　　　　　Page 6 of 10
Kreiger　　　　　　　　　　　　　　　　v.
　　　　　　　　　　　　　　United States et. al.

21. FOR THE COURT HAVING REVIEWED THE DOCUMENT submitted by Kathleen M. Tafoya purporting to be the recommendation of this court.

22. FOR NOW THEREFORE THE COURT issues this WRIT OF CONTEMPT.

23. FOR IT IS THE ORDER OF THIS COURT THAT the clerk correct the docket to remove the term "NOTICE" from the beginning of the docket entries preceding any order of the court and to update the title of the case to correctly reflect the United States of America or USA et. al. v. United States corporation or US et. al.

24. FOR IT IS FURTHER THE ORDER OF THE COURT THAT the document purporting to be a recommendation signed and submitted by the magistrate Tafoya is hereby vacated as it is a perjured statement submitted by an officer not authorized to make recommendations on behalf of the court.

25. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT the clerk is hereby in contempt of this court and is ordered to pay to the court a fine of five-hundred dollars ($500.00) within 60 days of the date this order is recorded to the record. For to fail to pay said fine is with the fee of an additional $100.00 per month until such time as the fine is paid in full. This order affects every clerk associated with this action who has access to the docket.

26. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT said clerk is to provide her name so as to not penalize the head clerk who has permitted this rogue interference of a subordinate unless said clerk interfering with court procedure is the head clerk of the court.

27. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT Kathleen M. Tafoya, for interfering with court procedure, especially while impersonating a judge, is hereby in contempt of this court and is ordered to pay a fine of five-hundred dollars ($500.00) within 60 days of the recording of this order to the record whether said order is stamped by the clerk as received or filed. For to fail to pay said fine is with the fee of an additional $100.00 per month until such time as the fine is paid in full.

28. FOR IT IS FURTHER ORDERED, ADJUDGED, and DECREED that any additional rogue interference with court procedures by any officer of this court including the magistrate, court administrator or clerk or any other court or government agency or organization be it corporate or otherwise will be a contempt of the court and perpetrators will be held in contempt, without motion and without hearing.

29. FOR IT IS FURTHER ORDERED, ADJUDGED, and DECREED that no time will be permitted for submitting just cause why this order is invalid as no party has contested any previous orders of the court to date. The exception to this order is a sworn statement from any clerk who has access to the docket submitted as evidence said clerk did not affect the label or editing of the docket.

30. FOR THE COURT FINDS THAT THE actions of the court officers are treasonous and will have said actions addressed at a future date upon settlement of the issues before this court. For the court expects all officers of the court to abide by the common law as is guaranteed by the Constitution for the United States of America in the 5th Article of Amendment and has been upheld by the courts. "Due process of law is process

according to the law of the land ........ Due process of law in the latter (the Fifth Article of Amendment to the Constitution) refers to that law of the land which derives its authority from the legislative powers conferred upon Congress by the Constitution of the United States, exercised within the limits therein prescribed and interpreted according to the **principles of the common law** ...." Mr. Justice Matthews, delivering the opinion of the court in Hurtado v. California, 110 U.S. 516, 3 Sup. Ct. 111,292,28 L. Ed. 232 (1884).

Witness the hand and seal of the court this 17th day of August, in the year of our Lord 2017.

_Kimberly: shields_
By: kimberly:-shields:
Attornatus Privatus

_Michael R Hamilton_
by: Michael R. Hamilton
Chief Justice for the Superior Court
for the united States of America (unincorporated)



Contempt of Court
Kreiger

**United States of America et. al.**
v.
**United States et. al.**

Page 9 of 10

# CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing document Writ of Error regarding Erroneous Title and Tafoya's Order Directing Claimants was served upon all named defendants by placing it in a sealed envelope First Class Mail Postage prepaid in the U.S.A. and addressed mail to:

| | | |
|---|---|---|
| **United States**<br>1600 Pennsylvania Ave,<br>Wahington, D.C. 20500 | **Donald John Trump**<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | **Federal Bureau of Investigation**<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| **State of Colorado**<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | **Cynthia Coffman**<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | **Colorado BAR Association**<br>1900 Grant Street # 900<br>Denver, Colorado 80203 |
| Michael A. Martinez<br>**Ralph L. Carr Judicial Center**<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 | Patricia M. Jarzobski<br>1900 Grant Street # 900<br>Denver, Colorado 80203 | Martin F. Egelhoff<br>Ralph L. Carr Judicial Center<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 |
| Robert S. Shapiro<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Chris Byrne<br>8000 East 36th Avenue<br>Denver, Colorado 80238 | Kim Doe (FBI)<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| **FBI Agent Doe 1-50**<br>8000 East 36th Avenue<br>Denver, Colorado 80238 | **Stanley L. Garnett**<br>Justice Center<br>1777 Sixth Street<br>Boulder, CO 80302 | **Internal Revenue Service**<br>1500 Pennsylvania Avenue<br>Northwest, Washington, DC 20229 |

Dated: 21st day of ~~May~~ August, 2017

By: _/s/ Monroe_