Within the Superior Court of the United States of America

For the District of Colorado

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA et. al. | § | CASE # 17-cv-01046-KMT |
| | § | |
| Claimants | § | |
| v. | § | Order re: Motion for Jury Trial |
| UNITED STATES (incorporated) | § | |
| Defendants | § | |

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 28 2017
JEFFREY P. COLWELL
CLERK

**Writ Granting Jury Trial**

1. FOR NOW COMES THE COURT TO CONSIDER the motion by claimants to have the case reviewed by a jury of members of the peerage in accordance with the common law.

2. For the public servants have shown a propensity to attack the people who stand on their sovereignty and rights and work to center our governments back under The Constitution for the United States of America. For this case stems from the public servants imprisoning grand jury administrators and superior court judges for merely discharging their duties. For this reason, the trial will be held by conference call for the protection of the jurors. For the servants having waged mixed war against the people, the peoples'

Actions for Trespass,
Actions for Trespass on the Case

protection is of the utmost concern to this court. For the jurors are selected by the people from among the people as required by law.

3. FOR IT IS THE ORDER OF THIS COURT THAT claimants' motion is hereby granted.

4. FOR IT IS THE ORDER OF THIS COUIRT THAT THE TRIAL IS scheduled to occur on Wednesday, September 6th, 2017 at 7:00 PM Mountain time. The trial will take place by conference call and is open to the public. Access will be by calling in to 712-775-7035 then access code 782102#.

5. This is a common law case filed as an action at law in a court of record and will be conducted accordingly.

6. The jury will be reviewing the documentation submitted to date in this action and will be granted time to ask questions of the parties to this action. Any party to this action desiring to be heard by the jury needs to be on that call as the action will be concluded on that date and the decision of the jury will be announce before the trial is adjourned.

Witness the hand and seal of the court this 17th day of July, in the year of our Lord 2017.

**The Court**

_Kimberly: Shields_
By: kimberly: shields
Attornatus Privatus

_Michael R Hamilton_
by: Michael R. Hamilton
Chief Justice superior court of the
united States of America (unicorporated)

Actions for Trespass,
Actions for Trespass on the Case

**United States of America et. al.**
v.
**United States et. al.**

Page 2 of 2

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing document Writ Granting Jury Trial was served upon all named defendants by placing it in a sealed envelope First Class Mail Postage Prepaid in the U.S.A. and addressed to:

| United States<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | Donald John Trump<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | Federal Bureau of Investigation<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
|---|---|---|
| State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Cynthia Coffman<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Colorado BAR Association<br>1900 Grant Street #900<br>Denver, Colorado 80203 |
| Michael A. Martinez<br>Ralph L.Carr Judicial Center<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 | Patricia M. Jarzobski<br>1900 Grant Street #900<br>Denver, Colorado 80203 | Martin F. Egelhoff<br>Ralph L.Carr Juidicial Center<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 |
| Robert S. Shapiro<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Chris Byrne | Kim Doe (FBI)<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| FBI Agent Doe 1-50<br>8000 East 36th Avenue<br>Denver, Colorado 80238 | Stanley L Garnett<br>Justice Center<br>1777 Sixth Street<br>Boulder, Colorado 80302 | Internal Revenue Service<br>1500 Pennsylvania Avenue<br>Northwest, Washington, D.C. 20229 |

Dated: 28 day of August, 2017

By: *[signature]*

Writ Granting                United States of America et. al.

Jury Trial                                v.

                         United States et. al.