Proposed order

case # 17-cv-01046 KMT

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -5 2017

JEFFREY P. COLWELL
CLERK

**Within the Superior Court of the United States of America**

**For the District of Colorado**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA et. al. | § | CASE # 17-cv-01046-KMT |
| | § | |
| Claimants | § | |
| v. | § | Order to Clerk |
| UNITED STATES (incorporated) | § | |
| Defendants | § | |

---

**Order To Clerk**

---

1. FOR NOW COMES THE COURT TO CONSIDER the antics of the clerks of court to

   interfere with the court process to delay the release of the claimants from the

   imprisonment in which they are held.

   DISCUSSION AND CONCLUSION OF LAW

2. The Clerk of the Court is a ministerial position not having authority of a tribunal. As

   such it is required to carry out it's duties without acting as a tribunal, but by merely

   performing the duties authorized by the court. One of those is a duty owed to the

Actions for Trespass,                    **United States of America et. al.**                    Page 1 of 3
Actions for Trespass on the Case                    **v.**
                                        **United States et. al.**

plaintiff to file documents presented for the record. Failing to file a document for the record is a criminal offense.[1]

3. A document is considered filed once it is received. [2]

4. The clerk of the court, like a recorder, is required to accept documents filed. [3]

5. The Federal Rules of Civil Procedure was the agreed format for the court proceedings. [4]

6. A paper is filed upon delivering it (A) to the clerk. FPRC 5(d)(2)

7. The job of the clerk of the court "is to file pleadings and other documents, maintain the court's files and **inform litigants** of the entry of court orders." *Sanders v. Department of Corrections*, 815 F. Supp. 1148, H49(N.D. Ill. 1993). (*Williams v. Pucinski*, 01C5588 (N.D.Ill. 01/13/2004).)

---

1 (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States. **18 USC § 2071**

2 <u>it is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof</u>. *United States v. Lombardo*, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); *Milton v. United States*, 105 F.2d 253, 255 (5th Cir. 1939). In *Greeson v. Sherman*, 265 F. Supp. 340 (D.C.Va.1967) it was held that a pleading delivered to a deputy clerk at his home at night was thereby "filed." (*Freeman v. Giacomo Costa Fu Adrea*, 282 F. Supp. 525 (E.D.Pa. 04/5/1968).)

3 <u>The clerk of a court</u>, like the Recorder i<u>s required to accept documents filed</u>. It is not incumbent upon him to judicially determine the legal significance of the tendered documents. *In re Halladjian*, 174 F. 834 (C.C.Mass.1909); *United States, to Use of Kinney v. Bell*, 127 F. 1002 (C.C.E.D.Pa.1904); *State ex rel. Kaufman v. Sutton*, 231 So.2d 874 (Fla.App.1970); *Malinou v. McElroy*, 99 R.I. 277, 207 A.2d 44 (1965); *State ex rel. Wanamaker v. Miller*, 164 Ohio St. 176, 177, 128 N.E.2d 110 (1955).) (*Daniel K. Mayers Et Al., v. Peter S. Ridley Et Al*. No. 71-1418 (06/30/72, United States Court of Appeals for the DC Circuit.) [**emphasis added**.]

4   Counterclaim filed October 7th, 2014, Paragraph 17, page 4.

Actions for Trespass,                **United States of America et. al.**                Page 2 of 3
Actions for Trespass on the Case                      **v.**
                                      **United States et. al.**

8.  The duty of the clerk is to make his record correctly represent the proceedings in the case. *Wetmore v. Karrick*, 27 S. Ct. 434, 205 U.S. 141 (U.S. 03/11/1907 Failing to file documents presented and reflect the documents on the docket is a failure to perform the ministerial duties of the Clerk of Court.

9.  IT IS HEREBY THE ORDER OF THIS COURT THAT the clerk baring the initials "nmarb" as they appear on the docket as they appear by the entry for the Writ of Mandamus transmit by the electronic means usually utilize to notify the sheriff at the normal place of delivery docket #22, the Writ of Mandamus ordering the Sheriff to release the claimants in the above titled action.

Witness the hand and seal of the court this ~~27~~th day of ~~July~~, in the year of our Lord 2017.

**The Court**

*Kimberly: Shields*

By: kimberly: shields
Attornatus Privatus

*Michael R. Hamilton*

by: Michael R. Hamilton
Chief Justice superior court of the
united States of America (unicorporated)



Actions for Trespass,                    **United States of America et. al.**                    Page 3 of 3
Actions for Trespass on the Case                    **v.**
                                        **United States et. al.**

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing document Order To Clerk was served upon all named defendants by placing it in a sealed envelope First

Class Mail Postage Prepaid in the U.S.A. and addressed to:

| | | |
|---|---|---|
| United States<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | Donald John Trump<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | Federal Bureau of<br>Investigation<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Cynthia Coffman<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Colorado BAR Association<br>1900 Grant Street #900<br>Denver, Colorado 80203 |
| Michael A. Martinez<br>Ralph L.Carr Judicial Center<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 | Patricia M. Jarzobski<br>1900 Grant Street #900<br>Denver, Colorado 80203 | Martin F. Egelhoff<br>Ralph L.Carr Juidicial Center<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 |
| Robert S. Shapiro<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Chris Byrne | Kim Doe (FBI)<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| FBI Agent Doe 1-50<br>8000 East 36th Avenue<br>Denver, Colorado 80238 | Stanley L Garnett<br>Justice Center<br>1777 Sixth Street<br>Boulder, Colorado 80302 | Internal Revenue Service<br>1500 Pennsylvania Avenue<br>Northwest,  Washington, D.C.<br>20229 |

Dated: 9-5-17 day of September, 2017

By:

Order to
Clerk

United States of America et. al.

v.

United States et. al.