Case 1:17-cv-01046-MSK-KMT   Document 36   Filed 09/15/17   USDC Colorado   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01046-MSK-KMT

KIMBERLY SHIELDS
BRUCE A. DOUCETTE
STEVEN DEAN BYFIELD
STEPHEN NALTY, and
HARLAN SMITH,

    Plaintiff,

v.

USA,
DONALD JOHN TRUMP,
FEDERAL BUREAU OF INVESTIGATION,
STATE OF COLORADO,
CYNTHIA COFFMAN,
COLORADO BAR ASSOCIATION
MICHAEL A. MARTINEZ,
PATRICIA M. JARZOBSKI,
MARTIN F. EGELHOFF,
ROBERT S. SHAPIRO,
CHRIS BYRNE,
KIM DOE,
STANLEY L. GARNETT,
INTERNAL REVENUE SERVICE, and
FBI AGENTS DOE 1-40,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Overruling Objections, Adopting Recommendation, and Dismissing Complaint of Chief Judge Marcia S. Krieger entered on September 15, 2017, (ECF No. 35) it is

ORDERED that the plaintiff's objections (ECF No. 32) are OVERRULED. It is

FURTHER ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 26) is ADOPTED.  It is

FURTHER ORDERED that the complaint is dismissed in its entirety without prejudice.

Dated at Denver, Colorado this 13th day of September  2017.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   J. Dynes

J. Dynes
Deputy Clerk