FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 SEP 18 AM 10: 10

JEFFREY P. COLWELL
CLERK

BY_____DEP. CL'K

In The United States District Court

For The District of Colorado

17-CV-01046-MSK-KMT

THE UNITED STATES of America et al

Claimants

v.

UNITED STATES (incorporated)

Defendants


Evidence- Ruling On Action

1



Within the Superior Court of the United States of America

For the District of Colorado

| THE UNITED STATES OF AMERICA et. al. | § | CASE # 17-cv-01046-MSK-KMT |
| | § | |
| Claimants | § | |
| v. | § | Ruling on Action |
| UNITED STATES (incorporated) | § | D162017CR10087, D162017CR10089 |
| Defendants | § | D162017CR10085, D162017CR10091 |

## Ruling

1. FOR NOW COMES THE COURT to review the facts, the record and the evidence before the court. For this case was presented to a jury for review and the result of said jury's decision is the below ruling.

### Summary

2. For this case stems from a corporate fiction or fictions attacking the sovereignty of the people in retaliation for the people holding their public servants to the letter of the law. This action alleges a conspiracy among the foreign-agent-BAR-members and public servants employed by the corporations serving the governments of Colorado and, more

Ruling on Actions for Trespass    **United States of America et. al.**    Page 1 of 68
and Trespass of Case        **v.**
         **United States et. al.**

broadly, the United States of America. For the evidence included on the record has not been rebutted by any of the defendants. For the defendants have also been invited to provide just cause why the orders of this court are invalid and no such evidence has been provided by the defendants. For the silence of a respondent constitutes agreement with the allegations presented. For the allegations, however, include the theft of evidence stored by the claimant :nalty:, who was the grand jury administrator tasked with filing for the record the evidence against the public servants who had failed to abide by the letter of the law regarding the requirement that all public servants take and submit a valid oath of office and fiduciary bond. For that evidence was not presented in this court due to the theft of said evidence by the defendants.

3. Oliver Wendell Holmes once wrote, " I long have said there is no such thing as a hard case. I am frightened weekly, but always when you walk up to the lion and lay hold the skin, the hide comes off and the same old donkey of a question of law is underneath.[1]

4. For to have a comprehension of the battle that our public servants have waged in mixed war against the America people requires a look at history and how these united states have come to where the servants attempt to rule the masters and punish the masters for asserting the masters' authority over the servants. For it actually started prior to the establishment of these united states with the Cestui Que Vie Act of 1666 in England which created individual trust accounts in the names of the people for the purpose of seizing all of the

---

[1]Holmes-Pottock Letters 156

peoples' property. For this was followed by the British Crown and the Dutch East India Company under the Maritime Wagering Act colluding to make a profit off of the classifying living men as "vessels" and insuring them. For in 1765 English common law is corrupted by commingling common law with admiralty "law" to create "equity" law and is used to steal the peoples' property. For the admiralty law is the law of the sea where the captain of the ship is the highest authority. For under common law, judges[2] are not permitted to make any decisions or orders in the court, as this function is reserved to the tribunal which is either the sovereign of the court or the jury selected by the sovereign. For the conspiracy was to put the judges in the position of the tribunal over the people now classified as vessels or fictions for the purpose of stealing the peoples' property.

5. For the colonist rebel and the result is the creation of the united States of America wherein all of the people wholly and individually are sovereign, but are "sovereigns without subjects...with none to govern but themselves..." Chisholm v. Georgia (US) 2 Dall 419, 454, 1 L Ed 440, 455 @ Dall (1793) pp 471-472 . For it is such an important issue with the founders that two articles are written into The Constitution for the United States of America to assure that no American is granted a title of nobility in Article I, Section 9, Clause 8 and Article I, Section 10, Clause 1. This was followed in 1819 with the ratification of the 13th Amendment, which is included in this case as Exhibit G. Exhibit G

---

1. [2] "A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426

Ruling on Actions for Trespass          **United States of America et. al.**                    Page 3 of 68
and Trespass of Case                                          **v.**
                                              **United States et. al.**

is a copy of a certified copy of the Amendments of the Constitution for the United States of America as they were in 1861. So the court has evidence that as recently as 1861 the original 13th Amendment, which was never repealed, was part of the Supreme Law of the land in these united States of America. This can be found in the Colorado Archive Book 6744 on page 973. This was followed by a secret Treaty of Verona signed between the British Monarch and the Vatican through the Pope.

6. Members of the BAR are granted the title of nobility of "esquire". This grant is issued from no source within these united states as it is not permitted by The Constitution for the United States of America. For over the years the foreign-agent-BAR-members conspire to overthrow the government of the United States of America, a conspiracy that Abraham Lincoln, an attorney, participated in conducting. Evidence of the conspiracy is included on the record in a letter from the Colorado BAR association to the governor of Colorado regarding "the abolishment of the county courts" as Exhibit F. The foreign-agent-BAR-members have since established fake courts over which fake judges preside and presume that all living man or woman who enter said fake courts are U.S. citizens[3] which are specifically defined as subjects of government. People are the creators of government, a fiction, and as such cannot be subjects of government without said peoples' consent. The foreign-agent-BAR-members have utilized trickery and deceit to defraud the people into ignorantly consenting to said government rule over the people and have ignored

---

1.  [3]See Erie Railroad v. Thomkins, 304 U.S. 64 (1938)

challenges to the fiction's jurisdiction in spite of a multitude of cases that uphold once jurisdiction is challenged, it must be proven on the record. For there were 13 such case cites included in the Law of the Case herein as exhibit A. For as a matter of fact, "No officer can acquire jurisdiction by deciding he has it. The officer, whether judicial or ministerial, decides at his own peril." Middleton v. Low (1866), 30 C. 596, citing Prosser v. Secor (1849), 5 Barb.(N.Y) 607, 608. It is such a serious offense that "We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution." Cohens v.Virginia, 19 U.S. 264, 6 Wheat. 265, 5 L.Ed. 257 (1821). There is no time limit for challenging jurisdiction. "Jurisdiction can be challenged at any time and once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co., 495 F 2d 906, 910. The claimants in the above titled action have challenged the defendants in the defendants' inferior court. ""Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652 To date the defendants have failed to produce evidence that the defendants have jurisdiction over the claimants. The court has decided that the reason for the defendants failure to produce evidence of said jurisdiction is there is none. The people are sovereign and as such, the defendants, who are servants to the master people, have no such authority over the people. "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but

they are sovereigns without subjects...with none to govern but themselves....." Chisholm

v. Georgia (US) 2 Dall 419, 454, 1 L Ed 440, 455 @ Dall (1793) pp 471-472

7. The foreign-agent-BAR-members have utilized the fake courts and fake judges to steal the

peoples' property, liberty and dismantle the peoples' posterity. For at this point in history,

although The Constitution for the United States of America requires at Article VI, Clause

3, "The Senators and Representatives before mentioned, and the Members of the several

State Legislatures, and all executive and judicial Officers, both of the United States and

of the several States, shall be bound by Oath or Affirmation, to support this Constitution;"

not one single federal court judge, justice or magistrate has taken a valid oath of office "to

support this Constitution" since march 1st, 1991. For the evidence on the record in this

case evidences that the defendants named herein are also not on a valid oath of office. For

any officer failing to file a valid oath of office is an imposter or a fake officer having no

positive contract. For a judge not on a valid oath and fiduciary bond is a fake judge. For

anyone who sits in a public officer while not on a valid oath of office, being an imposter

is misappropriating public funds, since he is not authorized to collect and compensation

for sitting in said office without a valid oath of office.

8. For the defendants named herein participated in an act of retaliation for the people masters

holding the fake judges and fake prosecutors responsible for the actions taken against the

people in the imposters' fake courts. For the Constitution for the United States of America

guarantees the common law to the people of the united States of

America in all cases at law. For this is an action at law. For this action is not an action in

Ruling on Actions for Trespass          **United States of America et. al.**                    Page 6 of 68
and Trespass of Case                                          **v.**
                                              **United States et. al.**

admiralty nor equity. For this action is in accordance with the common law as guaranteed to all American people. For the courts have repeatedly held that the people are sovereign.

9. For a tactic of the foreign-agent-BAR-members against the people who expect to uphold the people's sovereignty is to accuse the people of acting as "sovereign citizens". The term "sovereign citizen" is an oxymoron having no existence in the real world. People are sovereign and citizens are by the very definition provided in the 14th article of amendment to the Constitution for the United States of America, subjects. It is impossible to be both the master and the slave. This action addresses the lawlessness of the public servants perpetrated against the people of Colorado and more broadly, the united States of America.

10. For the Supreme Court of the United States of America ruled in Downes v. Bidwell, 182 U.S. 244 the existence of two United States. The first of which was that restricted by The Constitution for the United States of America. That particular united States is one of the claimants in this action at law that the court officers have taken great pains to hide from public view. The second could do anything that any corporation could do outside those Constitutional restrictions. That United States is one of the defendants in this action at law.

11. For in this case the officers of the court have colluded to hide the fact that there are two separate United States, both of which were very well defined in paragraph 3 of the action which stated, "For clarification, in this action at law the U.S.A. or "continental" refers to that entity created by The Constitution for the United States of America and governed

under the common law[4] as guaranteed by The Constitution for the United States of America. U.S. refers to the United States federal corporation[5] created by an act of Congress in February 21st, 1871[6] under the authority of Article I, Section 8, Clause 17 of The Constitution for the United States of America which limits said corporation to the District of Columbia. The former is that entity restricted and governed by The Constitution for the United States of America and the later is merely a corporation operating outside that controlling document established for the deceptive relieving of the agents of the federal government of any Constitutional[7] infringements on the rights of the people." The clerk of the court has attempted to hide this fact by titling the action as "Shields et. al. v. USA" on the docket although the above clarification specifies that USA "refers to that entity created by The Constitution for the United States of America and governed under the common law as guaranteed by The Constitution for the United States

---

[4]Due process of law is process according to the law of the land .... . . . Due process of law in the latter [the Fifth Article of Amendment to the Constitution) refers to that law of the land which derives its authority from the legislative powers conferred upon Congress by the Constitution of the United States, exercised within the limits therein prescribed and interpreted according to the principles of the common law .... Mr. Justice Matthews, delivering the opinion of the court in Hurtado v. California, 110 U.S. 516, 3 Sup. Ct. 111,292,28 L. Ed. 232 (1884).]

