In The United States District Court
For The District of Colorado
17-CV-01046

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 SEP 18 AM 10:10
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

THE UNITED STATES of America et al

claimants

V.

UNITED STATES (incorporated)

Defendants

Evidence    People's Petite Jury Colorado
Jury Trial September 6, 2017 7:15 pm Mountain Time
17-CV-01046 and Ruling

# Peoples Petite Jury Colorado
# Jury Trial September 6, 2017 7:15 pm mountain time
# 17-CV-01046 and Ruling

The following people were present at the trial on the Sixth day Ninth month Two-Thousand Seventeen;

Magistrate Gregory Alan Johnson
Clerk of Jury
12 people Jury including Jury Foreman
Kimberly Shields Claimant
Bruce Doucette Claimant
Stephen Nalty Claimant

No Respondents present at the trial though notice was mailed to them with evidence of mailing

Jury Trial Recorded by electronic means and available to the People

For the People meeting as this Jury, which deliberation continues this Thirteenth day Ninth month Two-Thousand and Seventeen, declare these Findings of Facts and Conclusions of Law:

## Findings of Facts

For these Findings of Facts were deliberated and decided on the Sixth day Ninth month Two-Thousand and Seventeen:

1. That this case stems from a corporate fiction or fictions, aka the State of Colorado (DUNS number 076438621) attacking the sovereign People in retaliation for the People holding their public servants accountable to the Rule of Law and Due Process of Law.

2. That all the Claimants were operating lawfully as the lawful Colorado People's Grand Jury when they took the investigative actions, the reporting actions, and the enforcement actions by publishing the Notice of Fraud and placing liens on the lawless Respondents property in order to recover monies owed by the imposter Respondents to the Treasury of Colorado. (See US Supreme Court opinion US v Williams (1992) and Colorado General Laws)

3. That all the Respondents without proper oaths and/or fidelity bonds as required by the Constitution and the General Laws of the State of Colorado were and continue to be acting lawlessly because the Respondents are acting in contempt of Constitution for the united States of America, The Constitution for the State of Colorado, and the General Laws of Colorado. By not responding, the Respondents are admitting to the Claimants' Claims.( Silence can only be equated with fraud where there is legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading…
U.S. v. Tweel, 550 F. 2d 297, 299; U.S. v. Prudden, 424 F 2d 1021, 1032; Carmine v. Bowen, 64 A. 932)

For the following Findings of Fact are deliberated in the Jury continuance on the Thirteenth day Ninth month Two-Thousand and Seventeen:

4. For it is such an important issue with the founders that two articles are written into The Constitution for the United States of America to assure that no American is granted a title of nobility in Article I, Section 9, Clause 8 and Article I, Section 10, Clause 1. This was followed in 1819 with the ratification of the 13th Amendment, which is included in the case as Exhibit G. For the evidence shows that as recently as 1861 the original 13th Amendment, which was never repealed, is part of the Supreme Law of the Land in these united States of America. For this can be found in the Colorado Archive Book 6744 on page 973.

## Conclusions of Law

For the original 13th Amendment was ratified in 1819 and evidence as recently as 1869 shows it was never repealed and is part of the Supreme Law of the Land in these united States of America. For the case brought against Bruce Doucette, Stephen Nalty, Steven Byfield, Harlan Smith, David Coffelt, Laurence Goodman, Brian Baylog, Janice Blease and Steven Curry, is null and void because esquires were part of the Legislature at the time of creation of statutes.

For as specified in the original 13th Amendment to the Constitution for the United States of America, is with evidence it has never been repealed and therefore is with continual use as a valid requirement as part of The Supreme Law of our Land. For with being recognized as a legislator is without retaining a title of nobility. For attorneys and lawyers typically have the title of Esquire, and are therefore prohibited from occupying any lawful political office, including any legislative office, in our lawful government.

For any legislative body which operates with any foreign agent B.A.R. Member is without a lawful legislative body. For any statutes, rules, or codes produced by an unlawful legislative body is with them null and void ab initio.