[5]28 USC § 3002 (15) "United States means – (A) a federal corporation

[6]The District of Columbia Act of 1871, Chapter 62, 16 Statutes at Large, 419

[7]"The idea prevails with some, indeed it has found expression in arguments at the bar, that we have in this country substantially two national governments; one to be maintained under the Constitution, with all of the restrictions; the other to be maintained by the Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to...I take leave to say that, if the principles thus announced should ever receive the sanction of a majority of this court, a radical and mischievous change in our system of government will result. We will, in that event, pass from the era of constitutional liberty, guarded and protected by a written constitution into an era legislative absolutism...It will be an evil day for American liberty if the theory of government outside the Supreme law of the land finds lodgement in our Constitutional jurisprudence. No higher duty rests upon this court than to exert its full authority to prevent all violation of the principles of the Constitution." Downes v. Bidwell, 182 U.S. 244

Ruling on Actions for Trespass      **United States of America et. al.**                    Page 8 of 68
and Trespass of Case                              **v.**
                                      **United States et. al.**

of America." It also very clearly specifies that "U.S. refers to the United States federal corporation created by an act of Congress in February 21st, 1871 under the authority of Article I, Section 8, Clause 17 of The Constitution for the United States of America which limits said corporation to the District of Columbia." The clerk has listed USA as a defendant when the action clearly lists U.S.A. as a claimant in this action at law against the U.S. corporation. Additionally, the magistrate Marcia S. Krieger filed a document purported to be an order on July 12th, 2017 on which Krieger removed the United States of America as a claimant and falsely listed USA as a defendant, although US was the defendant. This act is a crime under 18 USC § 1001 Filing false statements of entries punishable up to five years in prison for each offense. The exception for false statements filed by ones counsel does not apply to the magistrate as the magistrate does not represent a party to the action nor does it apply to the clerk of the court for the same reason.

12. For the following findings of facts, discussion and conclusion of law details the crimes and fraud perpetrated by the foreign-agent-BAR-members in collusion with the public servants in the operation of the United States corporation under the guise of the United States of America. The Constitution for the United States of America does not permit the operation of any court that does not comply with the specified criteria of The Constitution for the United States of America. The foreign-agent-BAR-members have usurped the authority afforded the peoples' public servants and operated fake courts for the purpose of stealing the life, liberty, and property of the people.

## Findings of Fact, Discussion and Conclusion of Law

### Invalid Oaths of Office

13. For the record shows the claimants filed an action at law against defendants named herein. This action is not an action in admiralty or equity nor is it a "civil" matter in spite of the clerk assigning the action a "civil" case number in its ignorance under the statutory system of numbering.

14. For the evidence on the record shows that the claimants named herein assembled a lawful grand jury per the magna carta and in accordance with law. The primary purpose of the grand jury is to hold public servants accountable for their actions against the people which is the reason the "grand jury is an institution separate from the courts, over whose functioning the courts do not preside." United States v. Williams (90-1972), 504 U.S. 36 (1992) The grand jury was never meant to be a tool of public servants against the people for the purpose of trying and imprisoning the people under statutes and codes that do not apply to the people without said peoples' consent as the public servants must obtain "the consent of the governed". The foreign-agent-esquire-members[8] of the BAR, both through the American Bar Association and the state BAR associations, have, through their conspiracy, usurped the peoples' authority by controlling who may or may not be selected for the "grand jury". For the magna carta makes the selection process abundantly clear

---

[8] ESQUIRE. In English law. A title of dignity next above gentleman, and below knight. Also a title of office given to sheriffs, Sergeants, and barristers at law, justices of the peace, and others. 1 Bl. Comm. 406; 8 Steph. Comm. 15 note; Tomlins.

that it is the people who select from among the people those who would serve on the grand jury. For this was intentional to assure that the lawless behaviors of the public servants could not go unpunished. For the foreign-agent-BAR-members controlling the selection of the grand jury members, they have eliminated any accountability of said public servants for the crimes committed against the people on a daily basis and have eliminated the public servants from even being held accountable for failing to take a valid oath and provide a valid fiduciary bond as was found by the legitimately selected grand jury in Colorado.

15. For this case stems from a legitimately selected grand jury coming to the conclusion that certain public servants did not take a valid oath of office prior to performing the duties of the office for which they were to serve the public. For those public servants, which includes some of the defendants in this case, were afforded 40 days to rectify the deficiency of their oaths and bonds. For when the public servants failed to rectify the deficiency of a valid oath and bond, said public servants were added to a Notice of Fraud which is included as evidence in this case. For each public servant added to the Notice of Fraud, was provided 40 days in which to make such correction of his oath and bond. For any officer who serves in the public trust who fails to take a valid oath of office and provide a fiduciary bond as is required by the Constitution of Colorado and Colorado statute is merely impersonating an officer, since the oath must first be sworn prior to the agent being seated in said office, whether the office is filled by election or appointment. For in such a case, the people who is seated is an impersonator and is stealing public funds

and the seat filled by such an impersonator is vacant. The Colorado grand jury, having

found that many public servants were not serving under a valid oath and bond, and having

found that said public servants refused to rectify the deficiencies of their oaths and

fiduciary bond, and having found that said public servants had been stealing public funds

under false pretenses, filed commercial liens against said impersonators.

### Retaliation of Public Servants Against Grand Jury and Superior Court Justices

16. For the defendants named herein did, in retaliation against the Colorado grand jury and

the legitimate superior court justices, cause the arrest of the claimants named herein and

have held the claimants imprisoned in defiance to numerous orders from this legitimate

superior court of record to release those still being held imprisoned. For the claimants

have been forced without their consent into an inferior statutory court.

### Claimant's Not Persons Subject to Inferior Court

17. The claimants are not persons[9] subject to the authority of the inferior court's codes and

statutes. "This word 'person' and its scope and bearing in the law, involving, as it does,

legal fictions and also apparently natural beings, it is difficult to understand; but it is

absolutely necessary to grasp, at whatever cost, a true and proper understanding to the

word in all the phases of its proper use ...A person is here not a physical or individual

person, but the status or condition with which he is invested ...not an individual or

---

[9] UCC 1-201 General Definitions (27) "Person" means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity.

Ruling on Actions for Trespass       **United States of America et. al.**                    Page 12 of 68
and Trespass of Case                                      **v.**
                                            **United States et. al.**

physical person, but the status, condition or character borne by physical persons... The law of persons is the law of status or condition." American Law and Procedure, Vol. 13, page 137, 1910. "In common usage, the term 'person' does not include the sovereign, and statutes employing the word are ordinarily construed to exclude it." Wilson v. Omaha Indian Tribe, 442 US 653, 667 (1979) See also U.S. v. Cooper, 312 US 600,604, 61 S.Ct 742 (1941), U.S. v. United Mine Workers of America, 330 U.S. 258 67 SCt677 (1947), US v. Fox, 94 US 315

18. For Michael Spears admitted in open court when presiding over a hearing in which claimant :steven-dean: byfield: was forced without consent to attend that "This court is not bound by the constitution." Although said admission is correct as the inferior court has authority over fictions, it has no authority over the living man who stands before it in a non-representative capacity. For the living man is guaranteed his right to be heard in a court of record which proceeds according to the common law.

19. For the foreign-agent-BAR-members have used deception to take control of living men and women over whom said BAR guild members have no authority. The foreign-agent-BAR-members have kidnapped living beings standing upon the land while indicting mere fictions. The fictions[10] BRUCE DOUCETTE, STEPHEN NALTY, STEVEN BYFIELD, AND HARLAN SMITH are named on a document purported to be an indictment, which

---

[10] <u>Gregg's Manual of English</u>: "A name spelled in all capital letters or a name initialled, is not a proper noun denoting a specific person, but is a <u>fictitious name</u>, or a name of a <u>dead person</u>, or a <u>nom de guerre</u>."

Ruling on Actions for Trespass          **United States of America et. al.**          Page 13 of 68
and Trespass of Case                                       **v.**
                                        **United States et. al.**

was not properly sworn to under penalty of perjury. Said indictment[11] does not identify a plaintiff by his true name[12]. As such, no action against the claimants in the inferior court has commenced, yet the claimants have been held imprisoned without consent.

20. For as is evidenced by Exhibit I, the STATE OF COLORADO corporation, through it DEPARTMENT OF STATE certified on May 24th, 2004 that there was no such entity as THE PEOPLE OF THE STATE OF COLORADO.

21. For the living men are being held imprisoned in spite of the fact that all claimants who are living men have stated in the inferior court that each is in the inferior court in a non-representative and/or non agent capacity. It is strictly a fiction that has been charged in the inferior court. "Fictions are invented to give courts jurisdiction." Snider v. Newell 44 SE 354.

22. For claimants stated at paragraph 17 and swore under penalty that "Claimants are not U.S. Citizens, U.S. Person, corporations or "Tax Payers". There has been no evidence produced for the record as evidence to the contrary.

23. For people are not U.S. Citizens for merely being born on one of the several states of the united States of America. For any contract entered into without full disclosure of all parties

---

[11]Exhibit E. False indictment.

[12]"Complaint must identify at least one plaintiff by true name; otherwise no action has been commenced." **Roe v New York (1970, SD NY) 49 FRD 279, 14 FR Serv 2d 437, 8 ALR Fed 670.** (The reasoning behind a true name is that neither a State, nor the United States, can pick up a pencil or sneeze, being nothing more than a "piece of paper". *They cannot,* therefore, assume the liability of actions nor write a complaint. All activities carried on by governmental agencies are carried out by its *agents and actors*.)

to the contract is a void contract. For "self naturalization" without full knowledge of the act by a people who has been a victim of an act of fraud by any governmental services corporation is void as full disclosure was not afforded said people by the said governmental services corporation.

## Jury Tampering

24. For the defendants' action of retaliating against the Colorado grand jury constitutes jury tampering in an effort to cover up the illegal and unlawful actions of the defendants under color of law in violation of 18 USC § 242, a crime punishable up to 10 years in prison.

25. For the defendants in retaliation against the claimants named herein stole evidence collected by the Colorado grand jury that proved the defendants and numerous other public servants were in violation of law by failing to swear a valid oath of office as required by the Colorado Constitution, Article VI, Clause 3 of The Constitution for the United States of America, and United States Code and Colorado statute.

26. For the 23rd filing of the Notice of Fraud includes Michael Spear with an active BAR registration number of 19986. The Colorado grand jury found that Michael Spear had failed to either file a valid oath of office or fiduciary bond or both. As such, Michael Spear, who has been assigned to preside over the cases D162017CR10089, D162017CR10091, D162017CR10087, and D162017CR10085 in the inferior state district court is not on a valid oath of office and is not authorized to sit as a judge in any court. For the 23rd Notice of Fraud was filed for public notice on the record ICRO 20170201244006017001 on June

16th, 2017 at https://www.icropa.wordpress.com and filed into this case on the 29th day of June, 2017.

27. For the fact that Michael Spear is an active member of the Colorado BAR makes Michael Spear a foreign-agent-BAR-member not authorized to serve in public office in accordance with the original 13th Article of Amendment[13] to the Constitution for the United States of America.

## Theft of Financial Instruments

28. For the Defendants named herein participated in one of the largest financial thefts in history. For the evidence stolen from the grand jury administrator :nalty: included liens that totaled approximately 15 trillion dollars. An exact amount cannot be ascertained at this time as the documents are in the possession of the defendants or defendants' agents. These documents were commercial liens that were in process and constitute financial instruments. The theft was perpetrated by numerous corporate public servants including those from the Federal Bureau of Investigation, an organization commonly used to assure that public servant's are not held accountable to the law and works to assure the United States corporation maintains its fraudulent overthrow and usurpation of the government of the united States of America, one of the claimants named herein, but hidden from the public due to a concerted effort by the clerk and the fake judges.