For this Jury of, for, and by the People of Colorado do hereby declare that Colorado Statutes, including those being employed in this case, are not valid and cannot apply to the People without their knowingly, willingly, and intentionally consenting expressly in writing with their autograph.

For Amendment VII of the Constitution for the united States of America states:

> In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by Jury shall be preserved, and no fact tried by a Jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

This case 17-CV-01046 is a common law case value in controversy that exceeds twenty dollars.

**Therefore the People of this Jury do Decide, Declare and Order:**

1. That the Claimants and any and all other People associated with the work of the Colorado People's Grand Jury be immediately exonerated, released and all charges dropped.

2. That all branches of all government cease and desist from obstructing justice by interfering in any way with the lawful operation of the Colorado People's Grand Jury.

3. That all branches of all government operating within the borders of Colorado fully cooperate and support in every way the Colorado People's Grand Jury.

4. That all branches of government must immediately cease and desist creating and operating fake Grand Juries that are not operating in full compliance with US Supreme Court opinion in US v Williams (1992) and the American Common Law. Operating fake grand juries is, among other crimes, criminal obstruction of justice.

5. Return of all properties, deeds, and land of all claimant's past, present, and future also to affiliated people harmed by these proceedings.

6. We the Jury decide to award all claimant's families, in accordance with the Ruling of the Court of Record - Lawful monetary compensation.

**Further as a result of the continuance of deliberations, the People of this Jury do Decide, Declare and Order:**

7. For the People of this Jury having found innocent, Bruce Doucette, Stephen Nalty, Steven Byfield, Harlan Smith, David Coffelt, Laurence Goodman, Brian Baylog, Janice Blease and Steven Curry, now orders the immediate release of the bodies of the men Bruce Doucette, Stephen Nalty and Steven Byfield.

8. For the Jury orders the clerk of court for the United States District Court, District of Colorado to immediately transmit, in the appropriate format, this order electronically to the sheriff's department, specifically to the Denver Sheriff's records department.

9. For the clerk of court for the United States District Court, District of Colorado to file this ruling by the Jury as a foreign judgment. For the people's judgment is foreign to the United States District Court, District of Colorado and to the corporation United States.

10. For the Jury is witness to the Respondents not being present at the trial. For the Respondents were called forth three times and did not appear before the Jury.

11. For the Jury is witness to the evidence of no evidence placed on the record by the Respondents evincing their authority to incarcerate and hold the bodies of Bruce Doucette, Stephen Nalty, and Steven Byfield and any other People who have worked for the Colorado People's Grand Jury. For with the lack of evidence is with the lack of authority of the Denver Sheriff's Department to incarcerate the People named herein or held under bail bond, and is with their immediate release, this includes in particular, Brian Baylog's purported plea deal. For Brian Baylog is found innocent by this Jury and finds that Brian acted out of threat, duress and coercion. For with no evidence of authority to incarcerate is also without authority ab initio.

12. For without evidence to the contrary, the Respondents having received a true copy of the Claim for Trespass, having not answered the claim, is with a default judgment granted and awarded by this Jury to the Claimants for all that was prayed for in the ruling in its entirety.

So say the People of this Jury.

Autographed on this Thirteenth day, Ninth month Two-Thousand and Seventeen

By: _____
Brian Melanson
Jury Foreman

By: _____
Gregory Alan Johnson
Trial Magistrate
Superior Court Judge of the
Continental United States of America
U.S. SoS Registry No. 7015-0640-0000-5945-3249

Chuck Broerman
07/27/2015 03:03:13 PM
Doc $0.00  1
Rec $11.00  Page

El Paso County, CO
215080136

# SUPERIOR COURT JUDGE
## of
### THE CONTINENTAL UNITED STATES OF AMERICA

## OATH OF OFFICE

I, _Gregory Dean Johnson_ a Natural man, living & breathing, and standing upon the land, and NOT a creature, or subject to, or of, the SEE (SEA), do hereby attest & affirm, that I seek the Truth, the whole Truth, and nothing but the Truth, in all matters, seen & unseen, known & unknown, real or imagined, tangible & intangible.