## Previous Controversy with BAR Members

---

[13] See Exhibit G- Certified copy of original 13th Amendment.

29. For all of the defendants named herein and those who are participating in retaliating against the claimants named herein and have a BAR membership are restricted in bringing a controversy to any court as said members of the BAR were previously embroiled in controversy with claimants :nalty:, :doucette: and who are named claimants on a lien filed with the Securities and Exchange Commission with a tracking number 2640220 whereon the members of the BAR are defendants owing a debt to the claimants thereon.

**Conspiracy to Overthrow the Government of the united States of America**

30. For the record shows evidence of a conspiracy among BAR members as revealed by the Exhibit F and the actions of the magistrate, who has not taken a valid Constitutional oath of office, attempting to interfere with the court by submitting documents purporting to be orders of this court in an attempt to aid the foreign-agent-BAR-member defendants in the above titled action. The magistrate on one such purported order struck several habeas corpus writs from the record in spite of the fact that 28 USC § 2243 only allows a "court, justice or judge entertaining an application for a writ of habeas corpus" to "forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted". For it is obvious to the court that the magistrate's intent was to aid her foreign-agent-BAR-members comrades by preventing the release of the claimants named herein wrongful imprisonment and protect the fellow foreign-agent-BAR-members from lawful and just prosecution.

31. For the magistrate Marcia S. Krieger also attempted, while impersonating a federal court judge as Krieger is not on a valid Constitutional oath of office having taken said oath after

March 1st, 1991 at which time the oath was materially changed, submitted a purported

order in another attempt at usurping the court's authority when filing a document for the

record titled ORDER OF REFERENCE TO MAGISTRATE JUDGE. For even if Krieger

had sworn a valid Constitutional oath of office, Krieger would still merely be serving as

a magistrate who is not authorized to issue orders in a court of record. Kreiger further

interfered by shortening the list of claimants removing the claimant United States of

America in an effort to hide the fact that there are two separate fictions that use the name

United States.

32. For the third paragraph of the above titled action specifies, "For clarification, in this action

at law the U.S.A. or "continental" refers to that entity created by The Constitution for the

United States of America and governed under the common law[14] as guaranteed by The

Constitution for the United States of America. U.S. refers to the United States federal

corporation[15] created by an act of Congress in February 21st, 1871[16] under the authority

of Article I, Section 8, Clause 17 of The Constitution for the United States of America

which limits said corporation to the District of Columbia. The former is that entity

---

[14]Due process of law is process according to the law of the land .... . . . Due process of law in the latter [the Fifth Article of Amendment to the Constitution) refers to that law of the land which derives its authority from the legislative powers conferred upon Congress by the Constitution of the United States, exercised within the limits therein prescribed and interpreted according to the principles of the common law .... Mr. Justice Matthews, delivering the opinion of the court in Hurtado v. California, 110 U.S. 516, 3 Sup. Ct. 111,292,28 L. Ed. 232 (1884).]

[15]28 USC § 3002 (15) "United States means – (A) a federal corporation

[16]The District of Columbia Act of 1871, Chapter 62, 16 Statutes at Large, 419

restricted and governed by The Constitution for the United States of America and the later is merely a corporation operating outside that controlling document established for the deceptive relieving of the agents of the federal government of any Constitutional17 infringements on the rights of the people."

33. The clerk and the magistrates have repeatedly interfered with the proceedings of the court in an attempt to hide the fact that the action includes the the united States of America as a claimant and the United States corporation as a defendant. Both the clerk and the magistrates have also refused to acknowledge the court is a court of record governed by the common law. The clerk has altered the docket to hide these facts and the magistrates have submitted documents purported to be orders of the court. Any document submitted by the magistrate is a signed confession of perjury, since the court made none of the decisions the magistrates claimed had been made by the court.

34. The clerk did as recently as August 15th, 2017 interfered with court procedure and due process of law by refusing to certify the orders of the court. Claimant Shields did file with

---

[17]"The idea prevails with some, indeed it has found expression in arguments at the bar, that we have in this country substantially two national governments; one to be maintained under the Constitution, with all of the restrictions; the other to be maintained by the Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to...I take leave to say that, if the principles thus announced should ever receive the sanction of a majority of this court, a radical and mischievous change in our system of government will result. We will, in that event, pass from the era of constitutional liberty, guarded and protected by a written constitution into an era legislative absolutism...It will be an evil day for American liberty if the theory of government outside the Supreme law of the land finds lodgement in our Constitutional jurisprudence. No higher duty rests upon this court than to exert its full authority to prevent all violation of the principles of the Constitution." Downes v. Bidwell, 182 U.S. 244

the court an order of contempt holding the court and the magistrate Marcia S. Krieger in contempt of court. The clerk stated to Claimant Shields that she would "not file" the orders of the court but would stamp them as "received". "It is settled law the delivery of a pleading to a proper official is sufficient to constitute filing thereof." United States v. Lombardo, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); Milton v. United States, 105 F.2d 253, 255 (5th Cir. 1939). In Greeson v. Sherman, 265 F. Supp. 340 (D.C. Va. 1967) it was held that a pleading delivered to a deputy clerk at his home at night was thereby "filed". Freeman v. Giacomo Costa Fu Andrea, 282 F. Supp. 525 (E.D.Pa. 04/5/1968). "The clerk of a court, like the Recorder is required to accept documents filed. It is not incumbent upon him to judicially determine the legal significance of the tendered documents." In re Halladjian, 174 F. 834 (C.C.Mass.1909); United States, to Use of Kinney v. Bell, 127 F. 1002 (C.C.E.D.Pa.1904); State ex rel. Kaufman v. Sutton, 231 So.2d 874 (Fla.App.1970); Malinou v. McElroy, 99 R.I. 277, 207 A.2d 44 (1965); State ex rel. Wanamaker v. Miller, 164 Ohio St. 176, 177, 128 N.E.2d 110 (1955.).) (Daniel K. Mayers Et Al., v. Peter S. Ridley Et Al. No. 71-1418 (06/30/72, United States Court of Appeals for the DC Circuit.)

35. For the evidence of the conspiracy among BAR members includes Black's Law dictionary wherein numerous definitions have been changed by case law from BAR member judges who "make law" by the decisions in cases in an effort to alter law and definitions of words. For one such example is the definition of "esquire". For in Black's Law first edition, esquire is defined as "In English law. A title of dignity next above gentleman, and below

knight. Also a title of office given to sheriffs, Sergeants, and barristers at law, justices of the peace, and others. 1 Bl. Comm. 406; 8 Steph. Comm. 15 note; Tomlins. " In Black's Law 2nd edition the definition was edited by adding, "On the use of this term in American law, particularly as applied to justices of the peace and other inferior judicial officers, see Call v. Foresman, 5 Watts (Pa.) 331; Christian v. Ashley County, 24 Ark. 151; Com. v. Vance, 15 Serg. & R. (Pa.) 37." For the Constitution for the United States of America disallows anyone to be granted a title of nobility at Article I, Section 9, Clause 8. "No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State." For Article I, Section 10, Clause 1, disallows the states from doing the same. "No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility."

36. For the original 13th Article of amendment to the Constitution for the United States of America disallows anyone with a title of nobility or dignity from serving in public office and anyone accepting such a title of nobility from a foreign power will cause said people to lose his citizenship to the United States of America. A copy of the original 13th Amendment is included on the record as Exhibit G as provided as a certified copy from the Colorado Department of Personnel, Division of State Archives and Public Records.

For this is the motivation for the foreign agent BAR member esquires to use fraud and deceit through the judicial system to complete its overthrow of the government of the united States of America and the Colorado state, not to be confused with the corporation operated in the executive branch of Colorado called THE STATE OF COLORADO.

37. For more evidence of this conspiracy is found in Black's Law dictionary between the 4th and 5th editions in changing the definition of "court of record". For it was important for the foreign-agent-BAR-members to fool not only the people as to what a court of record is, it was important to fool the BAR members themselves until such time as said BAR members were elevated to higher level officers in the judiciary. For the two important criteria that the conspirators removed was "A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it." (Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689)(Black's Law Dictionary, 4th Ed., 425, 426) This was done to fool the people into the belief that the magistrate was a judge authorized to make decisions in a court of record where the judge is merely a magistrate who conducts the proceedings to assure civility in the court.

38. For the 2nd definition that was changed by the foreign agent BAR member esquires was "Proceeding according to the course of common law". For this was necessary for the foreign-agent-BAR-members to fool the people into subjugating themselves to statutes

and codes that apply only to fictions and government public servants as said statutes and codes are nothing more that administrative policy.

39. For a common tactic committed by the foreign-agent-BAR-members is the act of arraignment. For living people over whom the inferior courts lack jurisdiction are accused for violating a code and brought before an inferior court. The fake judge will state to an accused something similar to "You are hereby accused of violating code such and such. How do you plead; guilty, not guilty or no contest." The judge presents only these three choices as though those are the only three choices available to living men women, when in actuality there is a fourth. For the Constitution for the United States of America guarantees the common law and there are no codes or statutes under the common law. The fake judge is required to get "the consent of the governed" under a republican form of government and as required by the Declaration of Independence. For the fake judge is attempting to fool an accuse man or woman into consenting to leave the common law and be held accountable to the code that otherwise does not apply to living man or woman. For if the accused is not fluent in the legal code presented to him, through his ignorance, consent to leave the common law and be held accountable to the code under the statutory system which said man or woman is not required to abide constitutes a void contract.

40. For, commonly, the fake judges will "submit a plea on behalf of" the accused when the accused chooses not to leave the common law and be held accountable to the code. Said action is evidence of one of two things. Either the fake judge has just agreed to represent the accused, which means he is obligated to serve his time, or he has committed no less

than six felonies. Said felonies include, but are not limited to 1. perjury, since the judge

will now submit a document to a jury claiming that the "defendant has entered a plea of

not guilty" when in fact the accused submitted no plea at all. 2. The fake judge by entering

a plea on behalf of the accused and obstructed justice. 3. The fake judge has violated 18

USC § 241, conspiracy against the rights of the accused. 4. The fake judge has violated

18 USC § 242, deprivation of the rights of the accused. 5. The fake judge has committed

seditious contempt of constitution by usurping his authority to uphold the Constitution for

the United States of America which guarantees the common law. And 6. The fake judge

has committed treason by attempting to overthrow the republican form of government and

assuming jurisdiction where he had none[18].

41. The cases brought in the inferior court are coram non judice as Michael Spear is not on a

valid oath of office and has been added to the Notice of Fraud as he is acting as a judge

although he is not on a valid oath of office.

42. For none of the defendants named herein have produce evidence of a fiduciary bond as

required by law.

---

[18]The United States Supreme Court has clearly, and repeatedly, held that any judge who acts
without jurisdiction is engaged in an act of treason. U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct.
471, 66 L.Ed. 2d 392, 406 (1980): Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257
(1821)

We have no more right to decline the exercise of jurisdiction which is given, than to usurp that
which is not given. The one or the other would be treason to the constitution. Cohens v.
Virginia, 19 U.S. 264, 6 Wheat. 265, 5 L.Ed. 257 (1821)

Ruling on Actions for Trespass    **United States of America et. al.**      Page 24 of 68
and Trespass of Case               **v.**
                                **United States et. al.**

43. For to run for public office one must qualify as an elector as confirmed by The Constitution for the United States of America at Article I, Section 2. Clause 1. "The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature."