I am the warrior protector for those who know not how to speak of the crimes against them. I bear True witness for those unable to defend themselves. I educate & inform those whose eyes, ears & minds are open, receptive, and ready to see, hear, and think, should it be their choice to seek these freedoms for themselves.

I invoke practices of juris divini, at all times, and I provide fair counsel to those in need of healing, and provide, to the best of my abilities, prompt & sufficient remedy for all injuries, real & believed to be real. I, with my heart & mind, together united, provide a peaceful & equitable venue for all those seeking proper & civil redress of their grievances.

I do protect, shield, and defend the Land, Patents, eStates, and Property Rights of individual inheritances, and those granted them at birth, from all enemies, both foreign & domestic, knowing that Property includes one's Freedoms, Liberties, and Pursuits, and that Privacy of all papers, private & public, rises to include the free, unencumbered, and unobstructed access to clean water, air, food, and energy.

I do NOT provoke, prod, influence, lobby, intimidate, threaten, or coerce any one's free will to Consent to Contracts not of their making, or those not contributing to their welfare & benefit. I set warrants, writs, and orders, against all individuals, collectives, or corporations soliciting or proffering unfair trade practices, and shall nullify & void all gratuitous bailments & contracts where usury, extortion, or fraud are found, and where injury would likely ocurr through their executions, if these instruments are left standing.

I have jurisdiction in all matters of all states, and estates, nations, and countries, where oppression, tyranny, suffrage, peonage, barratry, piracy, slavery of any type, involuntary servitude, antitrust, monopolizing, terrorism, exploitation, blackmail, extortion, wrongful detainments & internments for profit, have been alleged, and/or charged.

I do NOT waiver, or retreat in fear, or trepidation from these responsibilites. I carry the vessel of Light & Truth wherever I will, knowing that where Truth prevails, Darkness fails.

I do NO harm where none is earned!

My Oath is my Bond. My Word is my Honor. My Honor is Steadfast & Resolute.

So Say (I);   X _____
              Superior Court Judge

Date: 7/25/2015





Office of County Clerk and Recorder, El Paso County, State of Colorado.
Certified to be a full, true and correct copy of record in my office.
Instrument: 215080136    Book: ___    Page: ___
Date: 12/12/2016    By: _____ Deputy Clerk
Chuck Broerman, El Paso County, CO Clerk & Recorder

Gregory Alan Johnson  
Magistrate  
Superior Court Judge of the  
Continental uNited States of America  
Reception no. 215080136  
UNITED STATES Secretary of State Registry no.  
7015-0640-0000-5945-3249

# CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the foregoing document People's Petite Jury Colorado Jury Trial Sept. 6, 2017, 17-CV-01046 and Ruling was served upon all named defendants by placing it in a sealed envelope First Class Mail Postage Prepaid in the U.S.A. and addressed to:

| | | |
|---|---|---|
| United States<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | Donald John Trump<br>1600 Pennsylvania Ave.<br>Washington, D.C. 20500 | Federal Bureau of Investigation<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Cynthia Coffman<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Colorado BAR Association<br>1900 Grant Street #900<br>Denver, Colorado 80203 |
| Michael A. Martinez<br>1437 Bannock St<br>Room 256<br>Denver, CO 80202 | Patricia M. Jarzobski<br>1900 Grant Street #900<br>Denver, Colorado 80203 | Martin F. Egelhoff<br>Ralph L. Carr Juidicial Center<br>1300 Broadway, Suite 220<br>Denver, Colorado 80203 |
| Robert S. Shapiro<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 | Chris Byrne | Kim Doe (FBI)<br>8000 East 36th Avenue<br>Denver, Colorado 80238 |
| FBI Agent Doe 1-50<br>8000 East 36th Avenue<br>Denver, Colorado 80238 | Stanley L Garnett<br>Justice Center<br>1777 Sixth Street<br>Boulder, Colorado 80302 | Internal Revenue Service<br>1500 Pennsylvania Avenue Northwest, Washington, D.C. 20229 |

Dated: _____ day of September, 2017

By: _____

People's Petite Jury     United States of America et. al.

Colorado Jury Trial 9-6-17     v.

17-CV-01046 and Ruling     United States et. al.