44. For no public servant while serving in said public office is qualified to run for the same office again as he does not qualify as an elector while in said public office. This is confirmed by Article II, Section 1. Clause 2 which states in full, "Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector."

45. For this serves as conformation that The Constitution for the Untied States of America has built in a term limitation that prevents any elector from running for office for a second term without first leaving said office before said candidate is permitted to run for any elected office again. For example, if one is elected to the Congress, he is no longer qualified as an elector. Once he leaves office he is qualified as an elector and may run for office again.

**Wrongful Imprisonment**

46. For the claimants named herein have made the matter clear in hearings held in the inferior court before Michael Spear in which claimants were forced to attend against claimants'

will and were in court by special visitation in a non-agent and non-representative capacity. As provided previously in this ruling, any name spelled in all capital letters is a fiction and all fictions require a living man to stand in court to represent the fictitious agency. The claimants :nalty:, :doucette:, :smith: and :byfield: have made the matter of representation clear to the inferior court that claimants do not represent the fictions named in the inferior court cases, yet claimants are still imprisoned as of this filing in defiance to orders from this court.

47. For claimants :nalty:, :doucette:, :smith: and :byfield: are protected by sovereign immunity as evidenced by the use of the fictitious names in the indictment NALTY, DOUCETTE, SMITH AND BYFIELD in the inferior court. "Fictions are invented to give courts jurisdiction." Snider v. Newell 43 SE 354. As stated in Gregg's Manual of English "A name spelled in all capital letters or a name initialed, is not a proper noun denoting a specific person, but is a fictitious name, or a name of a dead person, or a nom de guerre."

48. For the record shows a habeas corpus submitted for :bruce-allen: doucette: being held imprisoned in an inferior court case numbered **D162017CR10089**.

49. For the record shows a habeas corpus submitted for :harlan: smith: being held imprisoned in an inferior court case numbered **D162017CR10091**.

50. For the record shows a habeas corpus submitted for :steven-dean: byfield: being held imprisoned in an inferior court case numbered **D162017CR10087**.

51. For the record shows a habeas corpus submitted for :stephen-john: nalty: being held imprisoned in an inferior court case numbered **D162017CR10085**.

52. For the inferior courts have not forwarded any evidence that the prosecutors have presented an act of Congress as required to charge the claimants named herein for a felony.

53. For defendants named herein have imprisoned claimants named herein under the guise of the Bail Reform Act of 1984. No such act of Congress exists. As such, the defendants named herein have no authority to imprison claimants :byfield:, :doucette:, :nalty: and :smith: under the guise of a bail bond.

### Invalid Presidential Oath of Office

54. For the court acknowledges that Donald John Trump took an oath to uphold "the Constitution of the United States of America", a document that does not exist in the United States of America. The founding document is actually titled "The Constitution for the United States of America." President Donald John Trump was dependent on his advisors to present the correct Constitutional oath of office for him to take and file and cannot be held accountable for this ruse that was leveled against him.

55. For the court has decided that the taking of the invalid oath of office can be viewed from one of either two perspectives; 1. the oath was taken from outside the united States of America as the territory of Washington D.C. Is foreign in respect to the united States of America, or 2. the taking of the oath was an intentional fraud perpetrated by the foreign-agent-bar-members to assure that Donald John Trump could not be held accountable for violating provisions in The Constitution for the United States of America.

### Securities Violations, Filing False Financial Documents

56. For other parties to the inferior court case have fraudulently filed bid bonds on the pretense that claimants in the above titled action are criminals. The claimants in this case have in fact reported crimes and the defendants in the above titled action are retaliating against the claimants herein for reporting said crimes. The claimants in this action are in fact "whistle blowers" exposing the lawless actions of public servants to the American People and the People of Colorado.

57. For said bid bonds are a fraudulent means of holding the people of these united States as surety for bonds utilized as investment for corporations. Common law, which is guaranteed by The Constitution for the United States of America holds that there is no crime if there is no injury and only the injured party using his true name may complain against an accused. The State of State have utilized fraudulent claims of the state being a victim or injured party when a living man purportedly violates a code or statute of the fiction state. The State of State, being a fiction, cannot be injured by a living man or woman.

**Unlawful Use of Federal Officers Outside The Officers' Jurisdiction**

58. For the Federal Bureau of Investigation a/k/a FBI has been used not to investigate actual crimes against the people or crimes by state agencies for acts contrary to Constitutional constraints, but has been utilized as a tool to protect the US corporation and its subsidiaries' non-Constitutional grasp on the control of government. For the FBI has used programs such as COINTELPRO and similar activities to attack any people who work with others or individually to bring to light the lawless behavior of the peoples' public

servants. The FBI has levied mixed war against the people of the united States of America so that the peoples' servants can rule over their masters. The FBI has participated in the actions of the state agents who retaliated against the grand jury and the superior court justices even though there was no question of an infraction under federal statutes, which apply only to fictions, or the Constitution for the United States of America. The FBI has no jurisdiction outside of Washington DC[19] or other federal territory and especially does not have jurisdiction within any of the sovereign territories of the member nations to the united States of America.

### Invalid Indictment

59. For the so call "state grand jury" from which the "indictments" were generated against claimants and brought to the inferior court did not have a quorum of 12 jurors during its first meeting as is evidence by the minutes of the grand jury wherein the minutes stated that eleven (11) grand jurors were present condemning the purported indictment as invalid.

60. For in addition to the lack of a quorum, the grand jury was selected by agents for a corporation rather than by the people as required by law. For the law in these united States of America is the common law and is guaranteed by the Articles of Confederation, which

---

[19]To exercise exclusive Legislation in all Cases whatsoever, over such District (**not exceeding ten Miles square**) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;--And

were never repealed, and The Constitution for the United States of America, especially in the 5th Article of Amendment.

61. For in the case, United States ex rel. Accardi v. Shaughnessy, 347 U.S. 260 (1954) the United States of America Supreme Court announced that government officials must follow agency regulations. The Accardi Doctrine is the foundation for the rule of law requiring governmental agencies to observe their rules even when it is not expedient. For 18 USC § 4001(a) is one of the agency codes, policies, rules and guidelines and is therefore a binding regulation.

62. The Supreme Court of the United States of America first established the principle the government agencies must follow their own rules in its 1932 decision Arizona Grocery Co. v. Atchison, Topeka & Santa Fe Railway, 284 U.S. 370 (1932). This principle became known as the Accardi Principle after the Supreme Court vacated a deportation order by the board of immigration Appeals in the United States ex rel. Accardi v. Shaughnessy. The Supreme Court later reaffirmed this doctrine in Service v. Dulles, 354 U.S. 363 (1957), Vitarelli v. Seaton 359 U.S. 535 (1959), Yellin v. United States, 374 U.S. 109 (1953) and United States v. Nixon, 418 U.S. 683 (1974). In Each of these cases the high court struck down government action that violated existing agency regulations.

**No Evidence of Rebuttal from Defendants**

63. For the defendants herein have been afforded opportunity to provide evidence to this court why any orders of this court are invalid and have failed to present any such just cause.

64. For the defendants have also not provided and evidence or responded to the allegations presented to this court by the claimants. As such, defendants have admitted that the allegations are true.

### Privately Held Company Buildings Being Used in Criminal Enterprises

65. For Most court buildings are privately held corporate owned building as are most jails and prisons throughout these united States of America.

66. For these privately held buildings and corporations have been operating in place of those buildings and operations approved by the people without consent of the people to defraud the people of their liberty and private property.

67. For th courts have presumed that the living man or woman who are brought before the privately held corporate own courts are U.S. Citizens.

68. For the 14th Article of Amendment to the Constitution for the United States of America specifically defines a U.S. Citizen to be one who is a subject of the United States corporation, which filed for and was granted bankruptcy in 1933.

69. For the people's children have been forced into schools run by government to assure that people are not taught what is meant by those declarations in the Declaration of Independence, The Articles of Confederacy, and The Constitution for the United States of America.

70. For the people have been fooled by way of fraud to ignorantly proclaim themselves a U.S. Citizen and a citizen of the state within which they "reside". People do not reside in a

state. People are inhabitants of the state if the state is the location of the domicile in which the people claim as a permanent place of habitation.

71. For the 14th Article of Amendment to the Constitution for the United States of America states, "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

72. For the people are sovereign and as such, are not subjects of government being the creators of government, which is a fiction.

73. For the people who are born in the several states are not United States citizens as defined in the 14th Article of Amendment as people are not persons[20].

74. For the public servants, through the courts, law enforcement, jails and prisons, have charged the cesti que trusts named with the all capital letter spelling of the living man or woman and have imprisoned the living man or woman to hold as surety for the bond associated with the fiction. For in the charges filed against the cesti que vie trusts of the claimants, the charges are filed against the bonds for BRUCE ALLEN DOUCETTE an

---

[20]"The word "person" in legal terminology is perceived as a general word which normally includes in its scope a variety of entities other than human beings." Church of Scientology v. U.S. Dept. of Justice 612 F. 2d 417, 425 (1979)

ens legis[21] for which :bruce-allen: doucette: is imprisoned, STEPHEN JOHN NALTY an ens legis for which :stephen-john: nalty: is imprisoned, STEVEN DEAN BYFIELD an ens legis, for which :steven-dean: byfield is imprisoned, and HARLAN SMITH an ens legis, for which :harlan: smith: is imprisoned.

75. For the cesti que trust are the sole property of the living man or woman and said trust have been hijacked by the corporate persons impersonating public servants.

76. For it is the decision of this court that the court buildings, jails and prisons have been used to operate an international criminal enterprise for the purpose of extorting revenue from the cesti que trusts of the living man or woman and the living man or woman have been unlawfully imprisoned for the purpose of securing the bonds issued against the trusts for profit. For the international criminal enterprise has been operated by the foreign-agent-bar-members working under the direction of the crown of England as has been admitted by numerous people impersonating judges and prosecutors throughout these united states.

77. For further evidence of this criminal enterprise is the tactic used by said foreign-agent-bar-members, be they serving as prosecutors, defense counselors or judge, of refering to those who do not wish to submit to the authority of the inferior court that have authority only over fictions as pro se. This indicates that those who do not need representation are

---

[21]ENS LEGIS. [Law Latin] A creature of the law; an artificial being as opposed to a natural person. The term describes an entity, such as a corporation, that derives its existence entirely from the law. Black's Law Dictionary, 8th Ed. Pg. 572

representing themselves. For sovereigns who are in court are present and do not require representation.

78. For as has been clearly stated in Corpus Juris Secundum, Volume 7, Section 4, regarding an attorney's duties, "His first duty is to the court and the public, and wherever his duties to his client conflict with those he owes as an officer of the court in the administration of justice, the former must yield to the latter." For as can be seen here, an attorney does not put his duty to his client first, but does not disclose this fact to his clients when a client contracts with an attorney. As is also clearly stated in of Section 7, "Clients are also called "wards of the court" in regard to their relationship with their attorneys." A ward of the court is clearly defined as **Wards of the court** - infants and persons of unsound mind placed by the court under the care of a guardian." **(Davis committe v. Loney , 290 Ky. 644, 162 S.W.2d. 189, 190)** It is for this reason that the fake judges are always attempting to push or coerce an accused into accepting a foreign-agent-bar-member as his attorney so that the accuse can be treated as though he is incompetent and cannot speak for himself. For the hiring of an attorney is consent to the inferior courts that otherwise have no authority over living man or woman who must consent to the inferior court's authority that otherwise only have authority over fictions.

79. For as has been proven in the inferior court wherein claimant are being unlawfully charge and subjected, when those who are brought before an inferior court and object to the authority of the inferior court, said fake judges pursue the charges against the living man or woman even though courts have repeatedly held that jurisdiction can be challenged at

Ruling on Actions for Trespass          **United States of America et. al.**                    Page 34 of 68
and Trespass of Case                                      **v.**
                                        **United States et. al.**

any time and once challenged, must be proven on the record. The law of the case in the above title action includes 13 such case cites that uphold this maxim. For defendants have provided no evidence either in this superior court of record or in the inferior court where the claimant have been unlawfully subject to the court's procedures.

## Presumptions of the BAR

80. For the foreign-agent-bar-members have, through the conspiracy of the membership, have instilled a number of presumptions that those not learned in law, but imprisoned, arrested and charged with violations of code are required to rebut. These presumptions utilized by the foreign-agent-BAR-members are used to take advantage of the general public's lack of knowledge. These presumptions are used against the people of the united States of America on a regular basis. There are 12 key presumptions.

81. For in addition to the 12 key presumptions, the foreign-agent-BAR-members operate according to numerous canons used for the purpose of seizing private property and accessing the private trust of the people that is titled in said people's name spelled in all capital letters. As has been proven in this case, the claimants trusts targeted by the foreign-agent-BAR-members are those of BRUCE ALLEN DOUCETTE, STEVEN DEAN BYFIELD, STEPHEN JOHN NALTY, AND HARLAN SMITH. For it is this reason that charging documents always include the names of the accused in all capital letters. For it is also for this reason the driver's licenses, electric bills, fishing licenses, car registrations and any other document provided by a government services corporation is spelled in all capital letters. As has been previously shown in this ruling, "A name spelled in all capital

Ruling on Actions for Trespass    **United States of America et. al.**                    Page 35 of 68
and Trespass of Case                                  **v.**
                                          **United States et. al.**

letters or a name initialed, is not a proper noun denoting a specific person, but is a <u>fictitious name</u>, or a name of a <u>dead person</u>, or a <u>nom de guerre</u>." Gregg's Manual of English Grammer.

82. For the foreign-agent-BAR-members have numerous canons applied within its membership.

83. Canon 3224. For A Roman Court is a Forum for the exclusive <u>private business</u> of a Law (Bar) Guild sanctioned by the Roman Cult, also known as the Vatican, in which members of the guild presume certain roles on behalf of the "government" in order to make a profit for the guild and its members through direct asset seizure and the commercialization of various securities, bonds and bailments.

84. Canon 3225. The meaning and source of the word "court" in respect of Roman Court is derived from the Latin word cautio meaning "securities, bond and bailment" as the primary commercial business of ancient Roman Cult sanctioned law guilds since the 13th Century.

85. Canon 3226 Prior to the creation of the Bar Associations in the 19th Century, the private Bar Guilds were known as "guilds" as well as "livery" companies and often by the name as Judges and Notaries since the 13th Century coinciding with the invention of Indulgences of the Roman Cult.

86. Canon 3227 In order to make "guild" money, called "Guilt" or "Guilty", the Private Bar Guilds normally oversee a unique hidden trust for each controversy or "suit" that comes into the private Roman Court. Any bonds that are generated, called "Guilt bonds" are

connected to the hidden trust, which the private Bar Guild members are sworn to deny exists. These bonds are then presented to the securities exchanges in the form of bid bonds.

87. Canon 3228 A Roman Court does not operate according to any true rule of law, but by presumptions of the law. Therefore, if presumptions presented by the private Bar Guild are not rebutted they become fact and are therefore said to stand true. There are twelve (12) key presumptions asserted by the private Bar Guilds which if unchallenged stand true being Public Record, Public Service, Public Oath, Immunity, Summons, Custody, Court of Guardians, Court of Trustees, Government as Executor/Beneficiary, Executor De Son Tort, Incompetence and Guilt:

88. Presumption 1. "The Presumption of Public Record is that any matter brought before a lower Roman Courts is a matter for the public record when in fact it is presumed by the members of the private Bar Guild that the matter is a private Bar Guild business matter. Unless openly rebuked and rejected by stating clearly the matter is to be on the Public Record, the matter remains a private Bar Guild matter completely under private Bar Guild rules." For the courts within these united States of America are required to be utilized for the public and all actions within its walls are public. For the record of the courts are for public consumption anytime any member of the public or the American people so desire to view the records of the courts. For the presumption that said activities within its walls are private BAR guild business is hereby permanently rebutted.

89. Presumption 2. "The Presumption of Public Service is that all the members of the Private Bar Guild who have all sworn a solemn secret absolute oath to their Guild then act as

public agents of the Government, or "public officials" by making additional oaths of public office that openly and deliberately contradict their private "superior" oaths to their own Guild. Unless openly rebuked and rejected, the claim stands that these private Bar Guild members are legitimate Public servants and therefore trustees under public oath." For this presumption is hereby permanently rebutted. For no man or woman who is granted a title of nobility or dignity is permitted to serve in any public office as said public service is a violation of the original 13th Article of amendment to the Constitution for the united States of America which has at no time been repealed, but has been hidden from public view due to the actions of the conspirator foreign-agent-BAR-members. For the evidence in the matter before this court reveals that the foreign-agent-BAR-members, some of which are defendants in this matter, have utilized ways to assure that they are not taking a valid oath of office before being seated in the public offices for which they were to swear an oath "agreeable with this Constitution" as required by Article VI, clause 3 of the Constitution for the United States of America. There are many of these foreign-agent-BAR-members who have been elected to the congress of the United States corporation which has been seated in place of the united States of America. The Constitution for the United States of America states at Article VI, clause 3, "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; . . .". For on the 24th, day of September, 1789 the Congress passed "An act to establish the Judicial Courts of the

United States,". It should be noted that the "United States" refers to the ten miles square. For 1 Stat. 73, the Judiciary Act, at 76 specified the oath the justices were to take to be authorized to sit as justices. This oath applies to all officers of government at all levels. "Sec. 8. And be it further enacted, That the justices of the Supreme Court, and the district judges, before they proceed to execute the duties of their respective offices, shall take the following oath or affirmation, to wit : 'I, A.B., do solemnly swear or affirm, that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as_____, according to the best of my abilities and understanding, **agreeably to the Constitution** and laws of the United States. So help me God.'" For the oath was amended on June 25[th], 1948 at 28 U.S.C. § 453, 62 Stat. 907 to amend the preamble of the oath provided in section 8 of the Judiciary Act. For the oath was changed to state, "Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office : 'I, ____ ____, do solemnly swear (or affirm), that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as____according to the best of my abilities and understanding, **agreeably to the Constitution** and laws of the United States. So help me God.'" For on December 1st, 1990, congress altered the oath in Public Law 101-650, at section 404, thereof 104 Stat. 5124 to take effect 90 days later on March 1st, 199. For the

Ruling on Actions for Trespass **United States of America et. al.** Page 39 of 68
and Trespass of Case **v.**
**United States et. al.**

oath at 28 U.S.C. § 453, 62 Stat. 907 was altered to relieve all justices and judges of the United States of any duty to support the Constitution of the United States of America.

"Sec. 404. Amendment to Oath of Justices and Judges. "Section 453 of title 28, United States Code, is amended by striking out 'according to the best of my abilities and understanding, agreeably to' and inserting 'under'". Pub. L. 101–650, 104 Stat. 5089, 5124, December 1, 1990.

90. The altered oath was changed to state, "Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: 'I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God.' "(June 25, 1948, ch. 646, 62 Stat. 907; Pub. L. 101–650, title IV, § 404, Dec. 1, 1990, 104 Stat. 5124.)" For the duties incumbent upon the justices and judges of the United States to discharge or perform are delineated in the statutes of Congress. For there are no duties incumbent on a judge or justices to perform delineated in The Constitution for the United States of America. As such, every judge and justice that has taken this oath of office since March 1st, 1991 is not on a valid oath of office and is merely criminally impersonating a judge or justice. However, this oath taken by any officer within the bounds of these united States of America are also not on a valid Constitutional oath of office and are, too, committing criminal impersonation of an officer. This conspiracy was to remove the

Constitutional Constraints from judicial and other officers so that they would not be in violation of their oath when acting outside the restrictions of the Constitution for the United States of America.

91. Presumption 3. The Presumption of Public Oath is that all members of the Private Bar Guild acting in the capacity of "public officials" who have sworn a solemn public oath remain bound by that oath and therefore bound to serve honestly, impartially and fairly as dictated by their oath. Unless openly challenged and demanded, the presumption stands that the Private Bar Guild members have functioned under their public oath in contradiction to their Guild oath. If challenged, such individuals must recuse themselves as having a conflict of interest and cannot possibly stand under a public oath. For this presumption is hereby permanently rebutted. For it is not incumbent for the American people to know what it is the minds of the foreign-agent-BAR-members and second guess what their actions will be.

92. Presumption 4. The Presumption of Immunity is that key members of the Private Bar Guild in the capacity of "public officials" acting as judges, prosecutors and magistrates who have sworn a solemn public oath in good faith are immune from personal claims of injury and liability. Unless openly challenged and their oath demanded, the presumption stands that the members of the Private Bar Guild as public trustees acting as judges, prosecutors and magistrates are immune from any personal accountability for their actions. For this presumption is hereby permanently rebutted. For some of the courts have held by judges presiding honorably their duties have held that there ignorance of law is

no excuse. This is especially true of public servants. The court have also held, "The United States Supreme Court has clearly, and repeatedly, held that any judge who acts without jurisdiction is engaged in an act of treason." U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980): Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821) "We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution." Cohens v. Virginia, 19 U.S. 264, 6 Wheat. 265, 5 L.Ed. 257 (1821) For as the courts have held as recently as 1980, judges, justices and all other officers are not only not immune for exceeding said officers jurisdiction, but doing so is a capital offense as is made clear in 18 U.S.C. § 2381, "Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death..." For any judge, justice, prosecutor who is a sworn member of any BAR guild has accepted a title of nobility from a foreign power. For any such officers be they foreign agents as those who have sworn an oath to any BAR guild or no, but ignore the objections of any American people who do not consent to the codes are waging mixed war against the people and said acts are treason. For "a mixed war is one which is made on one side by public authority, and on the other side by mere private persons." People v. McCleod, 1 Hill (N.Y.) 377, 415, 37 Am. Dec. 328. Black's Law Dictionary 4th Ed. Pg. 1754 For said actions from public servants constitutes not only warring against the people, but also warring against the united States of America and the Constitution that binds all public servants so as to

prevent government officers from exceeding the jurisdictional authority granted by the people.

93. Presumption 5. "The Presumption of Summons is that by custom a summons unrebutted stands and therefore one who attends Court is presumed to accept a position (defendant, juror, witness) and jurisdiction of the court. Attendance to court is usually invitation by summons. Unless the summons is rejected and returned, with a copy of the rejection filed prior to choosing to visit or attend, jurisdiction and position as the accused and the existence of "guilt" stands." For this presumption is hereby permanently rebutted. For as with all of the presumptions of the foreign-agent-BAR-members, the people cannot be expected to know what conspiracies have been perpetrated by said foreign-agent-BAR-members. For the people cannot be expected to know what is in the minds of the BAR guild members. For the people are almost always brought before a court under duress by those who have in many cases kidnapped the people brought before the foreign courts of the foreign-agent-BAR-members. For these courts are operating as corporations whose purpose is to generate revenue as specified in Canons 3224 and 3225. Said courts corporate status is easily confirmed on Internet sites such as manta.com where said courts are listed as "privately held company". There is the additional evidence provided as Exhibit F wherein the Colorado BAR assured the governor of Colorado in 1933 that the BAR would get rid of the county courts.

94. Presumption 6. The Presumption of Custody is that by custom a summons or warrant for arrest unrebutted stands and therefore one who attends Court is presumed to be a thing

and therefore liable to be detained in custody by "Custodians". Custodians may only lawfully hold custody of property and "things" not flesh and blood soul possessing beings. Unless this presumption is openly challenged by rejection of summons and/or at court, the presumption stands you are a thing and property and therefore lawfully able to be kept in custody by custodians. This presumption is hereby permanently rebutted. For any living breathing human being who walks into court by his own accord or by force is not a "thing" of property. For people in the united States of America are freemen, sovereigns who are not subject to rule of government. For the people are the originators of law and are not subject of law. For the people established these united States of America and created the positions for the public servants to serve the people. For the foreign-agent-BAR-members have conspired to overthrow the government of the united States of America through the judicial system. For said foreign-agent-BAR-members have used words of art and trickery to coerce all systems of government, commerce and private lives to be subjected to the foreign-agent-BAR-members control. For no business owner will make a decision without first conferring with its foreign-agent-BAR-member attorney. For most people will not make decision regarding the peoples' property, wills and other legal documents due the the belief instilled upon the people by the conspiracy of the foreign-agent-BAR-members compelling the people to believe that the statutes and codes that only apply to fictions apply to the living man and woman. For the American people are guaranteed the common law and there are no statutes and codes under the common law. For the people who from henceforth stand in a court will be presumed to be one of the people of these

united States of America and a sovereign. There is no such thing as a sovereign citizen as people are sovereign and citizens are by the very definition in the 14th Article of amendment, subjects.

95. Presumption 7. The Presumption of Court of Guardians is the presumption that as you may be listed as a "resident" of a ward of a local government area and have listed on your "passport" the letter P, you are a pauper and therefore under the "Guardian" powers of the government and its agents as a "Court of Guardians". Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default a pauper, and lunatic and therefore must obey the rules of the clerk of guardians (clerk of magistrates court). For this presumption is hereby permanently rebutted. For as in this case, the first paragraph stated, "Comes now, Kimberly Shields, ("Kim"); Bruce Doucette, ("Bruce"); Steven Byfield, ("Byfield"); Stephen Nalty, ("Nalty"); Harlan Smith, ("Smith"); People of The United States of America, ("U.S.A.") and the Colorado state (unincorporated) of sound mind, and The United States of America ("U.S.A."), (unincorporated), hereinafter claimants, in this court of record and complains of each of the following:" For as stated in the first paragraph of the above title action at law, the claimants are of sound mind and are people who are the sovereigns of these united States of America. For in spite of this fact, the magistrates have repeatedly attempted to interfere with the proceedings to this court of record. For the magistrates, neither of which are on a valid Constitutional oath of office, are also at the very least former active foreign-agent-

BAR-members and are presumed by the court to still have taken an oath to the foreign entity known as the BAR and both have shown that their loyalty is to said BAR guild. For it was made clear in the Corpus Juris Secundum that anyone who hires and attorney is by definition a ward of the court and as such "of unsound mind". For this clarifies why judges and justices who have sworn their loyalty to the BAR guild do and say whatever they can to get people standing before them in court to accept the services of an attorney be they for pay or appointment as "public defenders".

96. Presumption 8. "The Presumption of Court of Trustees is that members of the Private Bar Guild presume you accept the office of trustee as a "public servant" and "government employee" just by attending a Roman Court, as such Courts are always for public trustees by the rules of the Guild and the Roman System. Unless this presumption is openly challenged to state you are merely visiting by "invitation" to clear up the matter and you are not a government employee or public trustee in this instance, the presumption stands and is assumed as one of the most significant reasons to claim jurisdiction – simply because you "appeared". For this presumption if hereby permanently rebutted. For again the people are sovereign, but in spite of this fact, the people have not participated in the learning that foreign-agent-BAR-members have undergone to learn how to commit these frauds upon the people. For the people are no longer required to abide by any such fantasies of the foreign-agent-BAR-members.

97. Presumption 9. "The Presumption of Government acting in two roles as Executor and Beneficiary is that for the matter at hand, the Private Bar Guild appoint the

Ruling on Actions for Trespass  **United States of America et. al.**                    Page 46 of 68
and Trespass of Case                                **v.**
                                          **United States et. al.**

judge/magistrate in the capacity of Executor while the Prosecutor acts in the capacity of Beneficiary of the trust for the current matter. Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default the trustee, therefore must obey the rules of the executor (judge/magistrate). For this presumption is permanently rebutted. For the people are both the executor and the beneficiary of the trust for each people. For the foreign-agent-BAR-members have used trickery and fraud to access the trust accounts for profit of the foreign-agent-BAR-members. For said trust account are the property of the people in whom names the trusts have been established and the people from this day forward are granted full access to the trust account established in the people names spelled in all capital letters.

98. Presumption 10. The Presumption of Executor De Son Tort is the presumption that if the accused does seek to assert their right as Executor and Beneficiary over his body, mind and soul he is acting as an Executor De Son Tort or a "false executor" challenging the "rightful" judge as Executor. Therefore, the judge/magistrate assumes the role of "true" executor and assumes the right to have the accused arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged by not only asserting one's position as Executor as well as questioning if the judge or magistrate is seeking to act as Executor De Son Tort, the presumption stands and a judge or magistrate of the private Bar guild may seek the assistance of bailiffs or sheriffs to assert his false claim. This presumption is hereby permanently rebutted. For any judge who seeks to

Ruling on Actions for Trespass       **United States of America et. al.**                    Page 47 of 68
and Trespass of Case                                            **v.**
                                                    **United States et. al.**

assume the role of executor over a living man is heretofore an Executor De Son Tort and is guilty of treason against the people of the united States of America. For it is presumed from this day forward that all living men and women who stand before any court is first the executor of his own estate, which includes his body, his soul, his property, all of which is presumed to be private including his land. For any claim that the living man has waived his right to serve as executor of his own estate must be proven to have been waive by contract autographed in wet ink. For said must reveal full disclosure and consideration by both parties to the contract. For no longer will thee be a presumption that by a living man signing a contract for a driver's license or any other license serve as evidence to the waiving of his rights and property without full disclosure of said contract. For heretofore any time that any living man applies for and accepts a driver's license or any other form of license, a copy of the full contract must be provided to the applicant. For any living man is not required to obtain or maintain a driver's license, fishing license, hunting license, building permit, automobile inspections, automobile registrations, concealed carry permits or any other licenses or permits that government services corporations profess to be required of living man standing on the land.

99. Presumption 11. The Presumption of Incompetence is the presumption that one is at least ignorant of the law, therefore incompetent to present himself and argue properly. Therefore, the judge/magistrate as executor has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged to the fact that you know your position as executor and beneficiary and actively rebuke

Ruling on Actions for Trespass       **United States of America et. al.**                         Page 48 of 68
and Trespass of Case                                    **v.**
                                        **United States et. al.**

and object to any contrary presumptions, then it stands by the time of pleading that you are incompetent then the judge or magistrate can do what they need to keep you obedient. For the claimants in the above title action stated for the ecord that claimants "are of sound mind". As such this presumption was rebutted with the filing of this action at law. For the presumption of incompetence is hereby permanently renutted. For living man standing on the land, being the sovereign, does not have to prove anything to foreign-agent-BAR-members. For said foreign-agent-BAR-members presumption have no authority over living man. For the "courts" have had to use subversion and fraud to take authority over living man standing on the land. For as anyone with the slightest knowledge of contract law knows, any contract entered into without full disclosure from all parties is a void contract. For it is further no contract if one is not aware that he is entering into a contract. For the lack of knowledge of knowing that a fraud is being perpetrated against him by the forced actions of those purporting to be officers of law or people of authority, does not constitute incompetence. For said actions against a people constitute a trespass as said injury caused to the living man by those purporting to be in a position of authority. For the government service corporation have seize control of the schools in which the peoples' children are taught and said seizure of said schools was for the purpose not of assuring that all children are educated, but to assure the children would be conditioned to believe what those in control of government would have the people believe. For the people have been taught that it is a good thing to be a "U.S. Citizen. For the people were duped into believing that a U.S. Citizen was anyone who was born in one of the several states even

though the "United States" refers strictly to the ten miles square allowed the United States at Article I, Section 8, clause 17 of The Constitution for the United States of America.

100. Presumption 12. The Presumption of Guilt is the presumption that as it is presumed to be a private business meeting of the Bar Guild, one is guilty whether he pleads "guilty", do not plead or plead "not guilty". Therefore unless you either have previously prepared an affidavit of truth and motion to dismiss with extreme prejudice onto the public record or call a demurrer, then the presumption is one is guilty and the private Bar Guild can hold the accused until a bond is prepared to guarantee the amount the guild wants to profit from an accused. This has been most evident in the actions of the defendants in this action. The defendants have held the claimants imprisoned in spite of repeated orders from this court to release the claimants from said imprisonment. For the "public servants" have shown themselves to not be servants at all, but have revealed themselves to be co-conspirators in a plot to overthrow the government of Colorado and the united States of America. For although the conspiracy was instigated by the foreign-agent-bar-members, it has been aided by the so called "law enforcement" officers who repeatedly commit acts of international terrorism against the people of Colorado and the united States of America. For the court acknowledges that many of the law enforcement agents have been duped along with the people of these united States of America, there is a percentage that have waged war against the people in spite of having been shown the law. For said officers are just as guilty of treason as are the foreign-agent-bar-members who plotted the overthrow and carried out the acts against the people merely for profit and control of the people. For

the foreign-agent-bar-members have used fraud to refuse to release the people from captivity even when said people have refused to enter a plea. For the people are guaranteed the common law by the Constitution for the Untied States of America in all of the several states. For the united States of America is not a democracy wherein the desires of the majority become mandatory on all people including those who did not agree to an act of the majority. For the united States of America is guaranteed a "republican form of government" at Article IV, Section 4 of the Constitution for the United States of America. For the Declaration of Independence clearly states that government only derive their just powers "from the Consent of the Governed". For this reason government officers must always get the consent of the people to hold the people accountable to codes and statutes and must get the people to consent to leave the protection of the common law and be held accountable to the "code". For this is the purpose of "arraignment". For the inferior courts, having only jurisdiction over fictions, must use all capital letters when taking action against a people, but must also get the people to consent by entering a plea of guilty, not guilty or no contest. For the people who does not wish to consent must merely object to the code to refuse consent to leave the common law. For this reason, the foreign-agent-bar-member judges have "entered a plea for" the accused. For the judge cannot proceed against the people without said people's consent. For when the judge enters a plea on behalf of the accuse after the accused has refused to consent by entering a plea, the foreign-agent-bar-member fake judge has just committed no less than six felonies. For the first felony is that of perjury, because the judge will now submit a document to a jury

professing "in this case the defendant has enter a plea of not guilty" when, in fact, the accused people who 75% of the time has committed no crime as there is no injured party, did not enter a plea at all. For thee constitute an intentional false statement made in the fake court to the fake jury of US citizens. For the foreign-agent-bar-member judge also conspires against the people's rights, deprives the people of his rights under color of law, commit seditious contempt of Constitution, obstructs justice, and commits treason for warring against the people and The Constitution for the United States of America. For the presumption of guilt is hereby permanently rebutted. For the people in common law are always presumed innocent until such time as he is proven to be guilty in a court of record to be judged by members of the peerage. For the court recognizes that the united States of America has two classes of people, the freemen and the subjects known as United States citizen. For the court also acknowledges that the only reason that most people refer to themselves as U.S. Citizen is because of the indoctrination the peoples' children are exposed to from the time they are born through their school years. For the people can make a conscience decision to become U.S. Citizen, but said decision from henceforth will be done with full disclosure that when a people becomes a U.S. Citizen, he is waiving his UN-a-lienable rights as guaranteed by The Constitution for the United States of America to become a subject of the government of the United States. For this reason the people will not longer be presumed guilty and will have restored the UN-a-lienable rights of the people as are guaranteed by The Constitution for the United States of America.

**Obstruction of Justice**

101. For the servants of the people have instilled many system wide obstacles to prevent the people from obtaining due process of law. For this being a court of record in the common law the law of the case was decreed in Exhibit A by the sovereigns of the court. For as was decreed in the law of the case was case cites that uphold that the law of the land and due process of law refers to the common law. At implementation of the Constitution March 4, 1789, the soul of law in America was personal liberty under the common law: "Due course of law," supra, is synonymous with "due process of law" and means process according to the law of the land, i.e., the Constitution, interpreted according to the principles of the common law; to wit: "Due process of law is process according to the law of the land..." Mr. Justice Matthews, delivering the opinion of the Court in Hurtado v. California, 110 U.S. 516, 533, 3 Sup. Ct. 111, 292, 28 L. Ed. 232 (1884). "Due process of law ... refers to that law of the land which derives its authority from the legislative powers conferred upon Congress by the Constitution of the United States, exercised within the limits therein **prescribed and interpreted according to the principles of the common law...**" (emphasis added)

102. For one such obstruction is the demand by judges in the inferior court to coerce the accused people to accept an attorney to re-present the living man. For the purpose of this is to force the living man to consent to the jurisdiction of said inferior court. An inferior court is any court that utilizes statutes and code for making its determinations. For inferior courts also utilize judges who have authority to act as the tribunal of the court, which is the primary purpose of this trickery utilized by the inferior court judges. For judges in

Ruling on Actions for Trespass          **United States of America et. al.**                    Page 53 of 68
and Trespass of Case                                          **v.**
                                         **United States et. al.**

superior courts, such as the court in which this case has been filed, are merely the magistrate serving in a ministerial capacity. For the duties of the tribunal is in the hands of either the sovereign of the court, which in this case are :bruce-allen: doucette:, stephen-john: nalty:, steven-dean: byfield:, :kimberly: shields:, and :harlan: smith:, or in the hands of the jury. For in this action at law, the duties of the tribunal are in the hands of a petite jury of twelve free living men and/or women standing on the land of the Colorado state. For when an accused living man refuses to contract with a foreign-agent-BAR-member to re-present the living man, the living man is referred to as "representing himself pro Se".

103. For this is another tactic of trickery of the foreign-agent-BAR-members as the inferior courts have no authority over living man unless said man is in a representative capacity for an agency. For in this cases in the inferior courts wherein the claimants in this case have been ordered imprisoned unlawfully, the agencies are BRUCE ALLEN DOUCETTE, STEPHEN JOHN NALTY, STEVEN DEAN BYFIELD AND HARLAN SMITH. For the claimants made clear in the inferior court that said claimants are not in the court in a representative or agent capacity. For the 17b, while foreign to this court, does apply to the defendants in their courts. For this rule specifies that "An action must be prosecuted in the name of the real party in interest." For the inferior court has brought an action against the claimant named herein in the name of "The people of the state of Colorado", which the State of Colorado admitted is not an entity in Colorado. See Exhibit I.

104. For the rules by which the inferior court officers are required to abide further states, "Capacity to Sue or Be Sued. Capacity to sue or be sued is determined as follows: for an individual who is not acting in a representative capacity, by the law of the individual's domicile;" For this confirms that the only way the actors in the inferior court may proceed against the claimant in said inferior court is for the claimant to be in said inferior court in a representative capacity. For the claimant made clear in filings in said inferior court that the claimant are not in the inferior court in a representative or agent capacity. For at the moment the inferior court learned of the lack of representation of the claimant for the agencies charged and brought before the inferior court, the inferior court had no choice but to release the claimant who have been imprisoned long after this superior court order the claimants released. For the inferior court officers and the jailers who have imprisoned the claimants have decided that although the Supreme Court of the United States has determined it does not have the authority to question the decisions of a court of record, these inferior court officers and jailers have higher authority than the Supreme Court of the United States of America. "The judgement of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgement of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it." Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973) For the actions of the inferior court officers and the jailers is nothing less than treasonous acts of public servants to overthrow the will of the people masters. For the people have created the organic law of the land and recorded

it in The Constitution for the Untied States of America and have waive no rights to the agencies and servant who have been created and hired to serve the people.

105. For another means of the servants to usurp the authority of the people masters is to restrict orders of the court from being followed by the inferior courts and jailers unless said orders are filed or transmitted to the sheriff electronically. For this is an obvious ruse to prevent the people from having access to their courts. For this restrict who may file an order and prevents anyone who is not a foreign-agent-bar-member from filing an order that the inferior court and public servant will abide. For the orders of this court stand whether they were filed through a restrictive computer system controlled by the foreign-agent-BAR-members or not. For the obstruction is obvious in the actions of the clerk in this case. For the clerk has been order to correct the record and has refused to do so. For the magistrates have been ordered to cease interfering with court procedure, and have continued to interfere. For the excuse these officers of the court use to ignore the orders of this court is the orders were not filed electronically. For this is nothing less that subversion of public servants to undermine the rule of law in these united States of America. For one such example is the clerk marking an order of this court as "received" rather than "filed". For it should be noted that all documents on the record in this action are digitally mark "Filed" along the top of each page as seen in PACER, which has been provided to the jury sitting as the tribunal of this matter.

106. For another means of limiting the peoples' access to the court is to charge a fee for access therein. For while it is acceptable to the court for fictions to pay a fee, the people must

never be limited to accessing the courts by payment of a fee as this creates an unfair advantage of agent working for corporate fictions over the people.

107. For another means of limiting access to justice in the courts of record is for the clerks of the courts to refused to merely serve in the clerk ministerial positions without interfering in due process of law. For in this case the clerk changed the title of the action at law to hide the fact the the USA had filed an action against the US corporation although the difference was clearly defined in paragraph 3 of the action. For the clerks marked the orders of the court as received rather than filed to further interfere with the court's orders. For the orders upheld by the courts to have been filed once the clerk of the court received it. For each document as view on PACER, a government website for viewing filed documents in the federal court system, shows that each and every document was electronically marked filed along the top margin of each document with the date the document was filed.

### Unconstitutional Government Agencies

108. For the Central Intelligence Agency, hereinafter CIA was created by a whim of President Harry S. Truman who later regretted his decision.

109. For the CIA and the National Security Agency operate a shadow government that uses threats against Congressmen and Senators to control the actions of said Senators. For the NSA and CIA blackmail Congressmen and Senators with threats of withholding security clearances if said Congressmen and Senators threaten to investigate either organization.

110. For the two above mentioned agencies control an additional 15 other intelligence agencies that operate in secrecy without any congressional over site using the States Secrete Privilege as an excuse to hide the unlawful activities of these agencies.

111. For the secretive FISA court is also used in secrecy to unlawful activities to grant search warrants under the guise of anti-terrorism

112. For all of the intelligence agencies operate within the united States of America against American nationals which is unconstitutional.

113. For the State Secrecy Privilege is a doctrine of the BAR of the king of England, which serves as evidence all of these unconstitutional agencies are a coordinated effort under the foreign-agent-bar-member conspiracy to overthrow the government f the united States of America.

114. For the CIA, NSA and similar agencies have collected billions of bytes of data per day from the American people.

115. For the American people have never consented to such actions against the people as said actions are not constitutional. The NSA and CIA have operated a shadow government, which has been confirm by former CIA agents themselves at great risk to their own lives. For one such former agent is Kevin Shipp who has reported the details of the unconstitutional actions of the intelligence community in his book. For Eric Snowden has also revealed to the world the unlawful acts of these intelligence agencies that operate in secrecy to hide their unlawful acts.

116. For the typical response from the NSA and CIA is to claim some crimes perpetrated by whistle blowers who expose the unlawful acts of these rogue agencies and the subordinate "intelligence" agencies under the direction of the CIA and NSA. For the CIA and NSA also attack and sometimes execute any former agent that exposes the unlawful acts of the so called " intelligence" agencies. For Eric Snowden in one such example of the attacks these rogue agencies. For Mr. Snowden produce evidence of unlawful acts from the rogue CIA and NSA and is now exiled outside of his home country. For Mr. Snowden has need demonized in the news media base completely on information fed it by the unlawful officers of the CIA and NSA.

117. For the Constitution for the United States of America is the supreme law of the land and no government agency has any authority to circumvent the restrictions specified in said Constitution.

## RULING OF THE COURT

118. FOR THE JURY, HAVING REVIEWED THE FACTS, THE RECORD, AND THE PROCESS BY WHICH the inferior court and inferior agencies have imprisoned the claimants herein;

119. FOR THIS ACTION AT LAW HAS BEEN reviewed by a jury of twelve people selected in accordance with the common law and the below is the order of the said jury.

120. FOR FIRST CAUSE OF ACTION THE COURT FINDS in favor of claimants and orders defendants to pay $1,500,000.00 to claimants in lawful money.

121. FOR SECOND CAUSE OF ACTION THE COURT FINDS  in favor of claimants and orders defendants to pay $500,000.00 (dollars) in lawful money.

122. FOR THIRD CAUSE OF ACTION THE COURT FINDS  in favor of claimants and orders defendants to pay $50,000.00 (dollars) to each claimant for each day of actual imprisonment rounded up to the next full day until claimants actual release from imprisonment $5,000.00 (dollars) per day for constructive imprisonment rounded up to the next full day until the date this order is filed and claimants are released from imprisonment by discharge of charges in the inferior court.

123. FOR FOURTH CAUSE OF ACTION THE COURT FINDS  in favor of claimants and orders defendants to pay  30,000.00 (dollars) in lawful money to each claimant.

124. FOR FIFTH CAUSE OF ACTION THE COURT FINDS  in favor of claimants and orders defendant United States to pay to the claimant United States of America $350,000,000,000.00 (dollars) in lawful money to be paid in compliance to Article I, Section 10, Clause 1 of The Constitution for the United States of America.

125. FOR IT IS THE ORDER OF THIS COURT THAT all payments to the claimants are to made in compliance with Article I, Section 10, clause 1 of the Constitution for the United States of America.

126. FOR IT IS THE ORDER OF THIS COURT THAT THE Denver County Sheriff Patrick Firman release stephen-john: nalty imprisoned under case number **D162017CR10085** or any other case number or cause forthwith and failure to comply will result in the arrest of

Patrick Firman for treason, misprision of a felony, conspiracy against rights of the people, deprivation of the rights of the people and seditious contempt of constitution.

127. FOR IT IS THE ORDER OF THIS COURT THAT THE Denver County Sheriff Patrick Firman release bruce-allen: doucette imprisoned under case number **D162017CR10089** or any other case number or cause forthwith and failure to comply will result in the arrest of Patrick Firman for treason, misprision of a felony, conspiracy against right of the people, deprivation of the rights of the people and seditious contempt of constitution.

128. FOR IT IS THE ORDER OF THIS COURT THAT THE Denver County Sheriff Patrick Firman release steven-dean: byfield imprisoned under case number **D162017CR10087** or any other case number or cause forthwith and failure to comply will result in the arrest of Patrick Firman for treason, misprision of a felony, conspiracy against right of the people, deprivation of the rights of the people and seditious contempt of constitution.

129. FOR IT IS THE ORDER OF THIS COURT THAT THE Denver County Sheriff Patrick Firman release harlan: smith imprisoned under case number **D162017CR10091** forthwith and failure to comply will result in the arrest of Patrick Firman for treason, misprision of a felony, conspiracy against right of the people, deprivation of the rights of the people and seditious contempt of constitution.

130. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT all America people who have been imprisoned for having violated a code or statute although there was no injured party are to be released within a limit of six months from the filing of this action to process all imprisoned people who have caused no injury. The so called crimes are to include, but

are not limited to driving under the influence, "driving" without a license, possession of a "controlled" substance, driving without a private automobile registration and any other so called crime for which there was no injured party. For there to be a crime, there must be an injured party. For any case wherein the "STATE OF STATE" STATE referring to any of the 50 states of the union, said case is hereby void for lack of a real party of interest presenting itself as the injured party to the action.

131. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT all of the court buildings in these united states, whether privately held or publicly held, having been operated as foreign vessels in the sovereign territories of the several states and used for ill gotten gain by international criminal enterprises are hereby seized by the superior court and ordered returned to the people for the people's use in the protection of the people and resolution of injuries to the people. For the deed to said land including the improvements thereon will be transferred to the state and county within which it lies and the owners listed thereon will no longer be listed as STATE OF STATE or COUNTY OF COUNTY which indicates merely a corporate fiction. Said names will be corrected to be, as in this case, "Colorado state" and "Denver county" as the naming convention of STATE OF COLORADO is merely a corporation operated within the executive branch of the Colorado state.

132. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT no people will pay for an action to be filed in any court within these united States of America as the people being the creators of the courts cannot be limited to the access of justice therein. For this order does not apply to those people serving as agents for corporate fictions.

133. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT electronic filings are no longer required for an order of a court of record to be obeyed by anyone especially public servants.

134. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT public servants within the several state may no longer use the 10th Article of Amendment as an excuse to rule over the people as said amendment does not give the servant authority over the people but merely points out that any authority reserved from the central government of the untied States of America is held by the states but, more importantly, the people. For the people at no time waive their sovereign immunity by the creation of offices in which the servants would work to serve the people.

135. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT all cases presented to any court must specify the jurisdiction whether an Article I, admiralty court, or an Article III court of record or court of equity. All courts must specify its jurisdiction when asked by any party to the action and all people are hereby guaranteed their right to be heard in a court of record. For any judge presiding over any court of record merely serves as the magistrate and has no tribunal authority and any judge who refuses to state plainly what his jurisdiction is is from this day forward committing an act of treason against the people and will be brought before a grand jury to said criminal acts.

136. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT all judges presiding over any action in any court is to cease using deception and trickery to fool people into unknowingly consenting to leave the common law using tactics to get peoples' consent

without the material facts of said consent being presented clearly to the accused so as to make a clear and voluntary decision to leave the common law wherein that are no statutes.

137. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT that no people will be accountable to any code as The Constitution for the United States of America guarantees the common law. However, this order does not apply to U.S. Citizens who are subjects of government as defined in the 14th Article of Amendment to The Constitution for the United States of America.

138. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT the Continental united States of America Marshals are hereby declared to be the highest law enforcement office in these united States of America as it is the only law enforcement office created by a vote of the people in a national assembly. For any interference from any other corporate law enforcement agency from this day forward is considered an act of treason to usurp the will of the people and mixed war against the people by public servants.

139. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT the Federal Bureau of Investigations a.k.a. FBI is hereby dissolved as its acts of treason against people have been to protect the United States corporation in a shadow government acting in the stead of the united Stats of America.

140. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT that all versions of the United States of America battle flag be removed from all courts of record and equity, and all public buildings and replaced with the civilian American flag forthwith as the battle flag is used by the military of the united States of America where said military is deployed

Ruling on Actions for Trespass          **United States of America et. al.**                    Page 64 of 68
and Trespass of Case                                        **v.**
                                         **United States et. al.**

in battle and said military has no authority to fly the battle flag anywhere in the several states as our military is not in battle against the people of these united States of America.

141. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT the Federal Bureau of Investigations will release the names of all agents that participated in the arrest of the claimants and cease all activities against the people of these united states within the sovereign territories of the several states.

142. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT the the Central Intelligence Agency and National Security Agency is ordered disbanded and all of the inferior intelligence agencies spawned without an act of the Congress are also disbanded. Any act of Congress in which there were any members of Congress who were foreign-agent-BAR-members is a void act. For the President is hereby ordered to fulfil his obligation to defend the united States of America from any attacks against The Constitution for the United States of America from enemies both foreign and domestic.

143. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT all BAR guild members, being foreign agents are hereby banned from all courts in these united states. For the entrance of any BAR member into any of the courts will is an act of treason and said foreign-agent-BAR-member is ordered to be immediately arrested for treason against the united States of America and brought to trial in a superior court of record and judged by a jury of freemen standing on the land. For nobody professing to be a United States citizen is permitted to sit in judgement of a living man as U.S. Citizens are by the very definition

presented in the 14th Article of Amendment to The Constitution for the United States of America are subjects of the government of the united States of America.

144. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT any regulation, code or procedure that requires a foreign-agent-BAR-member to submit or file documents into any of the court, being repugnant to The Constitution for the United States of America are hereby repealed.

145. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT all sitting judges are to revoke their oaths to any BAR association and retake a Constitutional oath or be removed from the bench upon which he was appointed or elected and said judges will file for the record a valid judiciary bond.

146. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT President Donald John Trump will sit as the president of the de jure united States of America upon taking a valid oath of office agreeable with The Constitution **for** the United States of America until such time as the election in the year 2020 at which time the election will be conducted according to the Constitution for the United States of America.

147. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT any and all treaties or contracts that the United States corporation signed on behalf of the united States of America that was repugnant to any clause of The Constitution for the united States of America is revoked forthwith. For these contracts include but are not limtied to any contracts in which the rights of the united States of America of control of any portion of

the united States of America was passed to any foreign power including but not limited to the United Nations.

148. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT the original 13th Article of Amendment which was never repealed is hereby acknowledge by the court as the legitimate 13th Amendment.

149. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT the courts and the President of the United States of America cease to refer to the united States of America as a democracy as the united States of America is guaranteed "a republican form of government" at Article VI, Section 4 of The Constitution **for** the United States of America.

150. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT the Joint Chiefs of Staff, using the military personnel in its charge under the direction of President Donald John Trump are to remove any and all foreign-agent-BAR-members from public office in accordance with the 13th Article of Amendment to The Constitution for the United States of America as said BAR guild members are enemies of the State and are infiltrators sworn to overthrow the government of The united States of America. For this order applies to anyone who has taken an oath to any BAR guild and is serving in any position of public trust whether said public servant was elected or appointed as no foreign agent is permitted to present himself to the public for election. For this order applies to all levels of government from Washington DC to each and every county throughout these united States of America as The Constitution for the United States of America is the supreme law of

the land throughout all of the several states and applies to all governmental agencies in all of the several states.

151. FOR IT IS FURTHER THE ORDER OF THIS COURT THAT any executive orders that remain open and in force declaring martial law are hereby repealed upon the completion of the military removing the foreign-agent-BAR-members from all seats of government.

152. FOR IT IS FURTHER ORDERED, ADJUDGED, and DECREED this case is final and may not be appealed by any means other than that of the common law as protected by the 7th Article of amendment to The Constitution **for** the United States of America.

Witness the hand and seal of the court this 6th day of September, in the year of our Lord 2017.

**The Court**



By: kimberly: shields
Attornatus Privatus

by: greg: johnson
Justice superior court of the
united States of America (unincorporated)
on my Oath attached hereto.



## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing document Ruling on Actions for Trespass and Trespass of Case was served upon all named defendants by placing it in a sealed envelope First Class Mail Postage Prepaid in the U.S.A. and addressed to:

| | | |
|---|---|---|
| United States<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | Donald John Trump<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | Federal Bureau of<br>Investigation<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Cynthia Coffman<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Colorado BAR Association<br>1900 Grant Street #900<br>Denver, Colorado 80203 |
| Michael A. Martinez<br>1437 Bannock St<br>Room 256<br>Denver, CO 80202 | Patricia M. Jarzobski<br>1900 Grant Street #900<br>Denver, Colorado 80203 | Martin F. Egelhoff<br>Ralph L.Carr Juidicial Center<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 |
| Robert S. Shapiro<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Chris Byrne | Kim Doe (FBI)<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| FBI Agent Doe 1-50<br>8000 East 36th Avenue<br>Denver, Colorado 80238 | Stanley L Garnett<br>Justice Center<br>1777 Sixth Street<br>Boulder, Colorado 80302 | Internal Revenue Service<br>1500 Pennsylvania Avenue<br>Northwest,  Washington, D.C.<br>20229 |

Dated: _____ day of September, 2017

By:

Ruling on Actions for          **United States of America et. al.**

Trespass and Trespass                          v.

Of Case                                **United States et. al.**